IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| G.G., by his next friend and mother, DEIRDRE GRIMM, <br><br> Plaintiffs, <br><br> v. <br><br> GLOUCESTER COUNTY SCHOOL BOARD, <br><br> Defendant. | Civil No. 4:15cv54 |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff respectfully requests the Court for a preliminary injunction requiring that Defendant allow him to resume using the boys' restrooms at Gloucester High School when he returns to school for the first day of classes on September 8, 2015, until this Court renders a final judgment on the merits.

As set forth in the accompanying Memorandum, the grounds for this motion are that the Plaintiff is likely to prevail on the merits of his claims of sex discrimination under Title IX and the Equal Protection Clause; the Plaintiff will suffer irreparable harm if preliminary relief is not granted; and the balance of hardships and the public interest favor preliminary relief.

Dated: June 11, 2015

Respectfully submitted,

<div style="display: flex;">

AMERICAN CIVIL LIBERTIES UNION
OF VIRGINIA FOUNDATION, INC.
    /s/
Rebecca K. Glenberg (VSB No. 44099)
Gail M. Deady (VSB No. 82035)
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
Phone: (804) 644-8080
Fax: (804) 649-2733
rglenberg@acluva.org
gdeady@acluva.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Joshua A. Block*
Leslie Cooper*
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2500
Fax:  (212) 549-2650
jblock@aclu.org
lcooper@aclu.org

</div>

*Pro hac vice* motion to follow

Dated: June 11, 2015