IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| G.G., by his next friend and mother, DEIRDRE GRIMM, ) ) ) Plaintiffs, ) ) ) v. ) ) GLOUCESTER COUNTY SCHOOL ) BOARD, ) ) Defendant. ) | Civil No. 4:15cv54 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY PAGES**

Pursuant to Local Rule 7(F)(3), Plaintiff respectfully requests leave to file a brief in excess of thirty pages in support of his Motion for Preliminary Injunction. The proposed brief, with exhibits, is attached to this memorandum as Exhibit 1.

The Motion for Preliminary Injunction asks the Court to order the Defendant to allow Plaintiff, a transgender boy, to resume his use of the boys' restrooms at school. Because the Motion requires the Court to balance the hardships that would ensue from granting or denying preliminary relief, it is essential that the Court understand certain facts about Gender Dysphoria and about how that condition relates to Plaintiff's circumstances. The fact section of the brief therefore explains what Gender Dysphoria is, how it is diagnosed, and how it is treated, as well as Plaintiff's history of Gender Dysphoria, his own course of treatment, and how that treatment is undermined by Defendant's refusal to allow him to use the boy's restroom. These facts form a large section of the proposed brief.

Additionally, this case involves an important and complex area of law: the application of statutes and constitutional provisions that prohibit sex discrimination to transgender individuals. Proper consideration of these issues requires explication of, among other things, precedent about discrimination based on sex stereotypes, the application of other antidiscrimination statutes to transgender persons, and recent statements of the Department of Justice and the Department of Education regarding the application of Title IX to transgender students generally, and to restroom usage specifically.

Finally, permitting Plaintiff leave to file an oversize brief will not prejudice the Defendant, because Plaintiff will not object to Defendant filing a brief of similar length.

Dated: June 11, 2015

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
OF VIRGINIA FOUNDATION, INC.
               /s/
Rebecca K. Glenberg (VSB No. 44099)
Gail M. Deady (VSB No. 82035)
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
Phone: (804) 644-8080
Fax: (804) 649-2733
rglenberg@acluva.org
gdeady@acluva.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Joshua A. Block*
Leslie Cooper*
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2500
Fax: (212) 549-2650
jblock@aclu.org
lcooper@aclu.org

*Pro hac vice motion to follow

Dated: June 11, 2015