IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

G.G.,

  Plaintiff,

v.                                 Case No. 4:15-cv-00054-RGD-TEM

GLOUCESTER COUNTY SCHOOL
BOARD,

  Defendant.

## DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR EXPEDITED BRIEFING AND ADVANCED HEARING ON ITS MOTION TO DISMISS

NOW COMES Defendant Gloucester County School Board ("School Board"), by counsel, and in reply to Plaintiff's opposition to the Defendant's Motion for Expedited Briefing and Advanced Hearing On Its Motion To Dismiss (ECF Doc. 38), states that the School Board stands on its original Motion (ECF Doc. 36) and Brief in Support (ECF Doc. 37). Accordingly, the School Board submits that the Motion is ripe for decision by the Court.

WHEREFORE, for the foregoing reasons, Defendant Gloucester County School Board respectfully requests this Court to grant its motion and order an expedited briefing schedule on its Motion to Dismiss (ECF Doc. 31) as set forth herein and schedule the Motion to Dismiss to be heard in advance of Plaintiff's Motion for Preliminary Injunction on July 20, 2015 at 2:30 p.m.

        **GLOUCESTER COUNTY SCHOOL BOARD**

        By Counsel

/s/
David P. Corrigan
VSB No. 26341
Jeremy D. Capps
VSB No. 43909
M. Scott Fisher, Jr.
VSB No. 78485
Attorneys for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2015, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

        /s/
        David P. Corrigan
        VSB 26341
        Attorney for Gloucester County School Board
        Harman, Claytor, Corrigan & Wellman
        P.O. Box 70280
        Richmond, Virginia 23255
        804-747-5200 - Phone
        804-747-6085 - Fax
        dcorrigan@hccw.com