IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| G.G., by his next friend and mother, DEIRDRE GRIMM, | ) ) ) |
| Plaintiffs, | ) ) ) Civil No. 4:15-cv-00054-RGD-TEM |
| v. | ) ) |
| GLOUCESTER COUNTY SCHOOL BOARD, | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above named case, G.G., by his next friend and mother, Deirdre Grimm, hereby appeals to the United States Court of Appeals for the Fourth Circuit from an order denying Plaintiff's motion for preliminary injunction entered in this action on September 4, 2015.

Respectfully submitted,

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA FOUNDATION, INC. | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| /s/ | Joshua A. Block* |
| Rebecca K. Glenberg (VSB No. 44099) | Leslie Cooper* |
| Gail Deady (VSB No. 82035) | 125 Broad Street, 18th Floor |
| 701 E. Franklin Street, Suite 1412 | New York, New York 10004 |
| Richmond, Virginia 23219 | Phone: (212) 549-2500 |
| Phone: (804) 644-8080 | Fax: (212) 549-2650 |
| Fax: (804) 649-2733 | jblock@aclu.org |
| rglenberg@acluva.org | lcooper@aclu.org |
| gdeady@acluva.org | |

\* Admitted *pro hac vice*          *Attorneys for Plaintiff*

Dated: September 8, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2015, I filed the foregoing document with the Clerk of Court's Electronic Document Filing system (ECF), which will automatically send a copy to all counsel of record.

                                                    /s/
                                     Rebecca K. Glenberg