# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 6, 2017

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Room 501
Richmond, VA 23219

Re:  No. 16-273   Gloucester County School Board v. G. G., By His Next Friend and Mother, Deirdre Grimm
(Your No. 15-2056, 16-1733)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office. Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.** All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information. If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

If you have any questions, please contact me. Your prompt attention to this matter will be greatly appreciated. Kindly acknowledge receipt of this letter.

Sincerely,

**Scott S. Harris**, Clerk

by *[signature]*
Laurie Gray
Administrative Assistant to the Clerk
(202) 479-3294

cc: Counsel of Record

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

February 7, 2017

Mr. Scott S. Harris
Clerk of Court
Supreme Court of the United States
Washington, DC 20543-0001

**Supreme Court Docket No. 16-273**

No. 15-2056,    G. G. v. Gloucester County School Board
                4:15-cv-00054-RGD-DEM

No. 16-1733,    G. G. v. Gloucester County School Board
                4:15-cv-00054-RGD-DEM

Dear Mr. Harris:

    In response to your record request, this is to certify that the Fourth Circuit docket and documents available on the court's PACER website (www.pacer.gov) constitute the Fourth Circuit record. There are no sealed materials, paper filings, or exhibits for separate transmission to your office in this case.

    We have also transmitted your request to the district court and requested that the district court transmit its record to your office forthwith.

    Please contact this office if you have any questions.

                                        Sincerely,

                                        /s/ Sandra J. Crumpton
                                        Deputy Clerk