FILED: April 18, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1733
(4:15-cv-00054-RGD-DEM)

_____

G. G., by his next friend and mother, Deirdre Grimm

    Plaintiff - Appellee

v.

GLOUCESTER COUNTY SCHOOL BOARD

    Defendant - Appellant

_____

O R D E R
_____

The Court amends its order filed April 7, 2017, as follows:

On page 4, line 12, "Shehab" is corrected to read "Shihab."

                                      For the Court--By Direction

                                      /s/ Patricia S. Connor, Clerk