IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| G.G., by his next friend and mother, DEIRDRE GRIMM, <br><br> Plaintiff, <br><br> v. <br><br> GLOUCESTER COUNTY SCHOOL BOARD, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 4:15-cv-00054-RGD-DEM |

### MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE CAPTION

Plaintiff, who has reached the age of majority and is no longer a minor, respectfully files this motion to amend the case caption to reflect Plaintiff's full name and to remove Deirdre Grimm, as mother and next friend, from the caption. In support of the motion, Plaintiff states as follows:

1. On June 11, 2015, Plaintiff filed the Complaint in this action. ECF 2.

2. Because Plaintiff was a minor, the Complaint was brought by his next friend and mother. *See* Fed. R. Civ. P. 17(c)(1).

3. As originally filed, the documents identified Plaintiff by his full name. ECF 2.

4. Because Plaintiff was a minor, this Court issued an order on June 16, 2015, placing the original documents under seal and directing Plaintiff to replace his full name with his initials in accordance with Federal Rule of Civil Procedure 5.2 and E.D. Va. Loc. Civ. R. 7(C)(1). ECF 1.

1

5. Plaintiff has now turned 18,[1] which is the legal age of majority in Virginia. *See* Va. Code § 1-204.

6. Accordingly, Plaintiff requests that the Court amend the case caption to reflect Plaintiff's full name and to remove Deirdre Grimm, as mother and next friend, from the case caption. *See, e.g., M.P.T.C. v. Nelson Cty. Sch. Dist.*, 192 F. Supp. 3d 798, 811 (W.D. Ky. 2016) ("To the extent that Plaintiff seeks to amend the case caption to substitute his initials with his full name because he has reached the age of majority, the Court grants the relief."); *Boyd v. Boyd*, No. 1:14-CV-01110-VEH, 2015 WL 5475498, at *1 n.1 (N.D. Ala. Sept. 16, 2015); *Hyatt v. Bd. of Regents of Okla. Coll.*, No. CIV-14-511-D, 2015 WL 521112, at *1 n.1 (W.D. Okla. Feb. 9, 2015).

7. Counsel for Defendant has informed Plaintiff's counsel that Defendant consents to Plaintiff's motion.

---

[1] Federal Rule of Civil Procedure 5.2(a) requires that a person's birth date be redacted in public filings, regardless of whether the person is a minor or an adult.

2

For the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff's motion to amend the case caption to reflect Plaintiff's full name and to remove Deirdre Grimm, as mother and next friend, from the caption.

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
OF VIRGINIA FOUNDATION, INC.

/s/
Gail Deady (VSB No. 82035)
Rebecca K. Glenberg (of counsel)
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
Phone: (804) 644-8080
Fax: (804) 649-2733
gdeady@acluva.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
Joshua A. Block*
Leslie Cooper*
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2500
Fax: (212) 549-2650
jblock@aclu.org
lcooper@aclu.org

* Admitted *pro hac vice*

Dated: May 4, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2017, I filed a copy of the above Plaintiff's Unopposed Motion to Amend Case Caption with the Clerk of Court through the ECF system, which automatically sent a Notice of Electronic Filing to all counsel of record.

                                                /s/ Gail M. Deady

Gail M. Deady (VSB No. 82035)
AMERICAN CIVIL LIBERTIES UNION
OF VIRGINIA FOUNDATION, INC.
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
Phone: (804) 644-8080
Fax: (804) 649-2733
gdeady@acluva.org
*Counsel for Plaintiff*

4