IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

GAVIN GRIMM,

  Plaintiff,

v.                                                Case No. 4:15-cv-00054

GLOUCESTER COUNTY SCHOOL
BOARD,

  Defendant.

## AMENDED MOTION TO DISMISS AMENDED COMPLAINT

NOW COMES the Defendant Gloucester County School Board ("School Board"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6) and moves this Court to dismiss, with prejudice, the entire Amended Complaint (ECF Doc. 113) filed by the Plaintiff. The Amended Complaint does not state a claim upon which relief can be granted as a matter of law, and does not allege facts sufficient to establish a legally cognizable cause of action. The School Board relies upon, and incorporates, its Brief in Support of the Amended Motion to Dismiss as if fully set forth herein.

WHEREFORE, Defendant Gloucester County School Board respectfully requests that this Court enter an Order granting the Amended Motion to Dismiss and dismissing the Amended Complaint with prejudice.

**GLOUCESTER COUNTY SCHOOL BOARD**

By Counsel

/s/
David P. Corrigan
VSB 26341
Jeremy D. Capps
VSB No. 43909
M. Scott Fisher, Jr.
VSB 78485
Douglas E. Pittman
VSB 87915
Attorney for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Faxdcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
dpittman@hccw.com

**C E R T I F I C A T E**

I hereby certify that on the 5th day of September 2018, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

/s/
David P. Corrigan
VSB No. 26341
Attorney for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com