IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

GAVIN GRIMM,

   Plaintiff,

v.                                    Case No. 4:15-cv-54

GLOUCESTER COUNTY SCHOOL
BOARD,

   Defendant.

## CONSENT MOTION TO CERTIFY AN INTERLOCUTORY APPEAL TO THE UNITED STATES FOURTH CIRCUIT COURT OF APPEALS

NOW COMES the Defendant Gloucester County School Board ("School Board"), by counsel, and with the consent of the Plaintiff, and moves this Court to amend its order of May 22, 2018 (ECF Doc. 148) to certify that order for an interlocutory appeal to the United States Court of Appeals for the Fourth Circuit. The School Board relies upon and incorporates the Brief in Support of this Motion as if fully set forth herein.

WHEREFORE, Defendant Gloucester County School Board, with the consent of the Plaintiff, requests that this Court amend its May 22, 2018 order to state that the Order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation.

                                                     **GLOUCESTER COUNTY SCHOOL BOARD**

                                                     By Counsel

/s/ _____
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Douglas E. Pittman (VSB No. 87915)
*Attorneys for Gloucester County School Board*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
dpittman@hccw.com

## **C E R T I F I C A T E**

I hereby certify that on the 1st day of June 2018, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

      Claire G. Gastañaga
      American Civil Liberties Union of Virginia Foundation, Inc.
      701 E. Franklin Street, Suite 1412
      Richmond, VA 23219
      804-644-8080 - Phone
      804-649-2733 - Fax
      claire@acluva.org

      Joshua A. Block, Esq. (Pro hac vice)
      Leslie Cooper, Esq. (Pro hac vice)
      American Civil Liberties Union
      125 Broad Street, 18th Floor
      New York, NY 10004
      212-549-2627 - Phone
      212-549-2650 – Fax
      jblock@aclu.org
      lcooper@aclu.org

      Clare P. Wuerker, Esq.
      VSB 79236
      United States Attorney's Office
      101 West Main Street
      Suite 8000
      Norfolk, VA 23510
      757-441-6331 - Phone
      757-441-6689 – Fax

Claire.Wuerker@usdoj.gov

Victoria Lill, Esq. (Pro hac vice)
United States Department of Justice
950 Pennsylvania Ave., N.W.
Educational Opportunities Section, PHB
Washington, DC 20530
202-514-4092 - Phone
202-514-8337 - Fax
Victoria.Lill@usdoj.gov

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Douglas E. Pittman (VSB No. 87915)
*Attorneys for Gloucester County School Board*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
dpittman@hccw.com