IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

GAVIN GRIMM,

  Plaintiff,

v.                                   Case No. 4:15-cv-54

GLOUCESTER COUNTY SCHOOL
BOARD,

  Defendant.

## GLOUCESTER COUNTY SCHOOL BOARD AND GAVIN GRIMM'S JOINT MOTION TO STAY ALL PROCEEDINGS IN THIS CASE PENDING APPEAL AND FOR AN EXTENSION OF TIME FOR THE SCHOOL BOARD TO FILE AN ANSWER TO GRIMM'S AMENDED COMPLAINT

NOW COME the Defendant Gloucester County School Board ("School Board") and the Plaintiff Gavin Grimm ("Grimm"), by counsel, and jointly move this Court to stay the proceedings in this case, including the School Board's filing of an Answer to the Amended Complaint, pending this Court's ruling on the School Board's Consent Motion to Certify and any subsequent ruling made by the Fourth Circuit related to the School Board's interlocutory appeal. Both parties rely upon and incorporate their Brief in Support of this Joint Motion as if fully set forth herein.

WHEREFORE, both parties, jointly and by counsel, request that this Court GRANT their Motion to Stay and STAY all proceedings in this case.

                                                  **GLOUCESTER COUNTY SCHOOL BOARD**

                                                  By Counsel

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Douglas E. Pittman (VSB No. 87915)
*Attorneys for Gloucester County School Board*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
dpittman@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 4th day of June 2018, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

  Claire G. Gastañaga
  American Civil Liberties Union of Virginia Foundation, Inc.
  701 E. Franklin Street, Suite 1412
  Richmond, VA 23219
  804-644-8080 - Phone
  804-649-2733 - Fax
  claire@acluva.org

  Joshua A. Block, Esq. (Pro hac vice)
  Leslie Cooper, Esq. (Pro hac vice)
  American Civil Liberties Union
  125 Broad Street, 18th Floor
  New York, NY 10004
  212-549-2627 - Phone
  212-549-2650 – Fax
  jblock@aclu.org
  lcooper@aclu.org

  Clare P. Wuerker, Esq.
  VSB 79236
  United States Attorney's Office
  101 West Main Street
  Suite 8000
  Norfolk, VA 23510
  757-441-6331 - Phone

757-441-6689 – Fax
Claire.Wuerker@usdoj.gov

Victoria Lill, Esq. (Pro hac vice)
United States Department of Justice
950 Pennsylvania Ave., N.W.
Educational Opportunities Section, PHB
Washington, DC 20530
202-514-4092 - Phone
202-514-8337 - Fax
Victoria.Lill@usdoj.gov

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Douglas E. Pittman (VSB No. 87915)
*Attorneys for Gloucester County School Board*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
dpittman@hccw.com