IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| GAVIN GRIMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 4:15-cv-54-AWA-DEM |
| | ) |
| GLOUCESTER COUNTY SCHOOL BOARD, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court on the Motion for Summary Judgment filed pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 56 by Plaintiff Gavin Grimm. Upon consideration of the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and the Declarations of Gavin Grimm, Deirdre Grimm, Shayna Medley-Warsoff, Diana Bruce, Thomas Aberli, Janet Rainey, and James Loving, along with the opposition filed thereto, the Court finds that there are no material facts in dispute and concludes that Plaintiff is entitled to judgment as a matter of law on all counts of the Second Amended Complaint.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED;

IT IS DECLARED that Defendant Gloucester County School Board violated the rights of Plaintiff Gavin Grimm under Title IX of the Education Amendments of 1972 on the day the transgender restroom policy was first issued and throughout the remainder of Plaintiff's time at

Gloucester High School when the Defendant prohibited him from using the same restroom facilities as other boys;

IT IS FURTHER ORDERED that Defendant Gloucester County School Board pay Plaintiff Gavin Grimm nominal damages in the amount of $1.00 for the harm Plaintiff suffered from the Board's restroom policy in violation of his rights under Title IX;

IT IS FURTHER DECLARED that Defendant Gloucester County School Board violated the rights of Plaintiff Gavin Grimm under the Equal Protection Clause of the Fourteenth Amendment on the day the transgender restroom policy was first issued and throughout the remainder of his time at Gloucester High School when the Defendant prohibited him from using the same restroom facilities as other boys;

IT IS FURTHER ORDERED that Defendant Gloucester County School Board pay Plaintiff Gavin Grimm nominal damages in the amount of $1.00 for the harm Plaintiff suffered from the Defendant's restroom policy in violation of Plaintiff's rights under the Equal Protection Clause of the Fourteenth Amendment;

IT IS FURTHER DECLARED that Defendant Gloucester County School Board continues to discriminate against Plaintiff Gavin Grimm by refusing to update his official school transcript to match the male sex on his birth certificate, treating him differently from every other student with a male birth certificate, in violation of Title IX;

IT IS FURTHER ORDERED that Defendant Gloucester County School Board pay Plaintiff Gavin Grimm nominal damages in the amount of $1.00 for the harm Plaintiff suffered and continues to suffer from Defendant's refusal to update his transcript in violation of Title IX;

IT IS FURTHER DECLARED that Defendant Gloucester County School Board continues to discriminate against Plaintiff Gavin Grimm by refusing to update his official school transcript

to match the male sex on his birth certificate, treating him differently from every other student with a male birth certificate, in violation of the Equal Protection Clause of the Fourteenth Amendment;

IT IS FURTHER ORDERED that Defendant Gloucester County School Board pay Plaintiff Gavin Grimm nominal damages in the amount of $1.00 for the harm Plaintiff suffered and continues to suffer from the Defendant's refusal to update his transcript in violation of the Equal Protection Clause of the Fourteenth Amendment;

IT IS FURTHER ORDERED THAT Defendant Gloucester County School Board, its employees, agents, and successors are permanently enjoined and hereby ordered to update Plaintiff Gavin Grimm's school transcript to match the male gender marker on his birth certificate.

DATE: _____        _____
                                      Hon. Arenda Wright Allen
                                      United States District Judge

Submitted by:

/s/ Eden B. Heilman
Eden B. Heilman (VSB No. 93554)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF VIRGINIA, INC.
701 E. Franklin Street, Suite 1412
Richmond, Virginia 23219
Phone: (804) 644-8080
Fax: (804) 649-2733
eheilman@acluva.org