IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

GAVIN GRIMM,

   Plaintiff,

v.                                            Case No. 4:15-cv-54

GLOUCESTER COUNTY SCHOOL
BOARD,

   Defendant.

## GLOUCESTER COUNTY SCHOOL BOARD'S
## MOTION FOR SUMMARY JUDGMENT

NOW COMES the defendant, Gloucester County School Board ("School Board"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby moves the Court for Summary Judgment in its favor. In support of this Motion, the School Board states that there is no genuine issue of material fact that would prevent Summary Judgment from being entered in its favor. The School Board hereby incorporates its Brief in Support of Summary Judgment as if fully set forth herein, along with the depositions and all other documents referenced in the Brief.

WHEREFORE, defendant Gloucester County School Board respectfully requests that this Court grant its Motion for Summary Judgment, dismiss the plaintiff's Second Amended Complaint in its entirety, and award it its costs and attorney fees in defending this matter.

          **GLOUCESTER COUNTY SCHOOL BOARD**

          By Counsel

/s/
David P. Corrigan
VSB 26341
Jeremy D. Capps
VSB No. 43909
George A. Somerville
VSB No. 22419
Attorney for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
gsomerville@hccw.com

## C E R T I F I C A T E

I hereby certify that on the 26th day of March 2019, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

          /s/
          David P. Corrigan
          VSB No. 26341
          Attorney for Gloucester County School Board
          Harman, Claytor, Corrigan & Wellman
          P.O. Box 70280
          Richmond, Virginia 23255
          804-747-5200 - Phone
          804-747-6085 - Fax
          dcorrigan@hccw.com