1         IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF VIRGINIA

3            NEWPORT NEWS DIVISION

4

5  - - - - - - - - - - - - - - x

6  GAVIN GRIMM,           :

7          Plaintiff,   :

8    v.             :  Case No.

9  GLOUCESTER COUNTY SCHOOL  :  4:15-cv-54

10  BOARD,           :

11         Defendant.   :

12  - - - - - - - - - - - - - - x

13

14         Deposition of GAVIN GRIMM

15          Richmond, Virginia

16        Friday, October 19, 2018

17           9:40 a.m.

18

19

20  Job No.: 207940

21  Pages: 1 - 177

22  Reported By: Leslie D. Etheredge, RMR, CCR

**EXHIBIT**

**A**

1      Q    And how long did y'all live at that

2    particular address?

3      A    From birth until moving to California.

4      Q    What is your date of birth?

5      A    **REDACTED**

6      Q    Are you currently employed?

7      A    I am not on an official payroll, I do some

8    freelance activism.

9      Q    So what does that mean?  What is freelance

10   activism?

11     A    I may be invited to speak at a college or

12   at a conference, and sometimes there is monetary

13   compensation.

14     Q    What determines whether there is monetary

15   compensation?

16     A    The ability of the requester.

17     Q    So give me an example of what you are

18   talking about.

19     A    For example, should a middle school invite

20   me to talk to their GSA, I would never ask for

21   financial compensation, but should I go to a more

22   professional event, which would probably have a

1        A    I don't recall.  I recall having spoken to

2    him but not about what or why.

3        Q    How about your senior year, did anybody

4    talk to you about going to college or where you

5    were going to college or, you know, any type of

6    counseling-type role like that?

7        A    I really -- I don't recall.

8        Q    With respect to Miss Durr, what do you

9    recall in terms of any interactions you had with

10   her?

11       A    I really don't.  I just recall that we had

12   spoken at various points.  Oh, may I correct

13   myself?

14       Q    Yes.

15       A    Miss --

16       Q    You can always correct yourself, just so

17   you know.

18       A    Miss Durr was the person that my mother

19   and I contacted ahead of beginning sophomore year.

20       Q    Right.  I was going to talk to you about

21   that, and we will talk in detail about that.

22   Other than that, do you remember you and her

1   having conversations, her being supportive,

2   nonsupportive, helpful, not helpful, or how did

3   you perceive things between you and her during

4   that sophomore year, when she was, according to

5   her, assigned to you?

6       A   I don't ever recall her being malicious;

7   however, I also cannot recall any individual

8   conversations that we had.

9       Q   So would you say it was neutral, or would

10  you say it was unhelpful or just kind of just

11  really nothing?

12      A   I would say that I don't recall.

13      Q   Okay.  Let's go to the specific

14  conversation at the start of sophomore year, which

15  you mentioned you and your mom and Miss Durr.

16  What do you recall about that?

17      A   I recall that my mother and I approached

18  her and informed her that I am a boy and my name

19  is Gavin and had a discussion about what that

20  meant for starting the school year.

21      Q   What do you recall about the discussion,

22  what was said?

1      A   I really don't recall anything else.

2      Q   And did you speak?

3      A   I don't recall.

4      Q   How was the meeting arranged, if you

5   recall?

6      A   I don't.  I'm sorry.

7      Q   What was the result of the meeting, at

8   least your understanding of the result of the

9   meeting?

10     A   I cannot recall clearly.

11     Q   Any aspect that you recall?

12     A   No.  I am sorry, I can't.

13     Q   At some point, you were -- it was agreed

14  that you would go to school as Gavin.

15     A   Yes.

16     Q   Is that correct?

17     A   Yes.

18     Q   And that you would be called by male

19  pronouns?

20     A   Yes.

21     Q   What else is your understanding

22  eventually, when school started, in terms of what

1    wrong gender?

2        A   Yes.

3        Q   How about any staff or faculty?

4        A   I don't recall any intentional examples.

5        Q   Do you recall any accidental examples?  I

6    mean the thing that was mentioned previously was

7    that maybe your name was still another name on a

8    piece of paper and someone said that name, not

9    knowing, and then -- but that would not be

10   intentional.

11       A   Right.  I recall that there were a few

12   instances of what I assumed to be unintentional

13   misgendering or deadnaming; however, I do not

14   recall who or in what year that those things

15   occurred.

16       Q   Deadnaming?

17       A   For example, referring to me with the name

18   that was given to me at birth.

19       Q   That's called deadnaming?

20       A   Yes, sir.

21       Q   So just to make sure we are clear, to your

22   recollection, there was no staff or faculty who

1          MR. CORRIGAN:  We have been going a while.

2     Why don't we take a minute.

3          (Recess from 10:28 a.m. to 10:45 a.m.)

