```
 1           IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF VIRGINIA
 3                   NEWPORT NEWS DIVISION
 4    ------------------------------X
 5    GAVIN GRIMM,                  :
 6             Plaintiff,           :
 7       v.                         :   CASE NO.:
 8    GLOUCESTER COUNTY SCHOOL      :   4:15-cv-54
 9    BOARD,                        :
10             Defendant.           :
11    ------------------------------X
12
13           Deposition of MELINDA PENN, M.D.
14                  Richmond, Virginia
15              Thursday, March 14, 2019
16
17                      10:15 a.m.
18
19
20    Job No.:  234511
21    Pages 1 - 92
22    Reported by:  Helen B. Yarbrough, RPR, CCR
```

EXHIBIT B

1  A   As a pediatrician, yes; but in
2  pediatric endocrinology I typically am not
3  involved in that unless there's questions.
4  Q   So when you were a pediatrician, did
5  you recognize the sex of an infant at birth based
6  upon the appearance of external genitalia?
7  A   Yes.  We would examine patients and
8  describe the appearance of the genitalia.
9  Q   And then you would designate the
10 infant's sex based on that external genitalia,
11 correct?
12 A   Yes.
13 Q   If there is a question concerning the
14 sex of an infant at birth, can medical providers
15 perform a chromosomal testing?
16 A   Yes, you can perform that.  There's a
17 number of different tests that we'll do if there's
18 question about the appearance of the genitalia.
19 Q   And what are those tests?
20 A   We'll perform chromosomes; we'll do
21 investigations to look at the internal anatomy in
22 genitalia; we'll perform hormone levels.

1  Q    And when you say "looking at the
2  internal anatomy," does that mean the reproductive
3  organs?
4  A    Yes.
5  Q    And the chromosomal testing, that would
6  be the XX chromosome or the XY chromosome?
7  A    Yes.
8  Q    And if the infant has an XX chromosome,
9  that's recognized as a biological basis for a
10 female?
11 A    Not always.
12 Q    In what cases would it not be?
13 A    There are times when you can have a
14 portion of the Y be present in an XX individual.
15 There are times that you have an XY individual who
16 won't respond to testosterone and therefore would
17 look very feminine on the outside.  So it's not
18 always clear.
19 Q    And if there is an XX chromosome
20 without a portion of a Y, does -- is that the
21 biological basis for a female?
22 A    In general, yes.

1  they're not responding to the testosterone, so
2  their external genitalia is very feminine, but
3  they wouldn't have the internal female uterus or
4  ovaries.
5      Q    And what would the medical diagnosis
6  for that be?
7      A    Androgen insensitivity.
8      Q    And how often does that occur?
9      A    I would have to review for
10 specifically -- specific numbers.
11     Q    How often did you see it in your
12 practice?
13     A    I've seen it about three times.
14     Q    You agree that choosing a gender
15 identity does not cause any chromosomal changes in
16 the body, correct?
17     A    Yes.
18     Q    And a person's innate sense of
19 belonging to a particular gender does not cause
20 any biological changes in the body?
21     A    That's correct.
22     Q    In paragraph 20 of your report, you

1  state that, "Gender identity is deeply rooted
2  early in life."
3         Do you see that?
4     A   Yes.
5     Q   What is that opinion based on?
6     A   There's -- many pediatric patients have
7  very distinct gender identity and identify with a
8  specific gender at a young age as a normal part of
9  pediatric development.
10    Q   And when you say it's rooted early in
11 life, does that mean in both gender identity that
12 is consistent with the sex recognized at birth and
13 inconsistent with the sex recognized at birth?
14    A   It can be, yes.
15    Q   Have there been any empirical studies
16 or data that identify when a child has a sense of
17 gender identity?
18    A   I'm not aware.  There has been research
19 describing it, but I'm not sure of the specifics.
20    Q   DSM-V --
21    A   Yes.
22    Q   -- describes gender dysphoria; is that

1  correct?
2      A    Yes.
3      Q    And what, to your understanding, is
4  gender dysphoria?
5      A    That's the distress that a patient or a
6  person experiences when their gender identity
7  doesn't align with the sex assigned at birth.
8      Q    Okay. And you're aware that the DSM-V
9  defines sex as it refers to the biological
10 indicators of male and female such as in sex
11 chromosomes, gonads, sex hormones, and
12 nonambiguous internal or external genitalia?
13     A    Yes.
14     Q    And you agree with that, correct?
15     A    Yes.
16     Q    So the treatment that you provide as a
17 pediatric endocrinologist, is that to treat gender
18 dysphoria, or is it to treat a transgender
19 individual?
20     A    Yes, it's to treat the gender dysphoria
21 that occurs in transgender individuals.
22     Q    So your practice, medical practice,

