CONFIDENTIAL



# Gloucester County Public Schools

25788
GRIMM, REDACTED
F
CAUCASIAN
REDA 99
C RE REDACTED
REDACTED

## ENTRANCE, WITHDRAWAL AND TRANSFER RECORD

| FROM | TO | DATE | GRADE |
|------|-----|------|-------|
| Bethel Home Instruction Peasley M.S. | Bethel | 9/04 | 6 |
| | Home Instruction | 4/09/08 | 4 |
| | Bethel | 9/09 | 5th |
| | Page M.S. | 6/2012 | |

EXHIBIT
F

GCSB - 1086

CONFIDENTIAL

Gloucester County Public Schools
Report Card

Gloucester High School
6680 Short Lane
Gloucester, VA 23061

Report Card Printed on June 17, 2014

School Year: 2013-2014

Reporting Period: Q4

Grade: 9
Counselor: HARRIS
Homeroom: HOMEBOUND

REDACTED GRIMM - REDACTED
REDACTED
( REDACTED

| Course | Teacher | Q1 | Q2 | S1 | Q3 | Q4 | S2 | 3/4 | ABS | TAR | Comment |
|--------|---------|----|----|----|----|----|----|----|-----|-----|---------|
| HOMEBOUND | STAFF, GHS | | | B | REDACTED | | | | 0 | 0 | |
| VLA HEALTH 9 | WYATT, WENDY S | | | | | | | | 0 | 0 | |
| VLA PE 9 | WYATT, WENDY S | | | | | | | | 0 | 0 | |
| VLC ALGEBRA I | WYATT, WENDY S | | | | | | | | 0 | 0 | |
| VLC WORLD I | WYATT, WENDY S | | | | | | | | 0 | 0 | |
| VLC ENGLISH 9 | WYATT, WENDY S | | | | | | | | 0 | 0 | |
| VLC EARTH SCI | WYATT, WENDY S | | | | | | | | 0 | 0 | |

Total Daily Absences Q4: 0.000

This is the Final report card of the 2013 – 2014 school year.

SUMMER SCHOOL RECOMMENDED ___ YES ___ NO (if yes, form enclosed)

SUMMER SCHOOL CLASS RECOMMENDED _____

Summer school registration deadline is July 1, 2014 at 3 p.m.  Summer school will begin July 7 and end August 7, 2014.  Gloucester High School summer school hours are 7:00 am to 4:30 pm Monday through Thursday (closed on Friday).  Visit the Gloucester High School website for updated information: gets.gc.k12.va.us

GCSB - 1117

CONFIDENTIAL

Gloucester County Public Schools
Report Card

Page Middle School
6636 Short Lane
Gloucester, VA 23061

Report Card Printed on June 11, 2013

Reporting Period: Q4

School Year: 2012-2013

REDACTED  GRIMM ·, REDACTED
**REDACTED**

Grade: 8
Counselor: CROTTY
Homeroom: 201



| Course | Teacher | Q1 | Q2 | S1 | Q3 | Q4 | S2 | YI | ABS | TAR | Comment |
|--------|---------|----|----|----|----|----|----|----|-----|-----|---------|
| ROBOTICS | WEST, ROSSER B | | | | | | | | 5 | 0 | |
| MATH 8 | COLLAZO, LUCY | | | | | | | | 8 | 2 | |
| INQUIRY/HR | PICKETT, MURIEL K | | | | | | | | 0 | 0 | |
| SCIENCE | BOND, ELIZABETH S | | | | | | | | 3 | 0 | |
| ADV LANG ARTS | DRAKE, PATRICIA A | | | | | | | | 3 | 0 | IS A PLEASURE TO HAVE IN CLASS |
| CIVICS AND ECON | STEWART, GLEN DOUGLAS | | | | | | | | 2 | 0 | |
| GRAPHIC LITERATURE | FREYBERGER, THERESA M | | | | | | | | 0 | 0 | |
| ART | EMDE, RACHEL J | | | | | | | | 3 | 0 | |

Total Daily Absences Q4: 1.000
Quarter 4 GPA: 4.0000

Have a wonderful summer!

