IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

GAVIN GRIMM,

   Plaintiff,

v.                                     Case No. 4:15-cv-54

GLOUCESTER COUNTY SCHOOL
BOARD,

   Defendant.

**INDEX OF EXHIBITS OF GLOUCESTER COUNTY
SCHOOL BOARD'S BRIEF IN OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

| NO. | EXHIBIT DESCRIPTION |
|---|---|
| A. | Gavin Grimm Deposition Excerpts |
| B. | Melinda Penn, M.D. Deposition Excerpts |
| C. | Quentin Van Meter, M.D. Deposition Excerpts |
| D. | Quentin Van Meter Expert Report |
| E. | Diagnostic and Statistical Manual of Mental Disorders – DMS-5 |
| F. | Plaintiff's Expert Witness Identification |
| G. | Quentin Van Meter, M.D. Deposition Exhibit No. 5 |
| H. | Tiffany Durr Deposition Excerpts |
| I. | Nathan Collins Deposition Excerpts |
| J. | Matt Lord Deposition Excerpts |
| K. | Gloucester County School Board's Supplemental Answer to Interrogatory No. 1 |
| L. | Gloucester County School Board Documents<br>GCSB – 0513, 0844, 0853-855, 1086, 1117-1118, 1127, 1151-1154, 1261, 1267, |

| NO. | EXHIBIT DESCRIPTION |
|---|---|
|  | 1272, 3541, 4122, 4286 |
| M. | Troy Andersen Deposition Excerpts |
| N. | Troy Andersen Declaration |
| O. | Walter Clemons Deposition Excerpts |
| P. | Plaintiff's Second Supplement to Initial Disclosures |