## Diane Gamache

| | |
|---|---|
| **From:** | Diane Gamache |
| **Sent:** | Wednesday, November 05, 2014 10:47 AM |
| **To:** | 'Carla Hook'; John Hutchinson; JoAnne Wright; Betty Jane Duncan; Anita Parker; Charles Records; Dr. Walter R. Clemons; Kevin Smith; Kevin's Phone; Kimberly Hensley; Randy Burak; Troy Andersen |
| **Cc:** | Carol Dehoux; Randy@Office |
| **Subject:** | Proceeding w/Agenda |

**Importance:**          High

As I now understand it, REDACTED                   following the 10-30 closed meeting — REDACTED
REDACTED

I believe that the Chair plans to determine if a majority of the Board wishes to revisit the matter, and if so, he will notify me of such. For now, I am going to proceed with publishing the agenda without the discussion being added.

Diane

**From:** Carla Hook [mailto:hookc@cox.net]
**Sent:** Tuesday, November 04, 2014 8:01 PM
**To:** Diane Gamache; John Hutchinson; JoAnne Wright; Betty Jane Duncan; Anita Parker; Charles Records; Dr. Walter R. Clemons; Kevin Smith; Kevin's Phone; Kimberly Hensley; Randy Burak; Troy Andersen
**Cc:** Shirley Chirch
**Subject:** Re: Draft Agenda for November 11th Monthly SB Meeting

I think we need to add appropriate use of restroom/locker room facilities to the agenda, discuss and vote and be done with this issue for now.

On 11/4/2014 1:16 PM, Diane Gamache wrote:

> Please let me know if you would like any additions or changes made as I plan to publish this tomorrow
> (Wednesday, November 5, 2014). Thanks!
>
> Diane

1

**EXHIBIT**

L

**Subject:** Re: GHS Restrooms
**From:** Carla Hook <hookc@cox.net>
**Date:** 10/31/2014 8:34 AM
**To:**        REDACTED        @gmail.com>

There was no vote in this matter, as we are not allowed to vote in closed session. The
closed session last night was to discuss a particular student. Nonetheless, a majority has
still declined to intervene in the current practice at the high school. I was in the
minority in that regard with Mr. Records. I believe that females should use the female
restroom and males should use the male restroom. If there is a student that has difficulty
with this arrangement, I believe there are other appropriate alternatives that take into
consideration the needs of all students.

However, we will be seeking a public vote on this practice at our next regularly scheduled
meeting, Nov. 11 at TCW.

Thanks for checking--Carla

On 10/31/2014 7:46 AM,   REDACTED   wrote:
Good Morning, Carla,

I received an email from Charles Records this morning regarding the transgender restroom
situation. For the record, as obviously, I disagree with this outcome, I would like to
know precisely how you voted on this matter, as Charles mentioned the decision was not
unanimous.

REDAC
TED

GCSB-0844

**Subject:** Re: Issue at GHS
**From:** Carla Hook <hookc@cox.net>
**Date:** 10/27/2014 2:29 PM
**To:** REDACTE @cox.net

I do not believe any plans exist to send home notification to parents.

Legal counsel is Reed Smith in Richmond. Like you, I questioned what legal basis there is to require this. This was an oral opinion given to the superintendent. We have asked for written opinion citing chapter and verse.

Thanks--Carla

On 10/27/2014 1:52 PM REDACTED @cox.net wrote:
More thoughts:

1. Is the SB planning on formally notifying the parents of these boys that they are sharing their bathroom with a female? They have the right to know!

2. Exactly what "legal counsel" was questioned? What law or precedent was their decision based upon as I find no such precedent or law within VA?

Every parent except 1 that I have spoken to is OUTRAGED over this. A formal notice should be sent out from GHS informing the families at GHS what is occurring.

REDACT

---- Carla Hook <hookc@cox.net> wrote:
Hi REDAC n.

As of right now, transgendered students are allowed to use the restroom of their self-identifying gender. This decision was made at the building level and before the issue was brought to the attention of the school board. However, the building administrators did consult with executive staff in the superintendent's office before making any decision (ie the superintendent and assistants). They in turn consulted legal counsel. When this was brought to the attention of the school board, the majority declined to take any action at this time but did agree to seek a formal written opinion from legal counsel.

Hope that helps clarify.