4      A   Sir, I have recalled a few different

5     details to share with you.

6      Q   Sure.

7      A   The first being that, when I did meet with

8     Tiffany Durr, I do not think it is accurate that I

9     requested the use of the nurse's restroom, I --

10    more accurately, I believe it was an option

11    offered to me, which I then accepted.

12         Additionally, I have a few antidotes from,

13    you know, growing up, which follows the line of

14    inquiry about, you know, male expressions.

15         The first being in middle school -- I

16    expressed that I didn't really have friends in

17    middle school, and the group of friends I

18    mentioned in high school, we met in middle school;

19    however, at that point they had not become my core

20    groups of friends, which was why I phrased that

21    the way I did; however, at some point in --

22    actually, pardon me.  Do you -- does --

| | |
|---|---|
| 1 | homebound status, so it was before that is the |
| 2 | last time you think you used the girls' restroom? |
| 3 | A  Yes.  I began avoiding it before that |
| 4 | point, which -- in -- contributed to the overall, |
| 5 | you know, complication of remaining at school. |
| 6 | Q  Because you didn't want to use the girls' |
| 7 | restroom? |
| 8 | A  Right.  However, it was not something I |
| 9 | could vocalize to others at that time because I |
| 10 | was not out, out being that I had not announced |
| 11 | myself as a boy to others yet. |
| 12 | Q  And since then, you have not used the |
| 13 | girls' restroom at Gloucester High School? |
| 14 | A  No. |
| 15 | Q  Not at all in the 11th grade, not at all |
| 16 | in the 12th grade? |
| 17 | A  No. |
| 18 | Q  Correct? |
| 19 | A  Correct. |
| 20 | Q  Do you recall an incident in your art |
| 21 | class, Miss Bergh, where you and the student got |
| 22 | into an argument, it would have been in that |

1  sometime in October of 2014?

2      A   2014?

3      Q   I have a record I can show you, but the

4  person's name is blacked out, so I don't know who

5  it was.

6      A   Okay.

7      Q   And the allegation is something along the

8  lines of the student was saying something like,

9  you know, there is a girl going in the boys' room

10 and you said that's me and then it elevated

11 into -- does that ring a bell?

12     A   It does.  The conversation that I had

13 overheard was actually that the child was speaking

14 in explicit and highly, highly sexually

15 inappropriate detail about my genitals, talking

16 about what I had, what -- you know, how disgusting

17 I was, how freaky I was, other explicit, you know,

18 assumptions or observations or whatever about, you

19 know, possible genital situations and that kind of

20 thing.

21         At that time, I had walked over and I said

22 you really should stop saying things like this,

1    because he had identified me as my brother's

2    sister, and he -- I was in that class with him,

3    and he was aware that I was that person, and so I

4    was like this is disgusting, you need to stop.

5         At that point actually he stood up, who do

6    you think you are talking to.  You know, my

7    position initially was to kind of ask him to like

8    please stop, and then his position was to yell and

9    escalate and continue to insult and berate me,

10   which resulted in disciplinary action for both of

11   us.

12        Q   When was that, do you remember?

13        A   No, not other than what you have, what you

14   have identified.

15        MR. CORRIGAN:  Okay.  I will go ahead and

16   get this marked.

17        (G. Grimm Deposition Exhibit 1 was marked

18   for identification and is attached to the

19   transcript.)

20        Q   Okay.  Take a minute and read that.  That

21   has been marked as Exhibit 1.  I am asking you, as

22   best you can recall, whether this is the incident

1    we were just discussing or describes the incident

2    we were just discussing.

3         A   So reading this did remind me of a detail.

4    The statement that Miss Bergh had said to me at

5    the time, where she was recommending disciplinary

6    action, was that she was positive that it was

7    going to be a physical fight.  I absolutely

8    dispute that, I had had no intentions of

9    physically fighting with anybody.  I -- my only

10   position was to say like you -- like stop saying

11   these things, and his position was to escalate.

12            And also importantly, we were on other

13   sides of the table, and neither of us ever moved

14   to get closer to each other as well, so I contest

15   that there was a possibility of physical fight.

16            But I believe that was the grounds under

17   which she recommended disciplinary action.

18        Q   Okay.  Do you remember what the

19   disciplinary action was?

20        A   I -- I don't -- I don't recall if I was

21   suspended in or out of school or for how many days

22   or if it was just detention or something, I really

1    of course, the function is that it presses the

2    tissue down against your lungs, and so that does

3    restrict some movement, and then, on top of that,

4    that garment did not pair very well with the gym

5    uniform because the garment was slick and so were

6    the pants and the shirt, and so with the garment

7    on, the pants would not stay up and that kind of

8    thing.

9        Q   Where did the garment -- describe the

10   garment for me.