1  seeks to medically treat a transgender
2  individual's distress?
3      A    Yes.  We're helping to decrease the
4  distress and the dysphoria.
5      Q    Do you need a break?
6      A    Yes.
7           (A recess was taken.)
8  BY MR. CAPPS:  (Continuing)
9      Q    In your practice, do you diagnose
10 gender dysphoria?
11     A    I rely on the mental health providers
12 that I work with to do the official diagnosis, but
13 I review with the patients why they're seeking
14 hormone therapy.
15     Q    Is there any objective test that can
16 diagnose gender dysphoria?
17     A    Not that I'm aware of.
18     Q    So a diagnosis would be based on a
19 conversation with the transgender individual?
20     A    There are guidelines and criteria that
21 you have to meet for the diagnosis of gender
22 dysphoria, and that's with discussion by the

1  patient.

2  Q     But it's based upon the subjective
3  information that the patient gives you; is that
4  correct?

5  A     Yes.

6  Q     Do you agree that not all transgender
7  individuals express distress in their gender
8  identity choice?

9  A     Yes.

10 Q     Do you dispute the DSM-V statement that
11 for natal adult males, the prevalence ranges for
12 gender dysphoria range between .005 percent to
13 .014 percent of natal adult males?

14 A     It sounds appropriate.  I'm not sure
15 exactly what they are referring to for this data.

16 Q     How about the prevalence ranges for
17 natal females range from .002 percent to
18 .003 percent?  Do you dispute that data?

19 A     Again, I don't know where it comes from
20 and how that research is done, but it sounds
21 appropriate.

22        MR. BLOCK:  Could she be provided a

1  give hormones that stop the production of pubertal
2  hormones in the body.  And then I can also provide
3  hormones that would promote the development of
4  secondary sex characteristics that align with the
5  person's gender identity.
6       Q    Do you provide any medical treatment
7  related to any transgender individual's social
8  transition?
9       A    Can you restate it?
10      Q    Do you, in your treatment of
11 transgender individuals, provide a treatment plan
12 that includes social transition?
13      A    Not directly.  We discuss the social
14 transition and what they've done with their social
15 transition, but I don't directly.
16      Q    So you're not involved in creating
17 treatment plans related to a transgender
18 individual's social transition related to their
19 gender identity?
20      A    No.  I do assist with some of the
21 paperwork that they require to do name change and
22 gender change, and some of the legal documents

1  require a medical provider to sign off, and I
2  assist with that.
3       Q    But on a day-to-day basis, do you
4  outline a treatment plan that relates to a
5  transgender individual's social transition?
6       A    No.
7       Q    Do you document a patient's
8  participation in social transition as a part of
9  your medical treatment of transgender individuals?
10      A    I typically discuss with the patients
11 what social transitions have occurred, and we
12 discuss family support, school support, and
13 friends' support, and that sort of information.
14      Q    Do you agree that transgender patients
15 also have an alternative medical plan that would
16 involve just counseling?
17      A    The treatment for transgender
18 individuals varies greatly, and some of my
19 patients ultimately have done well with counseling
20 and just social transition.
21      Q    Have you had any patients participate
22 in just counseling without engaging in social

1  sex-separated facilities in line with their gender
2  identity.  Do you see that?
3      A    Yes.
4      Q    The social transition that you're
5  talking about, is that part of a medical treatment
6  plan?
7      A    It's not typically a part that I'm
8  involved in, because most of the patients are
9  coming to see me at the onset of puberty.
10     Q    And whose plan, if anybody's, would
11 that be -- that social transition be a part of?
12     A    It's oftentimes something that's
13 discussed with the mental health provider and the
14 families.
15     Q    And the social transition plan is used
16 to address the treatment of gender dysphoria; is
17 that correct?
18     A    Yes.
19     Q    And you would agree, then, that the use
20 of restrooms that are in line with a transgender
21 patient's gender identity instead of the sex
22 designated at birth is one component of the social

1  transition plan?

2     A    Yes, it can be a part of that.

3     Q    And that there are other components of
4  the social transition plan that can be provided or
5  recommended by a mental health provider to treat
6  gender dysphoria?

7     A    Yes.

8     Q    I looked at Exhibit 1B, the WPATH
9  standard of care guidelines, and I don't see in
10 those guidelines where the standard of care refers
11 to the use of restrooms in line with a transgender
12 patient's gender identity instead of the sex
13 recognized at birth.  Can you tell me if the WPATH
14 standards of care provide any guidance on the use
15 of restrooms to treat gender dysphoria in
16 transgender individuals?