PROMOTED

GCSB - 1118



CONFIDENTIAL

GCSB - 1127

# Standards of Learning Assessment Data
## End of Course Reports

Student's Name: GRIMM, REDACTED

Date of Birth: REDACTED 1999

County/School System: Gloucester County

ID Number

---

**GRIMM, REDACTED**

DOB: REDACTED 1999
Gender: Female
ST: 1012730050

School: 0290 - GLOUCESTER HS
Division: 036 - GLOUCESTER COUNTY
Admin: Spring 2014

**Grade: 9**

| Test | Performance Level | Scaled Score |
|---|---|---|
| Algebra I (2009) | Fail | REDACTED |
| Earth Science (2010) | Pass/Proficient | |
| World History I (2008) | Pass/Proficient | |

---

**GRIMM, GAVIN E.**

DOB: REDACTED 1999
Gender: Female
ST: 1012730050

School: 0290 - GLOUCESTER HS
Division: 036 - GLOUCESTER COUNTY
Admin: Spring 2015

**Grade: 10**

| Test | Performance Level | Scaled Score |
|---|---|---|
| Algebra I (2009 SOL) | Pass/Proficient | |
| Biology (2010 SOL) | Pass/Proficient | |
| World History II (2008 SOL) | Pass/Proficient | |

---

**GRIMM, GAVIN E.**

DOB: REDACTED 1999
Gender: Female
ST: 1012730050

School: 0290 - GLOUCESTER HS
Division: 036 - GLOUCESTER COUNTY
Admin: Spring 2016

**Grade: 11**

| Test | Advanced/College Path | Scaled Score |
|---|---|---|
| EOC Reading (2010 SOL) | No Score (NS) | REDACTED |
| Geometry (2009 SOL) | No Score (NS) | |
| VA & US History (2008 SOL) | | |

---

**GRIMM, GAVIN E.**

DOB: REDACTED 1999
Gender: Female
ST: 1012730050

School: 0290 - GLOUCESTER HS
Division: 036 - GLOUCESTER COUNTY
Admin: Writing 2015-2016

**Grade: 11**

| Test | Performance Level | Scaled Score |
|---|---|---|
| EOC Writing (2010 SOL) | Pass/Proficient | REDACTED |



**WELCOME TO**
**GLOUCESTER COUNTY PUBLIC SCHOOLS**

Student Registration Form

School's Name: **Bethel Elementary School**

**CONFIDENTIAL**
**FOR OFFICE USE ONLY**
Student ID#_____
Entry Date:_____
YOG:_____
Entry Code:_____ PK Code:____ PK Time____
Homeroom #:_____
Counselor/Teacher_____
Team:_____
Bus #:_____

**PLEASE PRINT ALL INFORMATION**

Are you a resident of Gloucester County? ☑ Yes ☐ No  Items accepted as proof of residency: lease/deed and current utility bill

Has your student ever attended a Gloucester County Public School? ☑ Yes ☐ No  If yes, which school did your child attend?

☐ Abingdon ☐ Achilles ☑ Bethel ☐ Botetourt ☐ Petsworth ☐ T. C. Walker ☐ Page Middle ☐ Peasley Middle ☐ High School

Student's Legal Name: __Grimm__ REDACTED
LAST

Gender: ☐ Male ☑ Female

Student's Ethnicity: ☐ American Indian ☐ Asian ☐ Black ☐ Hispanic ☐ Native Hawaiian ☑ White ☐ Unspecified

Student's Birth D ___REDACTED___ 199? Place of Birth: __Newport News, VA__ Birth Certificate #

Student's Grade Level: __5__ If kindergarten, did your child have any pre-kindergarten education? ☐ Yes ☐ No.
If yes, please provide brief description (i.e., licensed daycare provider, head start)