Carla
On 10/24/2014 2:07 PM REDACTED @cox.net wrote:
First of all, let me thank you for replying. I have sent 2 emails and you are the ONLY person decent enough to take the time to reply. To say the least, I am disappointed in the lack of response from GHS, Clemons and the entire school board.

Certainly wish this brought me peace but it certainly does not. I appreciate your response and understand the steps that need to be taken.

However, on Wednesday I emailed Principal Collins and have yet to receive any response. My email was simple and was only asking for an answer to whether this young lady is using the boys bathroom. And if so, who gave her permission. I would appreciate those questions being answered as they are not confidential regarding a single student but impacts my son as he is in the boys bathroom.

Many thanks,
REDACT

GCSB-0853

Re: Issue at GHS

---- Carla Hook <hookc@cox.net> wrote:
Thanks REDACn.  The Board has taken no action on this issue as of this time.  However, we have requested a legal opinion from counsel as to our legal obligations to transgendered students.  There has been some suggestion that we may be legally obligated to allow cross-gendered use of restroom facilities.  I find that difficult to believe, but we are checking into it.

I will also say that I oppose cross-gendered use of restroom facilities; however, mine is not the only opinion on the Board in this regard.  I would strongly encourage you to attend the next meeting during pubic comment period, as well as any others concerned about this issue.

Thanks--Carla

On 10/24/2014 10:37 AM, REDACTE @cox.net wrote:
Carla,

Just following up with you as you suggested regarding last nights meeting and what ultimately became of the situation at GHS.
Thanks,
REDACT

---- Carla Hook <hookc@cox.net> wrote:
There is nothing on the agenda tonight whereby this issue will be discussed in open session, and as I stated a policy change must be done in open session.  We do have some student matters to discuss in closed session (after the regular work session) and given these emails and calls it is safe to assume such a student issue will be discussed.

As a work session, there is no public comment time, but there will be public comment time during our regular meeting in November.

Again, I would encourage you to contact us after the meeting.  We cannot discuss specific students, but will be able to discuss policy implementation.

Carla

On 10/23/2014 10:49 AM, REDACTED@cox.net wrote:
Carla,

Thanks for replying.  Will this be discussed tonight?  If so, will it be open or closed session?  I would love to be a part of that conversation but both of my kids of athletic activities tonight.  This is not a road we need to go down.

Thanks,
REDACT

---- Carla Hook <hookc@cox.net> wrote:
REDACTE

Thank you for your email.  I had not heard about this particular issue until a phone call from another parent last night.

While it is true that we only discuss specific students in closed session, any issues of a policy nature are only done in open session.  If this rumor it true, I can assure you it is of tremendous concern to me as well.  As you know, I also have two sons.  Rumors, particularly among teenagers, can take on a life of their own, so I look forward to

GCSB-0854

getting all the facts.

I would encourage you to contact me or other Board members again after
our meeting tonight.

*Thanks--Carla*

On 10/23/2014 9:57 AM, REDACTE @cox.net wrote:
I have been told by numerous individuals that there is currently a young
lady either using the boys bathroom or requesting permission to use the
boys bathroom.  Apparently this young lady is uncomfortable in the girls
bathroom and was allowed to use a private admin bathroom last year as she
wants to be a boy.

Words can not express how dumbfounded I will be if this proves true.  For
respect of this email I will have to assume it is and express my utmost
concern on this issue.  I am the mother of a GHS son and an elementary
aged daughter.  This should not be allowed to happen for reasons I would
assume would be obvious:

When does 1 students comfort level or rights come before an entire student
body?

If she is still biologically a female she should be using the female
restroom.  There is certainly more privacy in there than they boys.

Have you considered the possible reactions of what could transpire with
her in the boys bathroom?  She could be humiliated or physically assaulted
by boys in the bathroom.  That is certainly a possibility in todays world
and a can of worms I would pray you would try to avoid.  She could also
accuse of boy or boys of a verbal of physical assault that never happened
and I am smart enough to know that boy would be guilty until proven
innocent!

Are you ok with letting a boy in the same circumstance enter the girls
bathroom with his God given genitalia?

What's next the locker rooms?  Why not let a boy claiming to be a female
trapped in a girls body change close and shower with the girls in their
respective locker room?  Why don't we send the same young lady in question
into the boys locker room to change,  She doesn't need a private area.
She could certainly use their restroom, change in the presence and shower
with them, right?