11       A   A tank top but that is of a somewhat

12   stretchy material but that is nonelastic enough

13   that it forces tissue to compress.

14       Q   So did you request to do your PE class

15   online?

16       A   I did.

17       Q   Okay.  Was there ever any discussion about

18   doing it any other way?

19       A   What I recall of the conversation was that

20   I don't recall who I approached truthfully, but I

21   approached someone and said this is just not going

22   to be possible for me, what are my options, and

1    they at that time had offered the virtual program.

2        Q   Was it the PE teacher or was it your

3    guidance people or was it someone else, as best

4    you can recall?

5        A   I don't recall.

6        Q   So there was no time in 10th grade you

7    actually attended a physical PE class at school;

8    is that correct?

9        A   Not that I can recall.

10       Q   Okay.  What do you personally know about

11   any complaints that were received by teachers,

12   administrators or the Superintendent or the School

13   Board with respect to you using the boys'

14   restroom?

15       A   Well, that question actually prompted me

16   of a detail that I had previously failed to

17   mention.  Do you mind if I --

18       Q   Sure.

19       A   It is somewhat connected.  When you asked

20   about, you know, if I received any adult ridicule

21   or was it peer ridicule and that sort of thing, at

22   both of the School Board meetings, which I

1   without someone telling my side of the story and

2   there would be no one to do that but us.

3        Q   So you and your mother decided that the

4   two of you would show up at the School Board

5   meeting to discuss this restroom use issue?

6        A   Yes, and I independently decided that I

7   specifically wanted to make a comment.

8        Q   What was your thinking on deciding that

9   you wanted to make a comment?

10       A   Well, I had already been identified as the

11  student in question, people that had spoken before

12  me had already turned to look directly at me, and,

13  you know, it was not a secret, it was not as if we

14  could pretend like we didn't know who the student

15  was, and so my thought process was that people

16  already have identified me as the transgender

17  child in question, and a decision about my future

18  should not be made without myself at least

19  expressing my input.

20       Q   Before you went to the School Board

21  meeting, what information did you have that anyone

22  knew who you were, I mean specifically that this

1    like, you know, that is -- that is David's sister

2    or I know that chick or, you know, that kind of

3    thing, so it was understood fairly generally that

4    I was known to be the child.

5        Q   Are you aware of any member of the School

6    Board who identified you before this meeting, in

7    other words, said this is who we are talking

8    about, this person?

9        A   During the meeting?

10       Q   No.  Before the meeting.

11       A   I didn't have any conversations with any

12   of them before the meeting.

13       Q   I understand.  My question, though, is are

14   you aware of any -- of any information that any

15   School Board member identified you before the

16   meeting as the person about whom this discussion

17   was occurring?

18       A   No.  However, one of the members of the

19   School Board, Kevin Smith, was previously a close

20   family friend, who had spoken to my mother, and I

21   don't know about what, but ahead of the School

22   Board meeting, and he assured her at that time

1    that he would recuse himself from the vote because

2    it was improper for him to make a distinction

3    because he knew us.

4        He then did not do that and, in fact,

5    voted against us instead.  He voted, to be clear,

6    vowed to ban me from the boys' restroom instead.

7        Q    He voted in favor of the resolution?

8        A    Of the proposal that Miss Hook had brought

9    forward, yes.  So there was at least one School

10   Board member who was aware of the identity of the

11   child.

12       Q    You don't have any information that

13   Mr. Smith told anyone else that you were the

14   child?

15       A    I don't have any information that that

16   happened, no.  But I -- I also have nothing to,

17   you know, present that ensures that it was not

18   something that happened as well.

19       Q    You just don't know?

20       A    I don't know.

21           (Discussion held off the record.)

22       Q    When did you first see the policy, the

1  at any point.

2      Q   Do you have any recollection of how many

3  people spoke at either occasion?

4      A   No.

5      Q   In your lawsuit, on paragraph 53, it says

6  the policy does not define biological gender and

7  the term has no common or accepted meaning.  There

8  are many biological components of sex, including

9  chromosomal, anatomical, hormonal and reproductive

10  elements, some of which could be ambiguous or in

11  conflict within an individual, either because that

12  individual has intersex traits or because that

13  individual has undergone medical care for gender

14  dysphoria.

15          That's what the paragraph says.  So I have

16  some questions that I want to ask you, just to

17  make sure I am clear and that the record is clear

18  on this.

19          Do you have intersex traits?

20      A   I have never been diagnosed as intersex.

21      Q   The terms that are used here, chromosomal,

22  anatomical, hormonal and reproductive elements,

1    what is your understanding of your chromosomal

2    elements?

3        A    I -- well, I was assigned female at birth,

4    so I would assume that there are two X

5    chromosomes; however, differences in that are very

6    common, and often you go your whole life without

7    knowing them, so, to my knowledge, XX; however, I

8    don't know that that's ever been formally tested.