17    A    I'd have to review it again to look if
18 there's specific mention about restroom use.

19    Q    I'm going to give you that opportunity.

20    A    (Witness reviewing document.)

21         MR. BLOCK:  Jeremy, since it's a long
22 document, can I help?

1  single user restroom at school instead of the
2  restroom that is consistent with their gender
3  identity, is that medically appropriate?
4       A    If that's the patient's choice, yes.
5       Q    Are you aware of whether there have
6  been any studies or research into how many
7  transgender students would prefer to use a single
8  user restroom instead of the restroom that is
9  consistent with their gender identity?
10      A    I'm not aware of any studies.
11      Q    Are you aware of any scientific or
12 medical research studies into the effect of not
13 permitting a transgender student to use the
14 bathroom consistent with his gender identity in
15 school?
16      A    Not specifically looking at the
17 bathroom.
18      Q    You would agree that if a student,
19 transgender student, is not permitted to use the
20 bathroom consistent with his gender identity in
21 school, there are other methods of social
22 transition that can be used to help treat that

1  student's gender dysphoria?

2      A    There are a number of components that
3  go into the social transition, and what's required
4  is individual for each person.

5      Q    Are you aware of any medical research
6  or studies into the effect of implementing a plan
7  of gender-affirming care that allows a transgender
8  student to wear the clothing that he wants, to
9  change his name to be consistent with his gender
10 identity, and to be referred to with pronouns
11 consistent with his gender identity but not be
12 permitted to use a restroom consistent with his
13 gender identity at school?

14     A    I don't think that any of the studies
15 have looked at that precise situation.  There are
16 studies that have looked at the effect of social
17 transition on transgender health, but I don't know
18 which specific components they addressed.

19     Q    Have you ever treated a transgender
20 student that was not permitted to use the restroom
21 that corresponded with the student's gender
22 identity at school?

1  Q    So what is chest reconstructive
2  surgery?
3  A    So, that can either be in transgender
4  males where they have a mastectomy and all the
5  breast issue is removed and reconstructed to
6  appear more masculine, or in transgender females
7  it can include breast augmentation.
8  Q    Okay.  In the situation where there is
9  a mastectomy for a transgender male, is there --
10 does that procedure create any biological changes
11 in the transgender individual?
12 A    It's just physical changes.
13 Q    And is that treatment part of a medical
14 treatment plan to address the gender dysphoria or
15 distress associated with gender identity?
16 A    It can be, but it is all determined by
17 the individual, whether that's something that they
18 desire.
19 Q    And then you state in paragraph 33 that
20 under the WPATH standards of care there can be
21 genital surgery once they reach the age of
22 majority?

1  A  Yes.

2  Q  What does that mean?

3  A  There are genital surgeries that can be performed to make the external genitalia more similar to the gender identity, and then there are surgeries that can remove the internal genitalia, or the gonads, the testes or the ovaries, to prevent production of those hormones.

9  Q  And so under the WPATH standards of care, surgical gender reassignment procedures cannot be completed until the transgender individual is at least 18 years of age, correct?

13 A  Yes.  In general, any surgical procedure that would affect the fertility is held off until 18.

16 Q  I assume as part of your practice you don't perform surgery; is that correct?

18 A  Yes.  I don't.

19 Q  So make sure I've got it clear.  So if you have -- if a transgender boy has chest reconstructive surgery, they still have the female genitalia in place; is that correct?

1    A    Yes.

2    Q    I think you told me that in the five
3 years that you've been treating transgender
4 patients you have had some patients reach the age
5 of majority?

6    A    Yes.

7    Q    And have any of those patients elected
8 to undergo genital surgery?

9    A    Yes.

10   Q    How many?

11   A    I can think of two.

12   Q    And did you continue to see them after
13 the surgical genital procedure?

14   A    Yes.

15   Q    What was your role?

16   A    Continuing to provide hormone . . .

17   Q    And at that time was the hormone
18 therapy that you provided, providing for gender
19 dysphoria, or was it for some other purpose?

20   A    With one of the patients, her gonads
21 were removed; and you, therefore, have to receive
22 sex hormones of some sort to maintain good bone

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2       I, Helen B. Yarbrough, Registered

3  Professional Reporter, Certified Court Reporter,

4  and Notary Public, the officer before whom the

5  foregoing deposition was taken, do hereby certify

6  that the foregoing transcript is a true and

7  correct record of the testimony given, to the best

8  of my ability; that said testimony was taken by me

9  stenographically and thereafter reduced to

10 typewriting under my supervision; that reading and

11 signing was requested; and that I am neither

12 counsel for, nor related to, nor employed by any

13 of the parties to this case and have no interest,

14 financial or otherwise, in its outcome.

15      IN WITNESS WHEREOF, I have hereunto set my

16 hand and affixed my notarial seal this 17th day of

17 March 2019.

18

19                          _____
                            Helen B. Yarbrough, RPR, CCR
20                          VCRA Certification #0313016

21 My Commission Expires:
   July 31, 2021
22 Notary Registration Number:   158897