Primary language spoken by student: ☑ English ☐ Spanish ☐ French ☐ Russian ☐ Chinese ☐ Vietnamese ☐ Other

Primary language spoken at home: ☑ English ☐ Spanish ☐ French ☐ Russian ☐ Chinese ☐ Vietnamese ☐ Other

Student's Mailing Address: ___REDACTED___

Student's Home Phone Num#

Student's 911 Address required:
(if different than mailing): Number    Street Name    City    Zip Code

Does your child currently receive special services? ☐ YES ☑ NO  If yes, please check all that apply:
☐ Speech ☐ Special Education ☐ 504 ☐ Gifted ☐ ESL ☐ Occupational Therapy/Physical Therapy ☐ Other

| Student Resides With: ☑ Mother & Father  ☐ Mother only  ☐ Father only  ☐ Grandparents  ☐ Foster Parent(s) |
| ☐ Mother & Stepfather  ☐ Father & Stepmother  ☐ Guardian/Custodian  ☐ Other |

| | |
|---|---|
| Name: __David + Deirdre Grimm__ | Name: |
| Address (if different from student): __same__ | Address (if different from student): |
| Place of Employ__ __Norfolk Naval Shipyd father__ REDACTED ____mother__ | Place of Employment: |
| Work Phone #: | Work Phone #: |
| Cell Phone #: | Cell Phone #: _____ |
| Email address: __druinmomma@cox.net__ | Email address: |

If the student is NOT residing with BOTH biological/adoptive parents, please list other parent's information (i.e., name, address, etc.)

**EMERGENCY CONTACT INFORMATON**
(Our schools attempt to contact the parent/guardian first - the following information is for OTHER than parent/guardian)

Contact Person 1: REDACTED    Phone # REDACTED Relationship to Student: __friend__

Contact Person 2: REDACTED    Phone# __(___)___ Relationship to Student: __older sister__

# REDACTED

CONFIDENTIAL

Name of Student    Emma

## STUDENT REGISTRATION FORM (continued)

New Federal legislation, the No Child Left Behind Act, requires that all school divisions report student information regarding the areas listed below. Please read each statement, or have the registrar read the statements for you, and answer each question as requested.

---

**Your child is considered to be Neglected/Delinquent if one of the following is true:**

In order to be eligible to be counted as neglected/delinquent, a child age 5 through 17 must live in an "institution for neglected children and youth," which means a public or private residential facility, other than a foster home, that is operated primarily for the care of children and youth who (a) have been committed to the institution or voluntarily placed in the institution under applicable State law due to abandonment, neglect, or death of their parents or guardians; and (b) have had an average length of stay in the institution of at least 30 days;
OR
Must live in an "institution for delinquent children and youth," which means a public or private residential facility that is operated for the care of children and youth who (a) have been adjudicated to be delinquent or in need of supervision and (b) have had an average length of stay in the institution of at least 30 days.

Is your child Neglected/Delinquent?   Yes_____   No _√_

---

**Your child is considered to be Homeless if one of the following is true:**

1) Shares the housing of others due to loss of housing, economic hardship or similar reason;
2) Lives in motels, hotels, trailer parks or camping grounds due to lack of alternative adequate accommodations;
3) Lives in emergency or transitional shelters;
4) Abandoned in hospitals;
5) Awaits foster care placement;
6) Has a primary residence that is a public place or place not designed for or ordinarily used as regular accommodation;
7) Lives in cars, parks, public spaces, abandoned buildings, substandard housing, bus or train stations or similar settings.

Is your child Homeless?   Yes_____   No _√_   If yes, which item above applies to your situation?_____

---

**Your child is considered to be a Migratory Child if one of the following is true:**

The term "migratory child" means a child who is, or whose parent or spouse is, a migratory agricultural worker, including a migratory dairy worker, or a migratory fisher, and who, in the preceding 36 months, in order to obtain, or accompany such parent or spouse, in order to obtain temporary or season employment in agricultural or fishing work:
(a) has moved from one school district to another;
(b) in a State that is comprised of a single school district, has moved from one administrative area to another within such district; or
(c) resides in a school district of more than 15,000 square miles, and migrates a distance of 20 miles or more to a temporary residence to engage in a fishing activity.