Please consider all aspects of this issue before making any judgment.
This school system has SO many important issues and failures to deal with
and correct that I would certainly hope this should be an easy decision to
deny this young ladies request.  When you start treating one child
different and allowing special treatment for one over all others that is
an ugly path that you won't want to go down.

Respectfully,
REDACTED

GCSB-0855

CONFIDENTIAL

# Gloucester County Public Schools



25788
GRIMM, REDACTED
F
CAUCASIAN
REDA ª 99
C RE REDACTED
REDACTED

## ENTRANCE, WITHDRAWAL AND TRANSFER RECORD

| FROM | TO | DATE | GRADE |
|------|------|------|-------|
| Bethel | Bethel | 9/04 | 6 |
| Home instruction | Home Instruction | 4/9/08 | 4 |
| Peasley M.S. | Bethel | 9/09 | 5+6 |
|  | Page M.S. | 6/2012 |  |

**EXHIBIT**
F

GCSB - 1086

CONFIDENTIAL

Gloucester County Public Schools
Report Card

Gloucester High School
6680 Short Lane
Gloucester, VA 23061

Report Card Printed on June 17, 2014

School Year: 2013-2014

Reporting Period: Q4

REDACTED GRIMM - REDACTED
REDACTED

Grade: 9
Counselor: HARRIS
Homeroom: HOMEBOUND

| Course | Teacher | Q1 | Q2 | S1 | Q3 | Q4 | S2 | X4 | ABS | TAR | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOMEBOUND | STAFF, GHS | | | | | | | | 0 | 0 | |
| VLA HEALTH 9 | WYATT, WENDY S | | | | | | | | 0 | 0 | |
| VLA PE 9 | WYATT, WENDY S | | | | | | | | 0 | 0 | |
| VLC ALGEBRA I | WYATT, WENDY S | | | | | | | | 0 | 0 | |
| VLC WORLD I | WYATT, WENDY S | | | | | | | | 0 | 0 | |
| VLC ENGLISH 9 | WYATT, WENDY S | | | | | | | | 0 | 0 | |
| VLC EARTH SCI | WYATT, WENDY S | | | | | | | | 0 | 0 | |

Total Daily Absences Q4: 0.000

This is the Final report card of the 2013 – 2014 school year.

SUMMER SCHOOL RECOMMENDED ___ YES ___ NO (If yes, form enclosed)

SUMMER SCHOOL CLASS RECOMMENDED ___

Summer school registration deadline is July 1, 2014 at 3 p.m.  Summer school will begin July 7 and end August 7, 2014.  Gloucester High School summer hours are 7:00 am to 4:30 pm Monday through Thursday (closed on Friday).  Visit the Gloucester High School website for updated information: gets.gc.k12.va.us

GCSB - 1117

CONFIDENTIAL

Gloucester County Public Schools
Report Card

Page Middle School
6636 Short Lane
Gloucester, VA 23061

Report Card Printed on June 11, 2013

Reporting Period: Q4

School Year: 2012-2013

REDACTED GRIMM -, REDACTED
REDACTED

Grade: 8
Counselor: CROTTY
Homeroom: 201



| Course | Teacher | Q1 | Q2 | S1 | Q3 | Q4 | S2 | Y1 | ABS | TAR | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBOTICS | WEST, ROSSER B | | | | | | | | 9 | 0 | |
| MATH 8 | COLLAZO, LUCY | | | | | | | | 8 | 2 | |
| INQUIRY/HR | PICKETT, MURIEL K | | | | | | | | 0 | 0 | |
| SCIENCE | BOND, ELIZABETH S | | | | | | | | 3 | 0 | |
| ADV LANG ARTS | DRAKE, PATRICIA A | | | | | | | | 3 | 0 | IS A PLEASURE TO HAVE IN CLASS |
| CIVICS AND ECON | STEWART, GLEN DOUGLAS | | | | | | | | 2 | 0 | |
| GRAPHIC LITERATURE | FREYBERGER, THERESA M | | | | | | | | 0 | 0 | |
| ART | EMDE, RACHEL J | | | | | | | | 3 | 0 | |

Total Daily Absences Q4: 1.000
Quarter 4 GPA: 4.0000

Have a wonderful summer!