9        Q    How about anatomical elements.  What is

10   your understanding of your anatomical elements?

11       A    With respect to what, sir?

12       Q    With respect to the many biological

13   components of sex.

14       A    Do you mind rephrasing the question?

15       Q    Again, the allegation is there are many

16   biological components of sex including

17   chromosomal, anatomical, hormonal and reproductive

18   elements, some of which could be ambiguous or in

19   conflict within an individual, either because that

20   individual has intersex traits or because that

21   individual has undergone medical care for gender

22   dysphoria.

1    know, you are not supposed to be in here, that

2    happened a few times in public, where women would

3    say that I was in the wrong place and I needed to

4    leave.

5        Q   All right.  How about specific -- your

6    specific -- I guess that goes over to reproductive

7    elements.

8            Same question.  What are the -- your

9    reproductive elements.

10       A   If I may clarify, are you asking what

11   procedures I may or may not have had?

12       Q   Sure.

13       A   Okay.  I do not have breasts, and I do not

14   have the ability to bear children because of

15   hormone replacement therapy, basically making that

16   not something that I can do.

17       Q   Let's go back to on November 11, 2014 and

18   December 9, 2014, in terms of your reproductive

19   elements, what was the status then?

20       A   In 2014 you said?

21       Q   Yes, sir.

22       A   That would have been that I had present

1   breasts and was by -- I had yet to go through

2   hormone replacement therapy; however, I -- again,

3   I used a chest-binding garment every single

4   solitary time I stepped out of the house, so the

5   appearance to pretty much everyone was that I did

6   not have breasts.

7       Q   Okay.   What about the actual reproductive

8   elements at that time?

9       A   Well, I had gone -- at that point I had

10  gone through female puberty and had done nothing

11  to disrupt the functions of those organs, so those

12  were fully functioning.

13      Q   Okay.   Then the last one is hormonal is

14  the other term that is used in the description of

15  the many biological components of sex.

16          What are the hormonal elements in December

17  or November 11th and December 9th of 2014?

18      A   Well, the hormonal elements would be that

19  I was yet to -- I was not yet receiving

20  testosterone injections and that my body was

21  producing estrogen; however, that my free

22  testosterone levels were elevated enough for a

1    Q  My question is when did you become aware

2    they were going to do that.

3    A  Yes, sir.  I misunderstood.  Press release

4    wise, I thought you were referring to what was

5    said at the meeting, I apologize.

6         When I became aware that those bathrooms

7    were being constructed was I suppose when they --

8    when the construction began, which was before the

9    second School Board meeting, as far as I can

10   recall.

11   Q  Okay.  When you became aware that they

12   were, in fact, going to create single stall,

13   unisex restrooms for all students, not designated

14   Gavin's restroom, but the statement is for all

15   students, did you consider that as whether that

16   would meet your needs?

17   A  Absolutely not.

18   Q  And what did you consider?  What did you

19   decide, who did you speak with about that?

20   A  I -- I don't recall who I approached or if

21   I approached anyone from school at that point.  I

22   believe somewhere in that time period was when I

1      Q   And did anyone accompany you?

2      A   My mother.

3      Q   Chest reconstruction surgery in June 2016;

4   is that correct?

5      A   Yes.

6      Q   Who performed?

7      A   Dr. Hope Sherie.

8      Q   How do you spell Sherie?

9      A   S-H-E-R-I-E.

10     Q   Was that at VCU?

11     A   No.  That was not at VCU.

12     Q   Where was that?

13     A   That was in either Charlotte or

14   Charlottesville, I don't recall -- I have the

15   names mixed up, but it was in North Carolina.

16     Q   Okay.  Was that a double mastectomy

17   essentially?

18     A   Yes.

19     Q   What documentation or other information

20   did Dr. Sherie require before she performed that

21   surgery?

22     A   As I was a -- I believe, if I am recalling

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2            I, LESLIE D. ETHEREDGE, Registered Merit

3    Reporter, Certified Court Reporter and Notary

4    Public, the officer before whom the foregoing

5    deposition of GAVIN GRIMM was taken, do hereby

6    certify that the foregoing transcript of the

7    deposition is true and correct to the best of my

8    ability; that said testimony was taken by me

9    stenographically and thereafter reduced to

10   typewriting under my direction; that reading and

11   signing was requested; and that I am neither

12   counsel for, related to, nor employed by any of

13   the parties to this case and have no interest,

14   financial or otherwise, in its outcome.

15           IN WITNESS WHEREOF, I have hereunto set my

16   hand this 5th day of November, 2018.

17                 _Leslie D. Etheredge_

18           _____

19           LESLIE D. ETHEREDGE, Notary Public in

20           and for the Commonwealth of Virginia

21           Registration No: 116406

22           My commission expires February 28, 2019