Is your child a Migratory Child?   Yes_____   No _√_

GCSB - 1152

## BETHEL ELEMENTARY
School Name

## STUDENT REGISTRATION FORM

Entry Date:
YOG:
Conditional Enrollment:
Entry Code:
Home Room #:
Counselor/Teacher:
Team:

Former Student of Gloucester County Public Schools: YES / NO (If yes, School N **REDACTED**

Student's Name: **REDACTED**
First                 Middle Name                 Last                 Nickname **REDACTED**

Social Security #: **REDACTED**                 Bus #:

Is English the primary language spoken at home? YES / NO  If no, specify **REDACTED**

Gender: (Circle)  Male  (Female)   Grade: K   Date of Birth: **REDACTED**

Place of Birth: _____ City/County ____ State ____ Country    Birth Certificate #: **REDACTED**

Ethnic Group: (Circle One)  Unspecified  American Indian  Asian  Black  Hispanic  (White)  Native Hawaiian

Mailing Address: **REDACTED**                 City/State/Zip:

Home Phone #: **REDACTED**        9th Address: ____ (If Different from Mailing Address)

Child Resides With: (Circle)  (Both Parents)   One Parent   Legal Guardian(s)

Circle One:  Mother  (Father)  Stepparent  Guardian/Custodian
Name:
Address (if different than student):

Circle One:  Mother  Father  Stepparent  Guardian/Custodian
Name:
Address (if different than student):

Place of Employment:
Work Phone #:
Cell Phone/Pager #:    **REDACTED**
E-Mail Address:
Education:

Place of Employment:
Work Phone #:
Cell Phone/Pager #:    **REDACTED**
E-Mail Address:
Education:

### EMERGENCY CONTACT INFORMATION

Contact Person 1: ____ Phone # ____ Relationship to Student:
(Other than parent/guardian)

Contact Person 2: ____ Phone # ____ Relationship to Student:
(Other than parent/guardian)

Family Physician: ____ Phone #:

Please list any medical information concerning your child that school personnel should know. (Allergies, Asthma, etc.)

Previous School:
Mailing Address: ____ Phone #:
City/State/Zip: ____ Fax #:

## PLEASE COMPLETE THE BACK OF THIS FORM

GCPS - 10158

**REDACTED**

| Name | Living in Home | Date of Birth | Grade | Age |
|---|---|---|---|---|
| **REDACTED** | YES / NO | **REDACTED** | | |
| | YES / NO | | | |
| | YES / NO | | | |
| | YES / NO | | | |

**Others in the Home:**

| Name | Relationship to Student | Place of Employment |
|---|---|---|
| | | |
| | | |

Is your child receiving any specialized service(s)? (Special Education including Speech, 504, Gifted, etc.) YES / NO
If yes, specify which service(s)

**Directions to Home:**

(Please give the location of your home. Include the route number, neighborhood, landmarks, or any information that will be helpful.)

Before enrolling your child in Gloucester County Public Schools, you must provide the following:

1. Certified Copy of Birth Certificate
2. Social Security Card
3. Updated Immunization Records
4. Physical Exam Report
5. Transcript from Former School - Can Be Unofficial (HIGH SCHOOL ONLY)
6. IEP and/or 504 (if applicable)
7. Court Orders Referencing Student (if applicable)

I have willfully and knowingly provided you the correct information. I will provide you any new information concerning my child as it occurs.