PROMOTED



# Standards of Learning Assessment Data
## End-of-Course Reports

CONFIDENTIAL

**Student's Name** ___ GRIMM, REDACTED ___ First ___ Middle

**Date of Birth** ___ REDACTED 1999 ___ REDACTED

**County/School System** ___ Gloucester County ___ **ID Number** ___

---

**GRIMM, GAVIN E.** — Grade: 11

DOB: REDACTED 999
Gender: Female
STI: 1012738050
School: 0260 - GLOUCESTER HS
Division: 036 - GLOUCESTER COUNTY
Admin: Writing 2015-2016

| Test | Performance Level | Scaled Score |
|---|---|---|
| EOC Writing (2010 SOL) | Pass/Proficient | REDACTED |

---

**GRIMM, REDACTED** — Grade: 9

DOB: REDAC 999
Gender: Female
STI: 1012738050
School: 0260 - GLOUCESTER HS
Division: 036 - GLOUCESTER COUNTY
Admin: Spring 2014

| Test | Performance Level | Scaled Score |
|---|---|---|
| Algebra I (2009 SOL) | Fail | REDACTED |
| Earth Science (2010) | Pass/Proficient | |
| World History (2008) | Pass/Proficient | |

---

**GRIMM, GAVIN E.** — Grade: 10

DOB: REDA 1999
Gender: Female
STI: 1012738050
School: 0260 - GLOUCESTER HS
Division: 036 - GLOUCESTER COUNTY
Admin: Spring 2015

| Test | Performance Level | Scaled Score |
|---|---|---|
| Algebra I (2009 SOL) | Pass/Proficient | REDACTED |
| Biology (2010 SOL) | Pass/Proficient | |
| World History II (2008 SOL) | Pass/Proficient | |

---

**GRIMM, GAVIN E.** — Grade: 11

DOB: REDA 1999
Gender: Female
STI: 1012738050
School: 0260 - GLOUCESTER HS
Division: 036 - GLOUCESTER COUNTY
Admin: Spring 2016

| Test | Performance Level | Scaled Score |
|---|---|---|
| EOC Reading (2010 SOL) | Advanced/College Path | REDACTED |
| Geometry (2009 SOL) | No Score (NS) | |
| VA & US History (2008 SOL) | No Score (NS) | |

GCSB - 1127



*WELCOME TO*
*GLOUCESTER COUNTY PUBLIC SCHOOLS*

Student Registration Form

School's Name: <u>Bethel Elementary School</u>

**CONFIDENTIAL**

| FOR OFFICE USE ONLY |
| --- |
| Student ID# |
| Entry Date: |
| YOG: |
| Entry Code:___ PK Code___ PK Time |
| Homeroom #: |
| Counselor/Teacher: |
| Team: |
| Bus #: |

## PLEASE PRINT ALL INFORMATION

Are you a resident of Gloucester County? (Yes) ☐ No   Items accepted as proof of residency: lease/deed and current utility bill

Has your student ever attended a Gloucester County Public School? (Yes) ☐ No   If yes, which school did your child attend?

☐ Abingdon ☐ Achilles ☒ Bethel ☐ Botetourt ☐ Petsworth ☐ T. C. Walker ☐ Page Middle ☐ Peasley Middle ☐ High School

Student's Legal Name: <u>Grimm</u>                    REDACTED
                      LAST

Gender: ☐ Male ☒ Female

Student's Ethnicity: ☐ American Indian ☐ Asian ☐ Black ☐ Hispanic ☐ Native Hawaiian ☒ White ☐ Unspecified

Student's Birth D ^REDACTED^ 1999 Place of Birth: <u>Newport News, VA</u> Birth Certificate #

Student's Grade Level: <u>5</u>   If kindergarten, did your child have any pre-kindergarten education? ☐ Yes ☐ No
If yes, please provide brief description (i.e., licensed daycare provider, head start)

Primary language spoken by **student**: ☒ English ☐ Spanish ☐ French ☐ Russian ☐ Chinese ☐ Vietnamese ☐ Other

Primary language spoken at **home**: ☒ English ☐ Spanish ☐ French ☐ Russian ☐ Chinese ☐ Vietnamese ☐ Other

Student's Mailing Address:                    REDACTED

Student's Home Phone Numl

Student's 911 Address-required:
(if different than mailing):     Number         Street Name           City          Zip Code