_____     _____
Parent/Legal Guardian Signature            Date

No student can be prevented from participation in any program solely because of his/her race, color, national origin, sex, age, religion, or disability. A procedure for resolving complaints alleging discrimination on the basis of race, color, national origin, sex, age, religion, or disability, may be found in the manual for Policies and Regulations of the Gloucester County Public Schools. The Section 504 and Title IX Coordinator for the Gloucester County Public Schools is: Mr. William W. Fox, Coordinator - Section 504 and Title IX - Gloucester County Public Schools - 6489 Main Street - Building Two, Suite F - Gloucester, VA 23061 - (804)693-7865

REDACTED

CONFIDENTIAL

Name of child _____ G... N...

## STUDENT REGISTRATION FORM (Continued)

New Federal Legislation, the No Child Left Behind Act, requires that all school divisions report student information regarding the areas listed below. Please read each statement, or have the registrar read the statements for you, and answer each question as requested.

**Your child is considered to be Neglected/Delinquent if one of the following is true:**

In order to be eligible to be counted as neglected/delinquent, a child age 5 through 17 must live in an "Institution for neglected children and youth," which means a public or private residential facility, other than a foster home, that is operated primarily for the care of children and youth who (a) have been committed to the institution or voluntarily placed in the institution under applicable state law due to abandonment, neglect, or death of their parents or guardians; and (b) have had an average length of stay in the institution of at least 30 days;

or

must live in an "Institution for delinquent children and youth," which means a public or private residential facility that is operated for the care of children and youth who (a) have been adjudicated to be delinquent or in need of supervision; and (b) have had an average length of stay in the institution of at least 30 days.

Is your child Neglected/Delinquent?   Yes _____   No _____

**Your child is considered to be Homeless if one of the following is true:**

- Shares the housing of others due to loss of housing, economic hardship or similar reason;
- Lives in motels, hotels, trailer parks or camping grounds due to lack of alternative adequate accommodations;
- Lives in emergency or transitional shelters;
- Abandoned in hospitals;
- Awaits foster care placement;
- Has a primary residence that is a public place or a place not designed for or ordinarily used as a regular accommodation;
- Lives in cars, parks, public spaces, abandoned buildings, substandard housing, bus or train stations or similar settings.

Is your child Homeless?   Yes _____   No _____

Form continues on next page

GCSB - 1054

same as child ...

**Your child is considered to be a Migratory Child if one of the following is true:**

The term 'migratory child' means a child who is, or whose parent or spouse is, a migratory agricultural worker, including a migratory dairy worker, or a migratory fisher, and who, in the preceding 36 months, in order to obtain, or accompany such parent or spouse, in order to obtain, temporary or seasonal employment in agricultural or fishing work—

(A)   has moved from one school district to another;

(B)   in a State that is comprised of a single school district, has moved from one administrative area to another within such district; or

(C)   resides in a school district of more than 15,000 square miles, and migrates a distance of 20 miles or more to a temporary residence to engage in a fishing activity.

Is your child a Migratory Child?   Yes _____   No _____

**Your child is considered to be a Refugee if the following is true:**

An individual who is outside his/her country and is unable or unwilling to return to that country because of a well-founded fear that she/he will be persecuted because of race, religion, nationality, political opinion, or membership in a particular social group. This does not include persons displaced by natural disasters, or persons who, although displaced, have not crossed an international border or persons commonly known as "economic migrants," whose primary reason for flight has been a desire for personal betterment rather than persecution.

Is your child a Refugee?   Yes _____   No _____

**Your child is considered to be an Immigrant if all of the following are true:**

The term 'immigrant children and youth' means individuals who—

(A)   are aged 3 through 21;

(B)   were not born in any State; and

(C)   have not been attending one or more schools in any one or more States for more than 3 full academic years.

Is your child an Immigrant?   Yes _____   No _____

I have willfully and knowingly provided you with the correct information. I will provide you any new information concerning my child as it occurs.