Does your child currently receive special services? ☐ YES ☒ NO   If yes, please check all that apply:
☐ Speech ☐ Special Education ☐ 504 ☐ Gifted ☐ ESL ☐ Occupational Therapy/Physical Therapy ☐ Other

| Student **Resides With:** ☐ Mother & Father ☐ Mother only ☐ Father only ☐ Grandparents ☐ Foster Parent(s) ☐ Mother & Stepfather ☐ Father & Stepmother ☐ Guardian/Custodian ☐ Other |
| --- |

| | |
| --- | --- |
| Name: <u>David + Deirdre Grimm</u> | Name: |
| Address (if different from student): <u>same</u> | Address (if different from student): |
| Place of Emplo...... <u>Norfolk Naval Shipyd Father</u> <u>mother</u> | Place of Employment: |
| Work Phone #: | Work Phone #: |
| Cell Phone #: | Cell Phone #: _David Grimm_ _Deirdre Grimm_ |
| Email address: <u>dtwinmomma@cox.net</u> | Email address: |
| If the student is NOT residing with BOTH biological/adoptive parents, please list other parent's information (i.e., name, address, etc.) | |

*EMERGENCY CONTACT INFORMATON*
(Our schools attempt to contact the parent/guardian first -- the following information is for OTHER than parent/guardian)

Contact Person 1: ^REDACTED^     Phone#: ^REDACTED^ Relationship to Student: <u>friend</u>

Contact Person 2: ^REDACTED^     Phone#:  Relationship to Student: <u>older sister</u>
(cell)

REDACTED  CONFIDENTIAL

Name of Student        Grimm

## STUDENT REGISTRATION FORM (continued)

New Federal legislation, the No Child Left Behind Act, requires that all school divisions report student information regarding the areas listed below.  Please read each statement, or have the registrar read the statements for you, and answer each question as requested.

---

**Your child is considered to be Neglected/Delinquent if one of the following is true:**

In order to be eligible to be counted as neglected/delinquent, a child age 5 through 17 must live in an "institution for neglected children and youth," which means a public or private residential facility, other than a foster home, that is operated primarily for the care of children and youth who (a) have been committed to the institution or voluntarily placed in the institution under applicable State law due to abandonment, neglect, or death of their parents or guardians; and (b) have had an average length of stay in the institution of at least 30 days;
**OR**
Must live in an "institution for delinquent children and youth," which means a public or private residential facility that is operated for the care of children and youth who (a) have been adjudicated to be delinquent or in need of supervision and (b) have had an average length of stay in the institution of at least 30 days.

Is your child Neglected/Delinquent?     Yes_____     No __✓__

---

**Your child is considered to be Homeless if one of the following is true:**

1)  Shares the housing of others due to loss of housing, economic hardship or similar reason;
2)  Lives in motels, hotels, trailer parks or camping grounds due to lack of alternative adequate accommodations;
3)  Lives in emergency or transitional shelters;
4)  Abandoned in hospitals;
5)  Awaits foster care placement;
6)  Has a primary residence that is a public place or a place not designed for or ordinarily used as regular accommodation;
7)  Lives in cars, parks, public spaces, abandoned buildings, substandard housing, bus or train stations or similar settings.

Is your child Homeless?     Yes_____     No __✓__     If yes, which item above applies to your situation?_____

---

**Your child is considered to be a Migratory Child if one of the following is true:**

The term "migratory child" means a child who is, or whose parent or spouse is, a migratory agricultural worker, including a migratory dairy worker, or a migratory fisher, and who, in the preceding 36 months, in order to obtain, or accompany such parent or spouse, in order to obtain temporary or season employment in agricultural or fishing work:
(a)  has moved from one school district to another;
(b)  in a State that is comprised of a single school district, has moved from one administrative area to another within such district; or
(c)  resides in a school district of more than 15,000 square miles, and migrates a distance of 20 miles or more to a temporary residence to engage in a fishing activity.