_____          _____
Parent/Legal Guardian Signature                              Date

No student is to be prevented from participation in any program solely because of his/her race, color, national origin, sex, age, religion, or disability. A procedure for resolving complaints alleging discrimination on the basis of race, color, national origin, sex, age, religion, or disability may be found in the manual for Policies and Regulations of the Gloucester County Public Schools. The Section 504 and Title IX Coordinator for the Gloucester County Public Schools is: Mr. William W. Fox, Coordinator - Section 504 and Title IX - Gloucester County Public Schools - 6489 Main Street - Building Grove, Suite F - Gloucester, VA 23061 - (804) 693-7866.







Whereas the GCPS recognizes that some students question their gender identities, and

Whereas the GCPS encourages such students to seek support and advice from parents, professionals and other trusted adults, and

Whereas the GCPS seeks to provide a safe learning environment for all students and to protect the privacy of all students, therefore

It shall be the practice of the GCPS to provide male and female restroom and locker room facilities in its schools, and the use of said facilities shall be limited to the corresponding biological genders, and students with sincere gender identity issues shall be provided an alternative private facility.

| From: | REDACTED |
| --- | --- |
| Date: | December 08, 2014 3:01:13 PM |
| To: | "georgeburak@cox.net" <georgeburak@cox.net>; "kevinsmith914@gmail.com" <kevinsmith914@gmail.com>; "troyandersengp@cox.net" <troyandersengp@cox.net>; "kimberlyehensley@gmail.com" <kimberlyehensley@gmail.com>; "hookc@cox.net" <hookc@cox.net>; "anita.parker@gc.k12.va.us" <anita.parker@gc.k12.va.us>; "chalres.record@gc.k12.va.us" <chalres.record@gc.k12.va.us>; "SchoolBoard@gc.k12.va.us" <SchoolBoard@gc.k12.va.us> |
| Subject: | **Transgender Student Policy** |

Attachments:

Members of the School Board:

I have been following the story of the transgender student and the request to use male facilities. I respectfully ask that you act to protect the rights and privacy of students who are not transgender. I was greatly disturbed that the decision was made by the Gloucester High School principal to allow the transgender student to utilize male bathrooms. I have a son who attends   REDACTED   School, and cannot imagine how he would feel if a transgender student began to utilize the boys restroom. All students, not just one, should have their privacy upheld. Regardless of how a student "identifies" them self, reasonable accommodations were made allowing the student to utilize the nurse's restroom. Please act on behalf of the entire student population, not just one student. This is not a discrimination issue, it is a privacy issue.

Thank you for your service to Gloucester citizens.

Sincerely,

REDACTED

Sent from my iPhone=

From:      "Amy Bergh" <abergh@gc.k12.va.us>
Date:      October 28, 2014 7:18:05 PM
To:      "Nate Collins" <ncollins@gc.k12.va.us>
Subject:    **Gavin and** ▮▮▮▮▮

Attachments:

Today at the end of B4 Gavin Grimm and ▮▮▮▮▮ stood up and began yelling at each other across their tables. They were mutually clearly ready to physically fight. As near as I could tell it had something to do with Gavin using the boys restroom today. Both students were visibly upset and cursing at each other stating they didn't have to put up with this "fucking shit" and other similar comments. I don't remember exact comments but something to the effect that ▮▮▮▮▮ didn't believe that Gavin should use the boys room because he we a girl and Gavin stating that he didn't have to put up with people saying negative things. They were equal partners in escalating the situation.

I yelled at them to stop several times and then sent Gavin to Clark Barkley's class to wait for me and took ▮▮▮▮ to my office hallway.

I asked ▮▮▮▮ what had happened. He stated that he had anger issues. He said something to the effect that he had asked Gavin's brother about seeing his sister going into the boys restroom. ▮▮▮▮ swore he did not know that Gavin was transgender.

I then asked Gavin what had happened and Gavin said that ▮▮▮▮ knew all about it and was just saying things to upset him.