Is your child a Migratory Child?     Yes_____     No __✓__

1

_____ **BETHEL ELEMENTARY**_____
**School Name**

## STUDENT REGISTRATION FORM

| | |
|---|---|
| Student ID #: | REDACTED |
| YOG: | |
| Conditional Enrollment: | |
| Entry Code: | |
| Homeroom #: | |
| Counselor/Teacher: | |
| Team: | |

Former Student of Gloucester County Public Schools: YES / NO   If yes, School Name REDACTED

Student's Name:   REDACTED   Grimm   REDACTED
                  First        Middle Name        Last        Nickname

Social Security #:   REDACTED              Bus #: _____

Is English the primary language spoken at home? YES / NO   If no, specify _____REDACTED_____

Gender: (Circle)   Male  (Female)   Grade  K    Date of Birth: REDACTED 1999

Place of Birth: ___N.N___  ___VA___  ___USA___   Birth Certificate #: REDACTED
                City/County    State    Country

Ethnic Group: (Circle One)   Unspecified   American Indian   Asian   Black   Hispanic  (White)  Native Hawaiian

Mailing Address   REDACTED         City/State/Zip: Glouc VA 2306/

Home Phone #:   REDACTED         911 Address: _____
                                              (If Different From Mailing Address)

---

Child Resides With (Circle)  (Both Parents)   One Parent   Legal Guardian(s)

| Circle One: Mother (Father) Stepparent Guardian/Custodian | Circle One: (Mother) Father Stepparent Guardian/Custodian |
|---|---|
| Name: David Grimm | Name: Dee Grimm |
| Address (if different than student): _____ | Address (if different than student): _____ |
| Place of Employment: Norfolk Naval Shipyard | Place of Employment: Riverside Health Care |
| Work Phone #: | Work Phone #: |
| Cell Phone/Pager #: REDACTED | Cell Phone/Pager #: REDACTED |
| E-Mail Address: | E-Mail Address: |
| Education: 12 GED + | Education: 12+ Nursing |

### EMERGENCY CONTACT INFORMATION

Contact Person 1: _____   Phone #: _____   Relationship to Student: _____
                  (Other than parent/guardian)

Contact Person 2: _____   Phone #: _____   Relationship to Student: _____
                  (Other than parent/guardian)

Family Physician: _____   Phone #: _____

Please list any medical information concerning your child that school personnel should know.  (Allergies, Asthma, etc.)

_____

Previous School: PCR Preschool
Mailing Address: _____   Phone #: _____
City/State/Zip: _____   Fax #: _____

PLEASE COMPLETE THE BACK OF THIS FORM

**GCSB - 1153**

Other Children in the Family:

| Name | Living In Home | Date of Birth | Grade | Age |
|------|----------------|---------------|-------|-----|
| REDACTED | YES / NO | REDACTED | 10 | 15 |
| | YES / NO | | K | 5 |
| | YES / NO | | | |
| | YES / NO | | | |

**Others in the Home:**

| Name | Relationship to Student | Place of Employment |
|------|-------------------------|---------------------|
| | | |
| | | |
| | | |

Is your child receiving any specialized service(s)? (Special Education including Speech; 504; Gifted, etc.)   YES / NO

If yes, specify which service(s) _____

**Directions to Home:**

(Please give the location of your home.  Include the route number, neighborhood, landmarks, or any information that will be helpful.)

Before enrolling your child in Gloucester County Public Schools, you must provide the following:

1. Certified Copy of Birth Certificate
2. Social Security Card
3. Updated Immunization Records
4. Physical Exam Report
5. Transcript from Former School - Can Be Unofficial (HIGH SCHOOL ONLY)
6. IEP and/or 504 (if applicable)
7. Court Orders Referencing Student (if applicable)

I have willfully and knowingly provided you the correct information.  I will provide you any new information concerning my child as it occurs.

_Deirdre A. Grimm_____        05/21/04
**Parent / Legal Guardian Signature**                **Date**

No student can be prevented from participation in any program solely because of his/her race, color, national origin, sex, age, religion, or disability.  A procedure for resolving complaints alleging discrimination on the basis of race, color, national origin, sex, age, religion, or disability may be found in the manual for Policies and Regulations of the Gloucester County Public Schools.  The Section 504 and Title IX Coordinator for the Gloucester County Public Schools is:  Mr. William W. Fox, Coordinator - Section 504 and Title IX - Gloucester County Public Schools – 6489 Main Street – Building Two, Suite F - Gloucester, VA  23061 – (804) 643-7856

Name of Child_____    Ge:sn_____

## STUDENT REGISTRATION FORM (Continued)

**New Federal Legislation, the No Child Left Behind Act, requires that all school divisions
report student information regarding the areas listed below.  Please read each statement,
or have the registrar read the statements for you, and answer each question as requested.**