Other students sitting around them include:
▮▮▮▮▮ – NJROTC student and probably reliable
▮▮▮▮▮
▮▮▮▮▮ – Probably reliable
▮▮▮▮▮
▮▮▮▮▮ NOT reliable

-Amy Bergh

**Subject:** Interesting also - Bold lettering is mine not theirs

**From:** **REDACTED**

**To:** crecords@zandler-dev.com;

**Date:** Tuesday, December 9, 2014 12:48 PM

**This is direct from an ACLU website!** - Let me know if you want me to get the whole article to you.

**"Bathroom** and Locker Room Issues

Many LGBTQIA students find bathrooms and locker rooms a war zone fraught with anti-LGBTQIA slurs and physical abuse. If you are having difficulties using the restroom or locker room, report the troublemakers to your school administrator and request an increase in security in the problematic areas reminding them you are the target, are not breaking any school rules, and this behavior is creating an unsafe learning environment. **Although students have the legal right to access bathrooms and locker rooms, some school administrators seek alternatives to providing increased security. As a result, some school administrations offer LGBTQIA students the use of the employee single stall restroom. "**

Resource

"ACLU: Transgender resources

(back to top)"

Odd ACLU calls it "bathroom" - but notice you have already done what ACLU says about making an appropriate accommodation -- the nurse's rest room  i.e. to avoid harassment

-

-

**GCSB - 04165**

This is why they offer the accommodation to single stall rest room.

*School Harassment*

*Schools are legally obligated to provide a safe school environment to all students. Students can't learn if they worry about taunts, name-calling, or physical violence by their classmates or teachers. Most school administrators and teachers will help students who are being teased or bullied, but you must first tell them of the harassment. If you feel uncomfortable talking to school officials alone, there are other possibilities. You may e-mail school officials, for example. Also, Safe Schools NC board members are willing to go with you or speak for you. School administrators are legally obligated to protect students. If you feel that your requests for help are being ignored, there are organizations, such as the American Civil Liberties Union (ACLU) of North Carolina or Lambda Legal Defense, that can back you up in court.*

ISSUES ACKNOWLEDGED BY ACLU

SAFE SCHOOL ENVIRONMENT

TAUNTS, NAME –CALLING, PHYSICAL VIOLENCE

HARASSMENT

GCSB - 04166

November 13, 2014

Dear Gloucester County School Board Members,

Our family is writing to you in regard to REDACTED and the media attention the Grimm family is seeking to further their cause. We have signed a petition presented to us and feel the need to voice our concerns to you in writing.

We are tolerant people who accept that every individual has the right to live their own life. Working for REDACTED for 30 years and supporting "gay rights" long before it was popular is the example our grandmother set. She encouraged her children and grandchildren to do the same. REDACTED REDACTED We are the family that provides a safe place and listening ears for other teens who are either not ready to come out to their families or who are rejected by their families due to their choices.

Quite frankly, Gloucester High seems to have a disproportionately large number of students who identify themselves as lesbian, gay, and bisexual. Transgender is not as widely seen as of yet. The issue at hand should not be viewed as an attack on one child, as bullying, or as discrimination. The decision regarding any transgender student using the restroom they assign to themselves should be considered based on the needs and privacy of ALL STUDENTS in the school. REDACTED is not an anonymous person in a mall or theme park that just walks into a restroom of his/her choice.

# REDACTED

REDACTED It is unfair to our children and our community for the Grimms to attempt to turn a privacy and safety issue into an act of bullying to gain additional attention. The request to be allowed in the men's bathroom should be examined separately from any claims of bullying.

We did not know that you were considering allowing an individual with female anatomy in the school's men's bathrooms until our sons who attend the school came home and told us. Our boys, gay or straight, are mortified by the idea that any female, including their mother or sister, would be in a bathroom with them while they are using it. Our daughter is concerned that a decision to allow Gavin Grimm into the men's restrooms will lead to a male student assigning himself as a female and being allowed in the women's restrooms. Furthermore, the men's restrooms do not all have working stall doors and urinal dividers or proper trash receptacles for soiled female items. REDACTED is physically a girl with female anatomy who wants to be allowed to use a men's bathroom in a public school. REDACTED has been known to Gloucester High's students as a girl for a long time and is making many students uncomfortable.