---

**Your child is considered to be Neglected/Delinquent if one of the following is true:**

In order to be eligible to be counted as neglected/delinquent, a child age 5 through 17 must live
in an "Institution for neglected children and youth," which means a public or private residential
facility, other than a foster home, that is operated primarily for the care of children and youth
who (a) have been committed to the institution or voluntarily placed in the institution under
applicable State law due to abandonment, neglect, or death of their parents or guardians; and (b)
have had an average length of stay in the institution of at least 30 days;
**or**
must live in an "Institution for delinquent children and youth," which means a public or private
residential facility that is operated for the care of children and youth who (a) have been
adjudicated to be delinquent or in need of supervision and (b) have had an average length of stay
in the institution of at least 30 days.

**Is your child Neglected/Delinquent?   Yes_____       No_____**

---

**Your child is considered to be Homeless if one of the following is true:**

- Shares the housing of others due to loss of housing, economic hardship or similar reason;
- Lives in motels, hotels, trailer parks or camping grounds due to lack of alternative adequate
  accommodations;
- Lives in emergency or transitional shelters;
- Abandoned in hospitals;
- Awaits foster care placement;
- Has a primary residence that is a public place or a place not designed for or ordinarily used
  as regular accommodation;
- Lives in cars, parks, public spaces, abandoned buildings, substandard housing, bus or train
  stations or similar settings.

**Is your child Homeless?   Yes_____       No_____**

---

**Form continues on next page**

GCSB - 1154

CONFIDENTIAL

Name of Child _____

## Your child is considered to be a Migratory Child if one of the following is true:

The term 'migratory child' means a child who is, or whose parent or spouse is, a migratory agricultural worker, including a migratory dairy worker, or a migratory fisher, and who, in the preceding 36 months, in order to obtain, or accompany such parent or spouse, in order to obtain, temporary or seasonal employment in agricultural or fishing work—
(A)  has moved from one school district to another;
(B)  in a State that is comprised of a single school district, has moved from one administrative area to another within such district; or
(C)  resides in a school district of more than 15,000 square miles, and migrates a distance of 20 miles or more to a temporary residence to engage in a fishing activity.

**Is your child a Migratory Child?   Yes_____   No_____**

## Your child is considered to be a Refugee if the following is true:

An individual who is outside his/her country and is unable or unwilling to return to that country because of a well-founded fear that she/he will be persecuted because of race, religion, nationality, political opinion, or membership in a particular social group.   This does not include persons displaced by natural disasters or persons who, although displaced, have not crossed an international border or persons commonly known as "economic migrants," whose primary reason for flight has been a desire for personal betterment rather than persecution.

**Is your child a Refugee?   Yes_____   No____**

## Your child is considered to be an Immigrant if all of the following are true:

The term 'immigrant children and youth' means individuals who—
(A)  are aged 3 through 21;
(B)  were not born in any State; and
(C)  have not been attending one or more schools in any one or more States for more than 3 full academic years.

**Is your child an Immigrant?   Yes_____   No____**

---

**I have willfully and knowingly provided you with the correct information.  I will provide you any new information concerning my child as it occurs.**

Deirdre Grimm

_____              05-21-04
Parent/Legal Guardian Signature                    Date

---

No student can be prevented from participation in any program solely because of his/her race, color, national origin, sex, age, religion, or disability.  A procedure for resolving complaints alleging discrimination on the basis of race, color, national origin, sex, age, religion, or disability may be found in the manual for Policies and Regulations of the Gloucester County Public Schools.  The Section 504 and Title IX Coordinator for the Gloucester County Public Schools is:  Mr. William W. Fox, Coordinator - Section 504 and Title IX - Gloucester County Public Schools – 6489 Main Street – Building Two, Suite F - Gloucester, VA  23061 – (804) 643-7856







From:        "Amy Bergh" <abergh@gc.k12.va.us>
Date:        October 28, 2014 7:18:05 PM
To:          "Nate Collins" <ncollins@gc.k12.va.us>
Subject:     **Gavin and** ██████

Attachments:

Today at the end of B4 Gavin Grimm and  stood up and began yelling at each other across their tables. They were mutually clearly ready to physically fight. As near as I could tell it had something to do with Gavin using the boys restroom today. Both students were visibly upset and cursing at each other stating they didn't have to put up with this "fucking shit" and other similar comments. I don't remember exact comments but something to the effect that ██████ didn't believe that Gavin should use the boys room because he we a girl and Gavin stating that he didn't have to put up with people saying negative things. They were equal partners in escalating the situation.