REDACTED should have a safe place to use the restroom. Gloucester High is a very large building so REDACTED should have access to more than one restroom; however, it should NOT be in the men's restrooms. The nurse's office is the universally accepted alternative for students with many different needs. We feel strongly that Gavin, as well as any other student who chooses to, should also have access to a second bathroom within the school, but not the men's restrooms. *Surely there is a place somewhere in the school that can be remodeled to include two to three stalls and designated as a unisex bathroom and used by anyone who feels the need. Alternatively, if you cannot put the rights of the whole population ahead of the rights of one student, the least you can do is designate no less than half of the school's bathrooms as "male only" and "female only" so that the student body retains its rights as well.*

GCSB - 04189

Safety should also be a concern, especially if we all accept the Grimm family's statements that <sup>REDACTED</sup> is being bullied by Gloucester's school system and residents. Unfortunately, there is going to be someone who feels threatened or wants <sup>REDACTED</sup> to leave the bathroom so they have the privacy to use it. There are already incidents of bullying that occur in isolated and unmonitored areas of the school. How long will it be until there is a problem? Is the school able to provide a security person or staff member to monitor any restroom that Gavin may choose to use?

This is an issue that is dividing our school and our community. Please consider the rights of ALL of the students in Gloucester's schools as you make this decision.

Sincerely,

A Concerned Family*

*Name withheld due to our relationship with this family and involvement in the Gloucester community.



CERTIFICATE OF VITAL RECORD

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

## COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH · DIVISION OF VITAL RECORDS

### CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER:          REDACTED

NAME OF REGISTRANT:          GAVIN ELLIOT GRIMM

DATE OF BIRTH:          Redacted          1999          SEX:   MALE

PLACE OF BIRTH:          NEWPORT NEWS, VIRGINIA

MAIDEN NAME OF MOTHER:   DEIRDRE ANNE SMITH

AGE OF MOTHER:          34

MOTHER'S PLACE OF BIRTH:   VIRGINIA

NAME OF FATHER:          DAVID WAYNE GRIMM

AGE OF FATHER:          38

FATHER'S PLACE OF BIRTH:   PENNSYLVANIA

DATE RECORD FILED:          MAY 17, 1999

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department of Health, Richmond, Virginia.

DATE ISSUED          October 27, 2016

Janet M. Rainey, State Registrar

Not valid unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.          VS 15B

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

GCSB - 04247

Date:12/16/2014 9:42 AM (GMT-05:00)
To: "Dr. Walter R. Clemons" <wclemons@gc.k12.va.us>
Subject: Re: RR

Just left high school. Restroom floors were painted things look pretty good. Custodians are venting out and putting in new ceiling tiles. Nate is playing it by ear he may open today or tomorrow morning. The hall bathroom is open.

Sent from my iPhone

On Dec 15, 2014, at 5:05 PM, Dr. Walter R. Clemons <wclemons@gc.k12.va.us> wrote:

Thanks!

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: John Hutchinson <hutch@gc.k12.va.us>
Date:12/15/2014 4:25 PM (GMT-05:00)
To: "Dr. Walter R. Clemons" <wclemons@gc.k12.va.us>
Subject: Re: RR

Just talked with Nate. The restrooms are/were ready to open. The signs that didn't arrive were to indicate knock before entering and lock door behind you.

The unisex signs have been posted for a week, but were covered. There are some minor touch ups to be done, but nothing to stop the bathrooms and being open.

Nate will open the bathrooms tomorrow and put paper signs up until the official signs regarding entering and locking door arrive.
I'll touch base with Nate tomorrow a.m.

Sent from my iPhone

On Dec 15, 2014, at 3:43 PM, Dr. Walter R. Clemons <wclemons@gc.k12.va.us> wrote:

Give me an update on the signs. Thanks!

Sent from my Verizon Wireless 4G LTE smartphone

2

GCSB - 04286