I yelled at them to stop several times and then sent Gavin to Clark Barkley's class to wait for me and took ██████ to my office hallway.

I asked ████ what had happened. He stated that he had anger issues. He said something to the effect that he had asked Gavin's brother about seeing his sister going into the boys restroom. ██████ swore he did not know that Gavin was transgender.

I then asked Gavin what had happened and Gavin said that ██████ knew all about it and was just saying things to upset him.

Other students sitting around them include:
██████ - NJROTC student and probably reliable
██████ - Probably reliable
██████ ██████ - NOT reliable

-Amy Bergh

October 23, 2014

To:          Dr. Walter R. Clemons, Superintendent

From:        Mr. Nate Collins, Gloucester High School Principal

Subject:     Transgender Student Background Information

This is in reference to a tenth grade student at Gloucester High School who is transgender, and identifies as male and his use of male restrooms at GHS. GHS school counseling staff provided information included here.

The student's middle school and ninth grade counselors reported meeting with the student frequently in eight and ninth grade due to anxiety he experienced related to his identity. In ninth grade, because of the severe anxiety he experienced, the student was placed on homebound mid-year until the end of the 2013-2014 school year.

During the summer of 2014 the student provided the School Counseling Department at Gloucester High School with proof of a legal name change, in which the student's name was changed on school documents. The student stated by changing his name his identity is more accurately reflected. In addition to changing his name, the student requested that other students and staff identify him as "he" in oppose to "she". During the current academic school year, the student continues to report experiencing anxiety. The student has stated fear of not being identified by the correct pronoun(s) and possible lack of understanding by students and staff contributes to his anxiety at school. The student has also reported using the women's bathrooms is a concern as it relates to his identity.

At the beginning of the school year, a plan was put in place to accommodate the student's bathroom use concerns. An administrative decision was made and the student was informed by his school counselor he may use the bathroom in the school clinic. In the case of an emergency the student was given permission to use a staff bathroom on the D wing of the school, in which the majority of his classes are located.  At the beginning of the school year, the student and his mother reported the student will begin hormone therapy during the month of October.  In early October, prior to the anticipated date of the student beginning hormone therapy, the student met with his school counselor and requested permission to use male student bathrooms either before or once he begins hormone therapy. This request was brought to my attention. I consulted with Dr. Clemons and with school counseling staff members to review available legal references. Redacted

Redacted

Redacted          During a meeting with the school principal, school counselor, the student, and the student's mother, the student was informed by the school principal he may begin using student male bathrooms at Gloucester High School on October 20, 2014 and a written plan for doing so was developed.

Date:12/16/2014 9:42 AM (GMT-05:00)
To: "Dr. Walter R. Clemons" <wclemons@gc.k12.va.us>
Subject: Re: RR

Just left high school. Restroom floors were painted things look pretty good. Custodians are venting out and putting in new ceiling tiles. Nate is playing it by ear he may open today or tomorrow morning. The hall bathroom is open.

Sent from my iPhone


On Dec 15, 2014, at 5:05 PM, Dr. Walter R. Clemons <wclemons@gc.k12.va.us> wrote:

Thanks!




Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: John Hutchinson <hutch@gc.k12.va.us>
Date:12/15/2014 4:25 PM (GMT-05:00)
To: "Dr. Walter R. Clemons" <wclemons@gc.k12.va.us>
Subject: Re: RR

Just talked with Nate. The restrooms are/were ready to open. The signs that didn't arrive were to indicate knock before entering and lock door behind you.

The unisex signs have been posted for a week, but were covered. There are some minor touch ups to be done, but nothing to stop the bathrooms and being open.

Nate will open the bathrooms tomorrow and put paper signs up until the official signs regarding entering and locking door arrive.
I'll touch base with Nate tomorrow a.m.

Sent from my iPhone


On Dec 15, 2014, at 3:43 PM, Dr. Walter R. Clemons <wclemons@gc.k12.va.us> wrote:

Give me an update on the signs.  Thanks!




Sent from my Verizon Wireless 4G LTE smartphone

2

GCSB - 04286