

# Transcript of Gavin Grimm

**Date:** October 19, 2018
**Case:** Grimm- v- Gloucester County School Board

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

**1**

```
1         IN THE UNITED STATES DISTRICT COURT
2         FOR THE EASTERN DISTRICT OF VIRGINIA
3              NEWPORT NEWS DIVISION
4
5    - - - - - - - - - - - - - - - x
6    GAVIN GRIMM,              :
7              Plaintiff,      :
8       v.                     :  Case No.
9    GLOUCESTER COUNTY SCHOOL   :  4:15-cv-54
10   BOARD,                    :
11             Defendant.      :
12   - - - - - - - - - - - - - - - x
13
14         Deposition of GAVIN GRIMM
15             Richmond, Virginia
16         Friday, October 19, 2018
17              9:40 a.m.
18
19
20   Job No.: 207940
21   Pages: 1 - 177
22   Reported By: Leslie D. Etheredge, RMR, CCR
```

**2**

```
1         Deposition of GAVIN GRIMM, held at the
2    offices of:
3
4         ACLU OF VIRGINIA
5         701 East Franklin Street, Suite 1412
6         Richmond, Virginia 23219
7         804.523.2157
8
9
10
11
12        Pursuant to Notice, before Leslie D.
13   Etheredge, Registered Merit Reporter, Certified
14   Court Reporter and Notary Public in and for the
15   Commonwealth of Virginia.
16
17
18
19
20
21
22
```

**3**

```
1              A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFF:
4         JOSHUA A. BLOCK, ESQUIRE
5         SHAYNA MEDLEY-WARSOFF, ESQUIRE
6         AMERICAN CIVIL LIBERTIES UNION
7         125 Broad Street, 18th Floor
8         New York, New York 10004
9         212.549.2627
10          and
11        EDEN HEILMAN, ESQUIRE
12        NICOLE TORTORIELLO, ESQUIRE
13        JENNIFER SAFSTROM
14        ACLU OF VIRGINIA
15        701 East Franklin Street, Suite 1412
16        Richmond, Virginia 23219
17        804.523.2157
18
19
20
21
22
```

**4**

```
1    ON BEHALF OF THE DEFENDANT:
2         DAVID P. CORRIGAN, ESQUIRE
3         HARMAN, CLAYTOR, CORRIGAN & WELLMAN
4         4951 Lake Brook Drive, Suite 100
5         Glen Allen, Virginia 23060
6         804.747.5200
7
8
9    ALSO PRESENT:
10   Tracey R. Dunlap, VML Insurance Programs
11
12
13
14
15
16
17
18
19
20
21
22
```

**5**

C O N T E N T S

EXAMINATION OF GAVIN GRIMM          PAGE

BY MR. CORRIGAN                                6

BY MR. BLOCK                                168

BY MR. CORRIGAN                             172

E X H I B I T S

(Attached to transcript)

GAVIN GRIMM DEPOSITION EXHIBITS          PAGE

Exhibit 1    October 28, 2014 email      92

         from Amy Bergh

**6**

P R O C E E D I N G S

Whereupon,

        GAVIN GRIMM,

being first duly sworn to testify to the truth,

the whole truth, and nothing but the truth, was

examined and testified as follows:

    EXAMINATION BY COUNSEL FOR THE DEFENDANT

BY MR. CORRIGAN:

Q  Would you state your full name, please.

**A  Gavin Grimm.**

Q  No middle name?

**A  Sorry.  Gavin Elliot Grimm.**

Q  E-L-L-I-O-T-T?

**A  O-T.**

Q  One T.  Okay.  Gavin, we have met before.
I am going to be asking you questions related to
this lawsuit, and, typically, in a situation like
this, I like to lay out two rules, which I think
you have already gone over with your counsel.

    The first one is, if your answer is yes or
no, please say yes or no and not uh-huh, huh-uh,
or shake and nod your head.  Fair enough?

**7**

**A  Yes, sir.**

Q  Second one, you just did it, let me finish
before you start, I will let you finish before I
start, so we are not speaking at the same time, so
the court reporter can get everything down.  Okay?

**A  Yes, sir.**

Q  Thank you.  What is your current address?

**A  20047 Stanton Avenue, Castro Valley,
California.**

Q  It doesn't matter.  The zip doesn't
matter.

**A  Okay.**

Q  And who do you live with there?

**A  Three housemates.**

Q  How long have you lived there?

**A  Approximately 2 months.**

Q  Where were you living before that?

**A  Berkeley, California.**

Q  Do you remember the address?

**A  1709 Shattuck Avenue.**

Q  S-H --

**A  A-T-T-U-C-K.**

**8**

Q  Okay.

**A  And that is Berkley, California.**

Q  Who did you live with there?

**A  I lived at varying times with different
roommates and on my own.**

Q  Is that a house, a freestanding house?

**A  It is an apartment complex.**

Q  Okay.  How many bedroom apartment was
yours?

**A  One.  Yes, one.**

Q  Before the Shattuck Avenue address in
Berkley, where did you live?

**A  Gloucester, Virginia.**

    (Interruption at the door and discussion
held off the record.)

Q  What was the address in Gloucester?

**A  3624 Foxhaven Drive, Gloucester, Virginia.**

Q  Who did you live with there?

**A  My brother, father and brother.**

Q  Their names?

**A  David, my father; Deirdre, my mother; and
David, my brother.**

**Page 9**

1 Q And how long did y'all live at that
2 particular address?
3 A From birth until moving to California.
4 Q What is your date of birth?
5 A 5/4/1999.
6 Q Are you currently employed?
7 A I am not on an official payroll, I do some
8 freelance activism.
9 Q So what does that mean? What is freelance
10 activism?
11 A I may be invited to speak at a college or
12 at a conference, and sometimes there is monetary
13 compensation.
14 Q What determines whether there is monetary
15 compensation?
16 A The ability of the requester.
17 Q So give me an example of what you are
18 talking about.
19 A For example, should a middle school invite
20 me to talk to their GSA, I would never ask for
21 financial compensation, but should I go to a more
22 professional event, which would probably have a

**Page 10**

1 larger budget, they may -- pardon me -- they may
2 offer me some kind of compensation.
3 Q What is the range of compensation, when
4 you are compensated, for your freelance activism?
5 A It is hugely variable, anywhere from 50
6 dollars to more than that.
7 Q 50 up to what?
8 A I -- sorry. I am trying to accurately
9 recall it.
10 Q Sure. If it is a ball park, I --
11 A A ball park of like a thousand dollars.
12 Q Okay.
13 A It is not frequently more than that or
14 even that.
15 Q Okay. How often are you engaged in
16 freelance activism?
17 A I would say average a fee times a month, a
18 few times a month. Sometimes more often,
19 sometimes less.
20 Q Since you have been in California, has
21 your freelance activism been restricted to
22 California?

**Page 11**

1 A No.
2 Q Where have you been?
3 A Most recently, it was somewhere on the
4 East Coast, Philadelphia. Virginia at one point.
5 Beyond that, I can't recall any more individual
6 states.
7 Q Where in Virginia?
8 A I believe it was -- Actually, I don't
9 recall well enough to say with certainty.
10 Q Okay. Do you remember where you flew into
11 or where you -- how you traveled?
12 A I traveled by plane. It was not -- I
13 recall it was not close enough that it would have
14 been possible to visit home so it was probably --
15 well, in fact, pardon me. I won't speculate.
16 Q Okay.
17 A I just recall that I have been to Virginia
18 for business since moving to California.
19 Q Where did you fly into when you did
20 business in Virginia?
21 A I can't recall.
22 Q You don't remember whether it was Reagan

**Page 12**

1 or Dulles or Richmond?
2 A I really don't recall, sir.
3 Q Okay. Are you currently in school?
4 A Yes, sir.
5 Q Where are you attending?
6 A Berkley City College.
7 Q Until you said that yesterday, I had never
8 heard of Berkley City College. Is that part of
9 the state community college system or is it a
10 local private school?
11 A It is a community college.
12 Q Okay. How long have you been going there?
13 A Since -- since the start of this current
14 semester, I don't recall what month it began.
15 Q So September or August, fall semester kind
16 of thing?
17 A Yes, sir.
18 Q Okay. Before attending Berkley City
19 College, did you attend any other college?
20 A No.
21 Q From the time -- when did you leave
22 Gloucester approximately?

13

1     A  January of this year.
2     Q  2018?
3     A  Yes, sir.
4     Q  You graduated Gloucester High School June
5  of 2017.
6     A  Yes, sir.
7     Q  Is that correct?  What did you do from
8  June of 2017 until January of 2018, when you moved
9  to California?  When I say what did you do, were
10 you working, were you going to school?
11     Let me ask you this.  Were you living at
12 home?
13     A  Yes.
14     Q  So what were you doing in terms of work or
15 anything like that?
16     A  I was not working, I was also not in
17 school.
18     Q  So what were you spending your time doing?
19     A  I suppose -- well, rather, I won't
20 suppose.  I -- I spent time with friends or stayed
21 around the house.
22     Q  Your brother is a twin; is that right?

14

1     A  Yes, sir.
2     Q  And the full family is your mom, your dad,
3  your brother and you?
4     A  In the household?
5     Q  Yes.
6     A  Yes, sir.
7     Q  Are there other family members?
8     A  There are extended family members, which
9  are not directly involved with my current family
10 life.
11     Q  Okay.  Are there any of the others blood
12 siblings or parents?
13     A  I have three blood half-siblings.
14     Q  Okay.  The half-siblings are the children
15 of your mom or your dad?
16     A  Two of them are children of my father and
17 one of them is a child of my mother.
18     Q  Are they in the Gloucester area, the
19 children, your half-siblings?
20     A  I do not know the whereabouts of either on
21 my father's side; however, the half sibling on my
22 mother's side lives not in the Gloucester area.

15

1     Q  Tell me which schools you attended
2  starting as soon as you went to school.
3     A  I do not recall the pre-K institutions I
4  went to; however, I started public school in
5  Bethel Elementary, I then went to Peasley Middle
6  School, and then Gloucester High School.
7     Q  Peasley is P-E --
8     A  A-S-L-E-Y.
9     Q  So elementary was K to?
10     A  5.
11     Q  5, and middle was 6 to 8?
12     A  Yes, sir.
13     Q  Gloucester High School was 9 to 12?
14     A  Yes.
15     Q  Was your brother in your class, not in the
16 actual classes, but in the same grade as you
17 throughout?
18     A  Yes.
19     Q  Did he also graduate?
20     A  Yes.
21     Q  All right.  Let's go to the elementary
22 school.  At any time when you were in the

16

1  elementary school, at Bethel Elementary, did you
2  have -- I want to use the right terms and not in
3  any way sound like I am trying to be difficult;
4  but during that time, from kindergarten through
5  5th grade, did you at any time have the beginnings
6  of what you now perceive to be gender identity
7  issues?
8     A  Absolutely.
9     Q  Just tell me about that.  When did that
10 first start?  When do you first have any
11 recollection of thinking or believing or feeling
12 like you were male and not female?
13     A  I believe myself to be a boy in my
14 internal dialogue until the point that I recognize
15 that there were -- that society perceives larger
16 differences between men and women, I suppose more
17 accurately when I entered school age and
18 recognized that men and women have different
19 expected societal roles.
20     At that point I had an understanding that
21 the one assigned to myself, of course, the female
22 social and physical role, was inaccurate; however,

17

1  I did not have the language at that time to
2  vocalize those feelings.
3      Q  If I can try to express what you just
4  said, is it true that before you went to school,
5  you were not aware one way or the other, it was
6  like when you went to school is when it kind of
7  became I see, girls are one way, boys are
8  different, boys are treated differently?
9      A  Not -- not exactly.  If I can -- I
10  understood myself to be a boy in the sense that my
11  internal self-perception was that way in the sense
12  that the male cartoon characters, you know, that I
13  idolized, I felt that I was, you know, like them
14  in the sense of gender; however, when I hit an age
15  where social gender expectations came into play, I
16  recognized that other people perceived me as a
17  girl.
18      Q  When was it that you first realized that
19  others perceive you as a girl?
20      A  That would have been when I entered
21  school.
22      Q  As we sit here today and you look back on

18

1  it, do you say -- I mean a moment, was there a
2  moment when a teacher said something or somebody
3  said something and you went she thinks I am a
4  girl?
5      A  There were points in my childhood where I
6  would request to do something and get --
7  Gloucester is a socially conservative place, so
8  there were points in time, when I was younger,
9  where I would request to do something or show an
10  interest in doing something, which was
11  traditionally reserved for boys, and would be
12  refused, rejected, and at that point that was the
13  point in which I realized there were differences
14  and that I was assumed to be on sort of the wrong
15  side of the line there.
16      Q  Let me ask you this.  What specific
17  refusals or rejections are you referring to?  I
18  mean what are we talking about?
19      A  On one occasion, I wanted to walk down to
20  my friend's house, who was a 5-minute walk away on
21  the same street, he and I -- he -- he, myself and
22  my brother were all friends, and at one point my

19

1  father told me I could no longer go over to his
2  house, whereas my brother could, the reason being
3  I was, in his opinion, at the time a girl.
4      So examples like that.  When I wanted to
5  do sports --
6      Q  Let me interrupt you for a second.
7      A  Yes, sir.
8      Q  That specific occasion, when your father
9  said you can't go to the friend's house but your
10  brother can, how old were you?
11      A  I was between 6 and 8.  Well, I was
12  probably 8.  I don't imagine they would have
13  allowed me to walk that far when I was 6, so
14  around 8.
15      Q  What was your understanding of the reason
16  that you couldn't go and your brother could?
17      A  I don't think I had a good understanding
18  of why that was a reasonable declaration.
19      Q  Yes.
20      A  However, I do --
21      Q  With regards to whether it was reasonable,
22  what was the reason?

20

1      A  Well, pardon.  What I was saying, I
2  suppose, is I was not given a reason, it was -- it
3  was just that I was not allowed to and my brother
4  was.
5      Q  And this was your father?
6      A  Yes.
7      Q  So that's one example of a refusal or
8  denial.  What were the others?
9      A  The most pertinent additional memory that
10  I have is when I wanted to play baseball and my
11  only options were softball on a female team, and
12  that caused me so much distress that, despite
13  already having bought a mitt and a ball, I did not
14  actually enter the sport.
15      Q  How old were you at that point?  Again,
16  approximately.
17      A  Approximately 10.
18      Q  It was little league?
19      A  Oh, I don't recall.
20      Q  Did your brother play baseball?
21      A  I don't recall.  I don't recall.
22      Q  Did your brother play athletics as a child

21

1 or after childhood into high school and things?

2 **A My brother -- Growing up, we both did tee**

3 **ball and he went on to play football later.**

4 Q How far did he go in playing football?

5 **A There is a league, the Gloucester Knights,**

6 **I believe, and he went up until the point of**

7 **beginning high school, I believe, that was when he**

8 **stopped playing football.**

9 Q Okay. Did you ever express an interest in

10 playing football?

11 **A Absolutely.**

12 Q And what happened?

13 **A I was told I could not.**

14 Q And who told you that?

15 **A Both of my parents at the time.**

16 Q Did they tell you why?

17 **A They said it was because I was a girl.**

18 Q Any other examples of refusals or denials,

19 because of your perceived being female, that you

20 can think of besides we have talked about walking

21 to your friend's house, we have talked about

22 baseball versus softball and deciding not to play,

22

1 we have talked about not playing football.

2 **A Can you clarify what time frame we are**

3 **looking at with this?**

4 Q Any time.

5 **A Any time. There are. There are quite a**

6 **few instances where, once I cut my hair short, I**

7 **was 12, I was told that it was not a style**

8 **appropriate for me. All throughout my childhood,**

9 **I would request boys' clothing and was told that**

10 **that was also not appropriate for me. Eventually,**

11 **I began to wear boys' clothing and was, of course,**

12 **told it was not appropriate for me, so I would say**

13 **that consistently throughout my life, I have**

14 **expressed masculinity and have been told that it**

15 **was inappropriate for the gender that I was**

16 **perceived as at the time.**

17 Q All right. Let's talk about those. You

18 mentioned specifically your haircut. Who told you

19 it was not appropriate for you?

20 **A People in -- people that I interacted**

21 **with. I could not recall individual names, I just**

22 **do recall that there were many comments, mostly**

23

1 **peers and family members.**

2 Q Did that family members include your mom

3 and dad?

4 **A My father, however, the other family**

5 **members are extended -- estranged family.**

6 Q Okay. So your father did tell you you

7 shouldn't wear your hair short like that?

8 **A Yes.**

9 Q Did your mother say that?

10 **A My mother was not excited about the**

11 **haircut, but she supported it.**

12 Q How about your brother?

13 **A He didn't -- we didn't -- he didn't have**

14 **an expression one way or the other that I recall.**

15 Q What about the clothing, wearing what you

16 described as boys' clothes. Who expressed to you

17 that you shouldn't be wearing boys' clothes? Did

18 your father?

19 **A My father and then my mother was perhaps**

20 **the primary person, as she was the one that would**

21 **most often take me clothes shopping.**

22 Q So you would be shopping with her and you

24

1 would be saying I want these, and she'd say no,

2 you can't have those, you have to get these other

3 ones?

4 **A Yes.**

5 Q Okay. So did you end up buying what you

6 perceived to be girls' clothes instead of boys'

7 clothes?

8 **A When I was younger and had a lesser degree**

9 **of control over what I was wearing, I conceded**

10 **more often than not; however, as soon as I was old**

11 **enough to know how to argue with my parents, I**

12 **was, you know, fighting for the boys' aisle.**

13 Q Once you started fighting for the boys'

14 aisle, did they eventually give in and let you

15 wear boys' clothes?

16 **A They did.**

17 Q When was that approximately?

18 **A I have been wearing pretty much**

19 **exclusive -- well, I have been wearing exclusively**

20 **clothes from the boys' section since I was 11 or**

21 **12.**

22 Q So that's approximately when you learned

25

1  how to argue with your parents?
2      A  Well, no.  I argued far before that.
3      Q  But you got better at it?
4      A  Yes, I would say so.
5      Q  Okay.  Let's talk about your friends
6  during the same time frame, and let's go to just
7  around age 11 or 12, when you are now -- I mean
8  tell me if I am wrong, you are not presenting
9  yourself more as a boy than a girl.  Is that true
10  or not?
11      A  Everyone still understood -- everyone
12  still assumed that I was a girl, I had not at that
13  time discovered the word transgender and how that
14  related to who I was.  However, outwardly, I did
15  present very masculinely, and that was not
16  something that was unnoticed by peers and friends.
17      Q  And in that time frame, age 11 to 12,
18  what -- when you say it was noticeable, what
19  notice -- what awareness did you have of the
20  notice that people were taking?
21      A  Well, I was bullied pretty seriously in --
22  throughout all of my school career, but elementary

26

1  and middle including.  Part of this bullying was
2  centered around the fact that I was not
3  traditionally feminine.
4      Q  The word bullying can cover a broad range
5  of activities, depending on the -- I am sure there
6  is a definition but there is also perceptions.
7          What did you consider to be bullying?
8  What bullying occurred?
9      A  People threw things at me, people called
10  me horrible names, people would refuse to sit near
11  me, people would exclude me from activities.
12      Q  Now, these people you are talking
13  about, are those your peers?
14      A  Yes.
15      Q  Members of your age group?
16      A  Yes.
17      Q  Where would these things occur?
18      A  Primarily in school.
19      Q  What ages did this activity occur, like
20  what grades?
21      A  Yes, sir.  I have been bullied my entire
22  school career, so all of them.

27

1      Q  Okay.  K through 5, those things occurred?
2      A  Absolutely.
3      Q  6 through 8, that occurred?
4      A  Absolutely.
5      Q  9 through 12, those things occurred?
6      A  Absolutely.
7      Q  What would be the frequency you would say
8  with which those things occurred?
9      A  In high school, I would say -- pardon.  I
10  would say -- I mean I would say it was pretty
11  consistent.  I had probably a daily event that
12  made me feel unsafe or unhappy, at least one thing
13  would happen pretty consistently, minor to major,
14  so the frequency was high.
15      Q  K through 5, 6 through 8, 9 through 12,
16  every day --
17      A  Yes.
18      Q  -- something happened?
19      A  Yes.
20      Q  Okay.
21      A  And to clarify -- pardon me.  I'm sorry.
22      Q  No.  That's fine.

28

1      A  That it was not necessarily that a major
2  event would happen every day, but there was
3  something that made me feel unsafe or -- or
4  disliked for sure every day.
5      Q  So let's talk about major.  What would you
6  perceive as major in the area of bullying?
7      A  Well, when I -- I would say major would be
8  either an example where I have had something
9  thrown at me or a particularly public bout of
10  ridicule or cases where a group would ridicule me
11  publicly or perhaps a case where a chair was
12  pulled out from under me.  Those are examples that
13  I can recall of things I consider more serious.
14      Q  And how about what would be something that
15  was not major, that was minor, and yet made you
16  feel, as you said, unsafe or disliked?
17      A  I was -- I was called names with such
18  frequency that I would consider an insult a minor
19  thing.  I could expect to be called some kind of
20  unkind name at least once or twice a day in
21  school.
22      Q  What kind of names?  Look, I am sorry I am

**29**

1  asking you all these questions.  I think it is all
2  relevant, and so that's why I am asking the
3  questions.
4     **A  Okay.**
5     Q  So what kind of names?
6     **A  Faggot, dike, homo, weirdo, references to**
7  **my weight.**
8     Q  Did you feel like there was any particular
9  group of people who were the ones more likely to
10 pick on you?  I mean was it more boys than girls
11 who were picking on you, was it more -- and, you
12 know, we all went to high school, jocks versus
13 whoever, or did you feel like it was any -- any
14 identifiable group of people?
15    **A  I wouldn't know those people personally**
16 **enough to identify with groups they belong to.**
17    Q  So these are people that you don't
18 actually know?
19    **A  Well, I went to school with them.  They**
20 **weren't my friends.**
21    Q  Right.  So let's go in the other
22 direction.  In K through 5, did you have friends?

**30**

1     **A  Very few.**
2     Q  How about middle school?
3     **A  Also very few.**
4     Q  How about high school?
5     **A  I had a very strong core group of friends**
6  **in high school.**
7     Q  In elementary school, were you and your
8  brother -- would you consider you and your brother
9  to be friends?
10    **A  No.**
11    Q  Middle school?
12    **A  No.**
13    Q  High school?
14    **A  No.**
15    Q  I might focus on the high school, but let
16 me just ask you about the elementary and middle
17 school.  Did you -- I mean who were your friends?
18 How were -- how did you become -- The few friends
19 that you had, how did you feel like that worked,
20 that you became friends with those people?
21       Was there any particular activity or thing
22 that kind of helped you associate with them and

**31**

1  helped them associate with you?
2     **A  I had friends that were friends of mine**
3  **because our mothers were close, I didn't really**
4  **have personal friends, people that I bonded with**
5  **like organically and could spend time with.**
6     Q  But, in high school, these people actually
7  were your friends?
8     **A  Yes.**
9     Q  Okay.  Can you tell me who those people
10 were?
11    **A  Do you need first and last names?**
12    Q  I would like first and last names, but if
13 you know them, sure.
14    **A  Evelyn Hronec.**
15    Q  Help me with Hronec.
16    **A  H-R-O-N-E-C.  Olivia Pohorence,**
17 **P-O-H-O-R-E-N-C-E.  Camille Gibson.**
18    Q  C-A-M-M-I-L-E?
19    **A  L-L.  C-A-M-I-L-L-E.**
20    Q  That's what I wrote, it is not what I
21 said.
22    **A  And then Gibson.**

**32**

1     Q  Right.
2     **A  Alec Earwood, E-A-R-W-O-O-D.  Caroline**
3  **Cox, that is just C-O-X.  And I think that -- that**
4  **is sufficient for my core group.**
5     Q  That's the core group?
6     **A  Yes, sir.**
7     Q  How about in terms of the people at the
8  school, were there any people at the school that
9  you felt like were your supporters and people --
10 in particular, I am asking about the high school.
11    **A  In terms of staff or students?**
12    Q  I am asking about staff and faculty now
13 that were supporters of yours.
14    **A  Supporters of mine in what way?**
15    Q  Just personally, like you felt like they
16 were there to help you and supported you in terms
17 of whatever you were going through.
18    **A  Yes, I felt that there were a few staff**
19 **that were -- that served that role.**
20    Q  Who were they?
21    **A  The nurses.**
22    Q  Names?

**33**

1    A  I am trying to recall.  Beverly Sabourin
2  and Niki -- I just knew her as Miss Niki.  The
3  three librarians as well, whose names escape me at
4  the moment.
5        And although I don't recall names, I do
6  recall that the office staff were always friendly
7  and kind, the women at the front desk.
8    Q  What about the counselors and the
9  counseling staff?
10    A  I would say Matthew Board would be one
11  person who I felt was a kind resource.
12    Q  Who was assigned -- Who were you assigned
13  to or was assigned to you, freshman, sophomore,
14  junior, senior year?
15    A  I don't really recall.
16    Q  For sure, we know Tiffany Durr, sophomore
17  year; right?
18    A  Yes, but I do not recall for the other
19  years.
20    Q  Somebody named Neblett?
21    A  John Neblett?
22    Q  Yes.  Was he ever your counselor?

**34**

1    A  I don't recall.  I recall having spoken to
2  him but not about what or why.
3    Q  How about your senior year, did anybody
4  talk to you about going to college or where you
5  were going to college or, you know, any type of
6  counseling-type role like that?
7    A  I really -- I don't recall.
8    Q  With respect to Miss Durr, what do you
9  recall in terms of any interactions you had with
10  her?
11    A  I really don't.  I just recall that we had
12  spoken at various points.  Oh, may I correct
13  myself?
14    Q  Yes.
15    A  Miss --
16    Q  You can always correct yourself, just so
17  you know.
18    A  Miss Durr was the person that my mother
19  and I contacted ahead of beginning sophomore year.
20    Q  Right.  I was going to talk to you about
21  that, and we will talk in detail about that.
22  Other than that, do you remember you and her

**35**

1  having conversations, her being supportive,
2  nonsupportive, helpful, not helpful, or how did
3  you perceive things between you and her during
4  that sophomore year, when she was, according to
5  her, assigned to you?
6    A  I don't ever recall her being malicious;
7  however, I also cannot recall any individual
8  conversations that we had.
9    Q  So would you say it was neutral, or would
10  you say it was unhelpful or just kind of just
11  really nothing?
12    A  I would say that I don't recall.
13    Q  Okay.  Let's go to the specific
14  conversation at the start of sophomore year, which
15  you mentioned you and your mom and Miss Durr.
16  What do you recall about that?
17    A  I recall that my mother and I approached
18  her and informed her that I am a boy and my name
19  is Gavin and had a discussion about what that
20  meant for starting the school year.
21    Q  What do you recall about the discussion,
22  what was said?

**36**

1    A  I really don't recall anything else.
2    Q  And did you speak?
3    A  I don't recall.
4    Q  How was the meeting arranged, if you
5  recall?
6    A  I don't.  I'm sorry.
7    Q  What was the result of the meeting, at
8  least your understanding of the result of the
9  meeting?
10    A  I cannot recall clearly.
11    Q  Any aspect that you recall?
12    A  No.  I am sorry, I can't.
13    Q  At some point, you were -- it was agreed
14  that you would go to school as Gavin.
15    A  Yes.
16    Q  Is that correct?
17    A  Yes.
18    Q  And that you would be called by male
19  pronouns?
20    A  Yes.
21    Q  What else is your understanding
22  eventually, when school started, in terms of what

37

1 were the terms? I mean you would be starting
2 school related to this request.
3 **A As I -- as I understood it, I would be**
4 **starting school as Gavin and with male pronouns, I**
5 **was assured that malicious intentional**
6 **misgendering was not going to be permitted and**
7 **that -- well, that malicious misgendering would**
8 **not be permitted, and I at that time had requested**
9 **use of the nurse's office bathroom and was**
10 **permitted to have access to that as well.**
11 Q The term malicious, or excuse me,
12 intentional misgendering, what does that mean?
13 **A Someone choosing to still refer to me with**
14 **female pronouns with the knowledge that that was**
15 **not appropriate.**
16 Q And you were assured that that was not --
17 that they would make every effort to make sure
18 that didn't happen?
19 **A Yes.**
20 Q And tell me what happened. Did it happen?
21 **A By peers, yes, absolutely.**
22 Q So peers would intentionally misuse the

38

1 wrong gender?
2 **A Yes.**
3 Q How about any staff or faculty?
4 **A I don't recall any intentional examples.**
5 Q Do you recall any accidental examples? I
6 mean the thing that was mentioned previously was
7 that maybe your name was still another name on a
8 piece of paper and someone said that name, not
9 knowing, and then -- but that would not be
10 intentional.
11 **A Right. I recall that there were a few**
12 **instances of what I assumed to be unintentional**
13 **misgendering or deadnaming; however, I do not**
14 **recall who or in what year that those things**
15 **occurred.**
16 Q Deadnaming?
17 **A For example, referring to me with the name**
18 **that was given to me at birth.**
19 Q That's called deadnaming?
20 **A Yes, sir.**
21 Q So just to make sure we are clear, to your
22 recollection, there was no staff or faculty who

39

1 intentionally misgendered toward you?
2 **A Not to my recollection.**
3 Q In terms of students doing that,
4 intentional misgendering toward you, how frequent
5 was that?
6 **A Daily.**
7 Q Without asking you to repeat the litany of
8 things that they called you, what would that look
9 like other than name calling, if it wasn't name
10 calling, how would it happen?
11 **A They would make a point to greet me by, of**
12 **course, the dead name.**
13 Q Right.
14 **A Or make a point to identify me as a girl,**
15 **for example, by saying isn't that a girl?**
16 **Things -- things designed to deliberately point**
17 **out the fact that I am transgender.**
18 Q Again, were there any particular people or
19 groups of people who were doing this?
20 **A It was, generally speaking -- well, I --**
21 **it was plenty of different people.**
22 Q Okay. I guess what I am trying to figure

40

1 out is this. There is how many people in the
2 school, like 1800 students, 9 through 12?
3 **A I don't know.**
4 Q I think that's right. Are we talking
5 about 3 handfuls of people who did this, or is it
6 hundreds of people would do this? That's all I am
7 trying to figure out.
8 **A It tended to be just groups, small groups**
9 **of people known to be unkind to others.**
10 **Particularly -- I just -- I really just would**
11 **rather not characterize --**
12 Q I appreciate that. I don't like
13 stereotyping anybody either, it is not what we are
14 about. I am just trying to figure out, if you are
15 walking down the hall and you go I need to be over
16 here because I don't want to deal with those
17 people, or is it literally like anybody out of
18 nowhere could come up to you and all of a sudden
19 say something to you and like I don't even know
20 who that person is.
21 **A It was traditionally the same group of**
22 **people. It wasn't three people, but it was also**

41

1  not something that I expected from the entire
2  student body.
3      Q  So most people would walk by and just mind
4  their own business?
5      A  Yes.
6      Q  But there were certain people that didn't?
7      A  Yes.
8      Q  I got it.  I am going to talk about 9th
9  grade.  You entered 9th grade, the records were
10 that you were female and you had not officially
11 made any request otherwise.  Tell me about your
12 9th grade year in terms of how you functioned and
13 at some point you left school and that kind of
14 thing.
15     A  My 9th grade year was difficult, I
16 understood myself at that point, I understood that
17 I was a boy but did not feel able to reveal that
18 to others, and so the pressure of pretending to be
19 someone who I was not and of being recognized as a
20 girl, when that was incredibly distressing to me,
21 made that year very difficult.
22     Q  And in terms of being, as you say,

42

1  recognized as a girl, how often in the course of a
2  day would something happen that you would be --
3  feel like you were being recognized as a girl?
4        I mean, if you are in math class and
5  somebody says what is the answer to question
6  number 4, you are not recognized as a boy or a
7  girl, you are just a student, you are being asked
8  a question.
9        So how often was it that something would
10 happen and you would think I am being treated like
11 a girl as opposed to just a person?
12     A  When I would be referred to as ma'am in
13 class, when I would raise my hand to answer the
14 question and the response would be yes, ma'am, for
15 example, when peers and teachers would refer to me
16 with a female name, for example.
17     Q  So the name at some point became, I will
18 use the term a burden for you, I mean the fact
19 that was your name.  I am not going to say it, we
20 agreed not to use it.  Is that right, the name?
21     A  Yes, the name from the -- the name has
22 always, because of its femininity, caused

43

1  distress.
2      Q  When you say always, since when?
3      A  I recall being very young, and although
4  not having the thought I am a boy, having the
5  thought this name is far too feminine for me, I
6  think I like Alex better, things like that, erring
7  towards neutral things.
8      Q  Right.  When do you think you first
9  expressed that concern about the name?
10     A  I do not think it was something I ever
11 vocalized something to family; however, in
12 imaginary play, when I was very young, I was
13 always in a male role with a neutral name or a
14 male name, so that was an anxiety from very early.
15     Q  So is there anything in particular that
16 happened in 9th grade that resulted in you
17 deciding that you couldn't stay at the school?
18 Was there a triggering event or was it just a
19 cumulative effect?
20     A  I cannot recall if there was or was not a
21 triggering event; however, I do recall that the
22 cumulative stress was very -- was very great.

44

1      Q  How would you describe how you felt at
2  that point in time?
3      A  What point in time, sir?
4      Q  When you made the decision that you were
5  going to not continue going full-time to school in
6  the 9th grade, or however that came about.  I
7  don't even know how it came about.
8        Tell me how it came about I guess would be
9  a better foundation question.
10     A  I am sorry.  Do you mind reframing the
11 question?
12     Q  Sure.  At some point in time, in the
13 spring semester of your 9th grade year, you
14 stopped attending school daily; is that true?
15     A  Yes.
16     Q  How did that come about?
17     A  My ability to function became so
18 diminished, that it was not actually possible for
19 me to continue to go to school.
20     Q  So tell me what that means.
21     A  It means I was -- I -- I was experiencing
22 depression, my social anxiety related to

45

1 being gendered incorrectly was so bad that I was
2 afraid to go outside, where I might encounter
3 other people, for example. I academically could
4 not focus, I was just -- I was miserable.
5     Q  And what occurred?  What steps, as best
6 you can recall, occurred in terms of communicating
7 that with the school or with your parents
8 communicated, your father or mother?
9     A  I really don't recall.
10     Q  How long a period of time was it that you
11 were not attending school on a daily basis at that
12 9th grade spring semester?
13     A  I can't recall.  I -- I don't recall if it
14 was for the duration of the rest of that year or
15 not, I don't recall.
16     Q  What was the level of support you were
17 receiving from your mother at that point in time
18 in terms of trying to help you through this?
19     A  Regarding my difficulties at school or my
20 gender expression?
21     Q  Just your ability to function, period,
22 whether it was difficulty at school or gender

46

1 expression or anything else?
2     A  Well, at that time my mother was, of
3 course, willing to pull me out of school and allow
4 me to do an alternative program.
5     Q  What is your recollection of the
6 alternative program?  Was it home school?
7     A  It -- it -- I think it was referred to as
8 homebound schooling and was online.
9     Q  So did you complete your 9th grade classes
10 online?
11     A  As far as I recall.
12     Q  Did you -- Did the school, to your
13 understanding, have any understanding -- I'll
14 start over on that one.
15         What was your understanding of the
16 school's perception of what your issue was?
17     MR. BLOCK:  Objection.
18     A  I don't recall.
19     Q  Did you speak to anybody in the
20 administration with respect to why it was that you
21 were going to go to an alternative program?
22     A  I don't recall.

47

1     MR. CORRIGAN:  We have been going a while.
2 Why don't we take a minute.
3         (Recess from 10:28 a.m. to 10:45 a.m.)
4     A  Sir, I have recalled a few different
5 details to share with you.
6     Q  Sure.
7     A  The first being that, when I did meet with
8 Tiffany Durr, I do not think it is accurate that I
9 requested the use of the nurse's restroom, I --
10 more accurately, I believe it was an option
11 offered to me, which I then accepted.
12         Additionally, I have a few antidotes from,
13 you know, growing up, which follows the line of
14 inquiry about, you know, male expressions.
15         The first being in middle school -- I
16 expressed that I didn't really have friends in
17 middle school, and the group of friends I
18 mentioned in high school, we met in middle school;
19 however, at that point they had not become my core
20 groups of friends, which was why I phrased that
21 the way I did; however, at some point in --
22 actually, pardon me.  Do you -- does --

48

1         When we were -- When Peasley was taken out
2 by a tornado and we went to school in a trailer,
3 this was when that happened, so actually this
4 could have been 9th grade.  In fact, it was 9th
5 grade, so this was not middle school at all.
6         9th grade, my -- my friends and I, two of
7 my friends, I don't recall who of the two, we were
8 walking, and at that time I was presenting fully
9 as male, although I had not revealed that, I had
10 not revealed my gender identity to any of my
11 friends, and one of my friends saw a student,
12 presumably assigned male at birth, and made the
13 comment that looks like the male version of Gavin,
14 but using, of course, the name they knew me as at
15 the time; and my other friend said, in response,
16 Gavin is the male version of Gavin.
17         So on another occasion, when my sister got
18 married, one of -- the half sister on my mother's
19 side, my -- my mother insisted I wear a dress, and
20 that was a process that took hours and countless
21 stores because I would walk in, take one look,
22 nope, not doing any of them, hate them all, and

---

**49**

1 then we'd go to the next one.

2     I -- I really fought hard to not wear a

3 dress and eventually, after lots of tears and

4 fights, came to agree to wear one that was just

5 like completely black, was just like a square with

6 straps, and I was incredibly distressed, and at

7 the wedding the first thing that I greeted my

8 relatives with was please don't call me pretty,

9 please don't call me pretty, because I did not

10 want to be referred to in a femininely-aligned

11 way, and I do not recall what year my sister got

12 married, but that would have been probably -- I

13 was probably prepubescent at the time.

14     Q So 11, 12?

15     A Around, or perhaps earlier, I was -- it

16 was, yes, it was around in that range.

17     Q Okay.

18     A And then there was one example where, as a

19 class, I can't remember the parameters, but we

20 were asked to line up boy, girl, boy, girl. Or,

21 in fact, I -- so I don't recall the setting, if

22 this was gym or what have you or whatever, but I

---

**50**

1 remember that I had been just assigned to like

2 stand in line with the boys because visually,

3 looking at me, the person had assumed I was or

4 correctly determined that I was a boy, although at

5 the time I was still understood socially to be a

6 girl, and that was a moment of great joy for me,

7 so that's another sort of transitional antidote.

8     Q And that last antidote was at school?

9     A I believe so. Actually, I will say I

10 don't recall just because I can't say with

11 certainty.

12     Q But it was somewhere where you and other

13 children at the time were being asked to line up

14 and the adult in charge identified you as a boy?

15     A Yes.

16     Q And that was a source of joy for you?

17     A Yes.

18     Q How old approximately were you?

19     A I was -- I was -- this would have been

20 before transition, so I was in the range of 9 to

21 12.

22     Q But you don't recall whether that was

---

**51**

1 school or somewhere else?

2     A I don't.

3     Q Spring semester of 9th grade is kind of

4 where we left off. Physically, did you have any

5 facial hair at that time, in spring semester of

6 9th grade?

7     A I -- well, perhaps more than was common

8 for someone assigned female at birth, but it was

9 not -- pardon. At that time, I had not begun

10 hormone replacement therapy, but I -- yes, I did

11 have a little rat 'stache I was proud of.

12     Q I assume a rat 'stache --

13     A Pardon me.

14     Q -- is some hair on your upper lip?

15     A Just a tiny patchy little thing that I

16 just was -- I loved to not shave.

17     Q With that semester in school, you had not

18 come out to the school itself?

19     A The school itself, no; however, by the end

20 of that year, some of my friends knew.

21     Q And how did that happen? How did they

22 know?

---

**52**

1     A I -- I just informed them that, going

2 forward, I would like them to refer to me with

3 male pronouns and Gavin.

4     Q Where did the name Gavin come from?

5     A My mother chose it for me.

6     Q What do you recall about how that

7 occurred?

8     A Well, I -- I don't recall the moment where

9 Gavin was decided upon, but I just recall the

10 process was that my mother would be how about

11 this? No. How about this? Absolutely not. And

12 eventually we came to a point where I was okay

13 with what she had chosen.

14     Q Were you suggesting names to her as well

15 and getting her feedback?

16     A I don't recall. It was established at

17 that point that, in fact, she had made the

18 statement that she -- if I did not allow her to

19 choose my name, that it would not be changed. She

20 was --

21     Q Eventually, you were okay with that, as

22 long as you approved of the name?

53

1    A  I would have preferred to self-identify;
2  however, I am not unhappy with the name Gavin.
3    Q  Okay.
4    A  They're -- well --
5    Q  What were you going to say?
6    A  It is -- I am not entirely sure how
7  relevant it is, it is just the name actually -- I
8  had given the name to a turtle my brother found in
9  the York River, I had called the turtle Gavin, and
10  my mother insists that she was not aware that that
11  was what the turtle's name was, because my brother
12  called it Bubba; however, I am somewhat of the
13  belief that I am named after a turtle.
14    Q  Your mother swears that not so?
15    A  She will say that it is not so.
16    Q  Okay.  Did your brother or your father
17  participate in this renaming discussion?
18    A  No.
19    Q  At what point did you begin any type of
20  treatment which you understood as treatment for --
21  and eventually the term gender dysphoria is what
22  is identified.  At what point did any treatment

54

1  for that occur, as your best recollection?
2    A  Are you referring to specifically medical
3  steps or the beginning of like my attempts to
4  alleviate that dysphoria?
5    Q  The beginning of your attempts to
6  alleviate.
7    A  I was -- I believe I cut all of my hair
8  off when I was 12, which was one of the first
9  things that I did to begin a transition.
10  Following that, when I was 13, I purchased a
11  garment, which would flatten my breasts, and then,
12  when I was 14, I revealed to my mother that I was
13  a boy, and by the time I was I believe 15, I had
14  begun hormone replacement therapy in the form of
15  testosterone injections.  Or perhaps, actually, I
16  believe I -- did I say 15?
17    Q  Yes.
18    A  Yes, sir, so that's correct.
19    Q  At the time you cut your hair off, were
20  you seeing any healthcare provider who was
21  providing you with any sort of guidance with
22  respect to this question of what ultimately was

55

1  determined to be gender dysphoria?
2    A  Are you asking if I was under any mental
3  healthcare at the time or if I was specifically
4  seeing someone for gender dysphoria?
5    Q  I am asking if you had discussed anything
6  with regard to this with any healthcare provider.
7    A  No.
8    Q  When did that first occur?  It doesn't
9  have to be a psychologist, it could have been your
10  family doctor, it could have been just any
11  healthcare provider.
12    A  I actually want to correct myself.  I had
13  a therapist when I was 8, who I at the time
14  expressed -- I did not use the language that I was
15  transgender; but I had expressed that I felt like
16  a boy, and that didn't go anywhere.  It was a
17  religious counseling institution, and so it was
18  dissuaded rather than encouraged, or not
19  encouraged, but rather than respected, I suppose,
20  and so I did not vocalize that to a professional
21  after that point until -- until after I cut my
22  hair, I believe.

56

1    Q  So sometime after you were 12 years old,
2  after you got --
3    A  Yes, after I was 12.
4    Q  Do you remember who you first spoke to
5  about it, healthcare provider?
6    A  I --
7      MR. BLOCK:  After he cut his hair?
8      MR. CORRIGAN:  Yes.
9    Q  After you cut your hair.
10    A  There was one therapist, who I cannot
11  place on a timeline, it -- I don't recall when I
12  saw this person, and I also do not recall the name
13  of the doctor because I had a nickname for --
14  which I never said to her, but a nickname that
15  just was a feature of hers, that was helpful for
16  me to remember what doctor that was, but I don't
17  recall her name, and she was the first provider
18  that I had mentioned that to.
19      But the first provider that I actually
20  sought gender specific care from was Dr. Lisa
21  Griffin.
22    Q  The person before Dr. Lisa Griffin, was

57

1 that someone in the Gloucester community?

2     A  She was more local than Dr. Lisa Griffin,
3 but I cannot recall if she was within Gloucester
4 or outside of Gloucester.

5     Q  When you say more local, it might have
6 been York, it might have been Hampton Roads,
7 Hampton or Newport News or --

8     A  I -- I really don't recall.  It was not --
9 for -- for example, Richmond would have been an
10 hour and a half of a drive, and it was much, much
11 less than that --

12     Q  Right.

13     A  -- from my home in Gloucester, so sort of
14 in that kind of 30-minute driving circle, that was
15 where they practiced.

16     Q  This person, what were you seeing them
17 for?

18     A  I -- at the time, what I recall of the
19 stated reasons was, of course, because at that
20 point, my mother was the one who contacted the
21 doctors --

22     Q  Right.

58

1     A  -- and communicated these things.  The
2 understanding at the time was that the treatment
3 was for generalized anxiety and severe depression.

4     Q  Who is it, as best you know, who referred
5 you to Dr. Lisa Griffin?

6     A  I really don't recall.  I -- I know that
7 it was, of course, somebody in the know of the
8 transgender community, but I do not recall who
9 that person was.

10     Q  The term transgender you have said several
11 times, when you were younger, you didn't know that
12 term.  When did you first learn that term?

13     A  I was around 12, I would say, when I
14 discovered that term.

15     Q  About the time you cut your hair?

16     A  Probably; however, it was not -- I did not
17 immediately recognize that label as being
18 accurate, because it was something that was -- it
19 was not a concept that I had been introduced to in
20 a positive light, and that had caused anxiety
21 relating to my knowledge that that was accurate.

22     Q  Right.  So how was it, if it wasn't a

59

1 positive light, what light was it that the term
2 transgender was open to you?

3     A  Well, my home environment as well as the
4 community environment was very conservative, and I
5 also grew up in an environment, which was very
6 religious and specifically religious in such a way
7 where the teachings of those churches were that,
8 for example, being gay is wrong and evil, and so
9 it was just in context of those sorts of things.

10     Just -- you know, my understanding of
11 trans people were that they were strange or bad,
12 or up until that point or that life, you know, is
13 difficult, and I don't think I ever held those
14 convictions personally but was fearful of the
15 reception of others.

16     Q  So the term transgender, I mean did you
17 hear it at church, did you hear it at Sunday
18 school, did you hear it in your house, or was it
19 at school, or where was the first time that
20 someone said transgender and you went I know what
21 that means, I think that's what I am feeling?

22     A  Yes.  It was a YouTube video, it was an

60

1 individual on YouTube who made videos where they
2 would dress up as a character from a show I liked
3 at the time, and in one video that I saw, they
4 appeared physically female and in another video I
5 saw, which I later realized was dated a year after
6 the first one, they appeared physically male, and
7 I was totally -- I was just ecstatic that that was
8 something people could do.

9     Q  Who was the individual, do you remember?

10     A  The channel was called Twin Fools.

11     Q  T-W-I-N, F-O-O-L-S?

12     A  Yes.  I don't know if it is still active
13 or anything like that.

14     Q  And the individual was they were on a show
15 or it was just a video that they had done
16 themselves?

17     A  They just made YouTube videos.

18     Q  Okay.  Do you know who the person was?

19     A  No, not personally.  It was --

20     Q  Do you remember their name, did they have
21 a stage name?

22     A  Oh, I have no idea.  I don't know.  I was

61

1 quite young.

2    (Discussion held off the record.)

3    Q So how old were you the first time you saw

4 Dr. Lisa Griffin?

5    A I believe 15.

6    Q So was that the spring of your 9th grade

7 year or was it later?

8    A I -- I did not -- I did not tell my mother

9 who I was until the summer before or the summer

10 after my 9th grade year, so that would have been

11 later.

12    (Discussion held off the record.)

13    Q Let's talk about telling your mother who

14 you were. When and where was that?

15    A My mother knows the calendar date, I do

16 not. I believe we were in the kitchen at my home

17 and she had said the word transgender, which is

18 not a word I knew or I was aware that she was

19 aware of, and I had previously downloaded a PDF

20 about what it means to be a transgender on a Nook,

21 and so when she said the word transgender, I ran

22 off to find the Nook, I couldn't find it, so I

62

1 came back and told her; and at that time she told

2 me that I was not allowed to tell my extended

3 family or the rest of my family.

4    Q So you told her I'm a boy, I'm a

5 transgender boy?

6    A Yes.

7    Q And what was her reaction other than --

8 Before she said don't tell anybody else, what was

9 her reaction?

10    A She hugged me and said she loved me and we

11 would get through this, those sorts of things.

12    Q Okay. Then she said we are not going to

13 tell your father, your brother or anybody else?

14    A Yes.

15    Q At what point in time did your father and

16 your brother become aware of this?

17    A Back to the turtle, at my 15th birthday

18 party, I -- you know, I was still sort of under

19 that gag order, and so I was prepared to

20 experience a birthday as a birthday girl again --

21    Q Right.

22    A -- which was intensely traumatic as a

63

1 concept, and so the morning of the party, I had --

2 I was nearly just totally catatonic with my grief

3 and anxiety.

4    And I had locked myself in my bedroom

5 because -- because I mean I didn't -- I wasn't

6 going to experience a birthday as a birthday girl,

7 that was my position, and so my father had knocked

8 on the door after that point and asked me what the

9 problem was; and I had informed him, I said well,

10 Mom said I am not allowed to tell you, and so, of

11 course, he goes outside, asks Mom what it is that

12 I am not allowed to tell him, and she told him and

13 then called all of my relatives.

14    Q Your mother did?

15    A Yes. Yes. Yes, sir. My mother told my

16 father that I was a boy, called all my relatives,

17 who were mostly on the way already, said that I

18 was a boy, and then later, at the party, was when

19 my brother found out, the name Gavin had been

20 written on the birthday cake, in lieu of the

21 incorrect name that had originally been there, my

22 mother had wiped the wrong one off and had written

64

1 Gavin, and my brother came down the stairs and

2 asked everyone why the turtle's name was on the

3 cake, because he was aware that the turtle's name

4 was Gavin but not that my name was Gavin, and so I

5 had to take him in the other room and explain, and

6 so basically everyone found out on the day of my

7 15th birthday.

8    Q And how did it go with you and your

9 brother with you explaining that to him?

10    A Well, I said that's not the turtle's name,

11 that's my name, I'm a boy, and he said no, you're

12 not, and he ran out of the room, but he didn't

13 mention the turtle after that.

14    And following that was supportive to

15 whatever degree. I mean he was never rah-rah

16 trans.

17    Q Right.

18    A However, he respected me as a man, as with

19 male pronouns, with the name Gavin. That was not

20 a point of negotiation in my household.

21    Q What was not?

22    A It was not an option for anybody living

65

1 under that roof to misgender me or dead name me
2 intentionally. It was something that my mother
3 had made very clear that she would not tolerate.
4     Q  So would you say, from that point forward,
5 that your father and brother were supportive or
6 not, unsupportive?
7     A  I would say not, unsupportive, remained
8 the dynamic for a little while there,
9 transitioning into just it's everyday life now and
10 he is my brother, he is my son, and that's the
11 extent of the conversation.
12     Q  Okay. At what point do you think it
13 became he's my brother, he's my son?
14     A  Perhaps after a few months of getting used
15 to it, and I -- and especially once I had began
16 hormone replacement therapy and they recognized
17 that it was something I was serious about.
18     Q  How did that affect you when they -- when
19 it became he is my brother, he is my son, instead
20 of merely not, unsupportive?
21     A  You know, being in a hostile environment
22 in the home is incredibly detrimental to one's

66

1 mental health, so having the shift from mild
2 hostility, you know, begrudging acceptance to, you
3 know, you are my brother, you are my son, greatly
4 alleviated some of my anxiety.
5     Q  So approximately when would you say -- to
6 me, you identified three stages there just now of
7 mildly unsupportive, whatever you said, and then
8 kind of neutral, and then actually you are my
9 brother, you are my son.
10    A  Yes.
11    Q  Over what period of time do you think
12 those three stages occurred?
13    A  I would say that full evolution was over
14 the course of perhaps a year.
15    Q  So tell me about your relationship with
16 your brother before any of this came into being.
17 What -- how would you describe your relationship
18 with your brother?
19    A  He -- we didn't have a relationship. He
20 and I ran in different circles, and we just didn't
21 communicate very often.
22    Q  Okay. Let's go back to the meeting. I am

67

1 now going to get into the details of the case,
2 like from this point forward.
3     All right. The first meeting with the
4 guidance counselor, did you also meet with the
5 principal at the same time or did you just meet
6 first with the guidance counselor?
7     A  As I recall, it was first with just the
8 guidance counselor.
9     Q  That was Miss Durr?
10    A  Yes.
11    Q  Do you remember having an initial meeting
12 at some point in time with the principal Nate
13 Collins?
14    A  I do remember speaking to him, yes. I do
15 not recall, however, if that was before the school
16 year began or after the school year began.
17    Q  Okay. Was he involved in the initial plan
18 that you would use the nurse's office for the
19 restroom and be called by male pronouns, or was
20 that done with or without his knowledge, as best
21 you recall?
22    A  I don't recall to what extent he was

68

1 involved in the decision to have me in the nurse's
2 bathroom; however -- pardon me.
3     Could you restate the second part?
4     Q  Yes. What I am trying to figure out is
5 whether your recollection is that Mr. Collins was
6 involved in this initial decision, the initial --
7     A  Right.
8     Q  -- be called Gavin, male pronouns, use the
9 nurse's office, or whether his involvement came
10 later, when you were talking about using the boys'
11 restroom. In other words, was he involved in that
12 first set of conversations, as best you recall?
13    A  As -- as best I can recall, there had been
14 a discussion with him wherein he assured me that
15 bullying was not going to be tolerated and that I
16 should report to him, should something like that
17 happen. I do not recall, however, at what point
18 that conversation happened.
19    Q  In the time that you were -- let's go
20 before you identified and came to school in the
21 summer, so in 9th grade, did you ever report
22 bullying, did you ever go to the teachers or go to

**69**

1  the counselors or anybody to say something has
2  happened today, this is what's happened today,
3  something specific?
4      **A  So because I had been bullied throughout**
5  **my school career, I had felt consistently like it**
6  **didn't matter to the administration, I was**
7  **never -- I don't feel it was ever handled**
8  **appropriately, I had to be home schooled in 3rd**
9  **grade because no one handled the bullying, and so**
10 **by that time I feel that I had developed a**
11 **perception that no one was going to help me, and**
12 **so I think I reported these things with less**
13 **frequency -- certainly with less frequency than**
14 **they happened.**
15     Q  In 9th grade, the entire year, that fall
16 and spring semester, do you have any recollection
17 of ever actually reporting a specific incident of
18 what you believe was bullying to a teacher or
19 administrator?
20     **A  I know there was a lot, but I cannot**
21 **recall if I had ever reported anything.**
22     Q  Same question about 10th grade.  In 10th

**70**

1  grade, was there ever any specific incident that
2  you reported to a teacher or administrator of
3  something that you believe was bullying?
4      **A  I don't -- I don't recall.**
5      Q  Same question for 11th grade.
6      **A  I don't recall.**
7      Q  And 12th grade.
8      **A  I don't recall.**
9      Q  So let's talk about 9th grade.  You have
10 the conversation with Miss Durr, possibly
11 Principal Collins, it is agreed that you will use
12 the nurse's office, be called Gavin, be a male,
13 pronouns, and that, if anything comes up, you will
14 let them know.
15     So tell me, how does that go for that
16 first period of time.  We know eventually you go
17 talk to him about using the boys' room, but in
18 that period of time before you start using the
19 boys' room, describe what was happening on a daily
20 basis.
21     **A  I believe you said 9th grade.  That would**
22 **have been 10th grade.**

**71**

1      Q  I am sorry.  10th grade.  I apologize.
2  That was a misstatement on my part.
3      **A  Yes, sir.  I -- for the period of time**
4  **before I requested use of the men's facilities?**
5      Q  Yes.
6      **A  I -- I recall sort of an adjustment**
7  **period, where peers who had, for example, known me**
8  **previously as something else would -- it was, you**
9  **know, they slowly began to realize individually**
10 **that, clearly, something had changed and had, you**
11 **know, their own varying opinions on that.**
12     **I do recall an example where I had walked**
13 **into class and a previous classmate, after the**
14 **teacher had called out my name for attendance or**
15 **something, and I said here, you know, after having**
16 **been called Gavin, a former classmate of mine sort**
17 **of started laughing, and I heard him tell everyone**
18 **that's a chick, that's a chick, and then he said**
19 **hey, name, hey, name, hey, name, name, of course,**
20 **being my dead name, like trying to get my**
21 **attention with the incorrect name, and that is**
22 **something I did report.**

**72**

1      Q  Who did you report it to?
2      **A  The teacher in the classroom at that time,**
3  **I do not recall the name of the teacher.**
4      Q  Do you remember what class or what
5  subject?
6      **A  I don't.  I do not.**
7      Q  Do you remember what action, if any, was
8  taken?
9      **A  I -- I recall that the teacher assured me**
10 **that, I believe it was a female teacher, that she**
11 **would speak to him, and nothing like that happened**
12 **afterwards in that class.**
13     Q  When you say nothing like that happened,
14 you are not saying she didn't speak to him, you
15 are saying that child never said that's a chick,
16 hey, name, again.
17     **A  Correct.**
18     Q  That never happened again?
19     **A  Correct.**
20     Q  So it was a one-time incident?
21     **A  From that child.  There was other**
22 **ridicule, however.**

73

1    Q  That child.  I wasn't trying to overstate
2  it.
3    **A  Right.**
4    Q  Just that particular incident with that
5  particular class occurred on one occasion, and you
6  reported it to the teacher; and, to your
7  knowledge, it never happened again; correct?
8    **A  Yes.**
9    Q  What else can you recall in that time
10  frame, in the first three or four weeks, maybe a
11  little longer, of 10th grade, your using the
12  nurse's restroom.
13    **A  I can recall that I began to feel anxiety**
14  **and shame and stigma surrounding traveling to the**
15  **nurse's restroom during that time.  I can recall**
16  **frustration with missing class time because of it,**
17  **and perhaps some embarrassment, because I had the**
18  **perception, of course, that the other students**
19  **knew why I am going to the nurse, because, you**
20  **know, I am the transgender kid, so I remember that**
21  **being an anxiety that developed and intensified**
22  **during that period of time.**

74

1    Q  Okay.  Was there ever anything specific
2  that happened, any statements by another student,
3  statements by a teacher, anyone else, that helped
4  create the anxiety, shame, stigma, embarrassment
5  that you mentioned?
6    **A  Yes.**
7    Q  What?
8    **A  There was one example of a teacher, I**
9  **cannot recall what teacher, but that the teacher**
10  **was male, who after a lengthy disappearance from**
11  **class to use the bathroom, because, of course, it**
12  **was farther from my class than the bathrooms**
13  **usually are, he made a big public point, when I**
14  **reentered the classroom, to comment on how long I**
15  **had been gone in a way that I felt was**
16  **humiliating.**
17    Q  Do you remember who the teacher was?
18    **A  I do not.**
19    Q  But it was one of your teachers the first
20  semester of 10th grade?
21    **A  Yes.**
22    Q  Other than that incident where the teacher

75

1  commented on how long you had been gone to the
2  restroom, do you remember any other specific
3  incidents with respect to events that occurred
4  that caused you anxiety, shame, stigma,
5  embarrassment?
6    **A  A point where I would miss valuable**
7  **instruction time, because I had to travel farther**
8  **for the restroom.  Importantly as well, at the**
9  **time I had mentioned the compression garment, and**
10  **that is a garment that needs to be adjusted**
11  **throughout the day a few times, or else it can**
12  **physically damage my body including rib**
13  **deformation, respiratory issues, and so it was**
14  **important that I had access to a bathroom**
15  **frequently enough to make sure that I was not**
16  **harmed, and I recall that, because of that, I did**
17  **have anxiety over how much instructional time I**
18  **was missing.**
19    Q  So how often did you have to go to the
20  restroom?
21    **A  Well, I would say -- I would say, for**
22  **restroom functions, perhaps twice a day and then,**

76

1  **to adjust that garment, that is something that I**
2  **would have to do three or four times throughout a**
3  **school day, often times I would, you know, do that**
4  **when I went to the bathroom, but sometimes I**
5  **couldn't.**
6    Q  Why not?
7    **A  Or rather not sometimes that I couldn't,**
8  **but sometimes that it happened, it would**
9  **reposition itself in a way that I needed to**
10  **correct in a position where I -- I didn't need to**
11  **go to the bathroom for any other reason than to**
12  **fix that garment.**
13    Q  Did there come a time when they gave you
14  access to another restroom that was closer besides
15  the nurse's office in the D-Hall?
16    **A  So at one point, it was my understanding**
17  **that it was communicated to me that I was allowed**
18  **to access the male faculty restrooms on all halls;**
19  **however, I was then told that no, in fact, I had**
20  **only been given permission to use the ones on**
21  **D-Hall, but I think that -- I think I genuinely**
22  **was told that I had access to all staff bathrooms**

77

1 initially, and then the D-Hall thing was raised
2 after the fact.
3    Q  Tell me, as best you can recall, who told
4 you you could use any male faculty restroom?
5    A  I really -- it would have been one of the
6 administrators or not -- one of -- either
7 counselors or the principal, someone in that
8 position, those positions, I don't recall exactly
9 who.
10    Q  But your recollection is that someone told
11 you you could use any of the male faculty
12 restrooms?
13    A  So my recollection was that yes, that I
14 was able -- I was permitted to use the male
15 faculty restrooms; however, I was later called
16 into either the guidance office or the office, I
17 can't recall who I had the conversation with, who
18 said no, in fact, you can only use the D-Hall.
19    Q  Who was it who you had the conversation
20 with that restricted it to the D-Hall restroom?
21    A  I really don't recall.
22    Q  Your recollection is it was either someone

78

1 in counseling or someone in the administration?
2    A  Yes.  Either, for example, either like the
3 principal or one of the guidance counselors.
4    Q  So Miss Durr, Mr. Lord, Mr. Collins.  Who
5 were the other possibilities?
6    A  I suppose Neblett would have been a
7 possibility, but, of course, I don't recall who.
8    Q  Did anyone ever say anything to you -- let
9 me ask this question first.  Did you ever use any
10 of the male faculty restrooms?
11    A  I -- I don't -- I don't recall if I did or
12 did not, but I can say with certainty that, if I
13 did once or twice, it was not something I did with
14 frequency.
15    Q  Why not?
16    A  I was embarrassed.  It was, in fact -- for
17 another student to see me go into a faculty
18 bathroom was more, obviously, I suppose uncommon
19 than should a student watch me walk into the
20 nurse's office, so it caused me more anxiety, in
21 fact.
22    Q  On any occasion can you recount where

79

1 someone actually said something to you, any
2 student said something to you about what are you
3 doing in there in the nurse's office or what are
4 you doing going in the male faculty restroom or
5 any specific comment by a student about your
6 restroom use during this time frame?
7    A  I recall a few sort of snide comments,
8 when I had a longer absence from class for the
9 bathroom, you know, what took you so long, in a
10 way that was, you know, probably implying high
11 school bathroom humor; and other snide things like
12 that are just things designed to point out that I
13 was not allowed to use the other restrooms.
14    Q  Okay.  How were you able, if somebody says
15 what took you so long, to know whether they're
16 trying to tease you about what function it was
17 that you were using versus which bathroom you were
18 using or any other concern?
19    A  Well, in part, because of the individual
20 who would have said that, like these were
21 typically the kids that would commonly harass me,
22 and then, additionally, the tone of voice, but, of

80

1 course, additionally, the conversation they would
2 have thereafter about, you know, vulgar toilet
3 things so --
4    Q  All right.  So can you give me any
5 specifics where this happened, like what class you
6 were in, who the student was, what was said, any
7 details?
8    A  I -- I mean I don't -- I don't recall what
9 classroom I was in when this happened, it could
10 have been any one of many.
11    I -- one of the -- one of the most
12 persistent harassers was a student named Austin, I
13 do not recall his last name.  I do recall that
14 this was an event -- one of these sorts of
15 examples of ridicule was something he was involved
16 in, and then -- pardon me.  You also asked
17 specific examples of dialogue.
18    Q  Yes.
19    A  For example, you know, that must have been
20 a big crap, you know, embarrassing things like
21 that, because it took me a while.
22    Q  But you would agree, that must have been a

**81**

1 big crap doesn't have anything to do with
2 whether -- which restroom you used or anything
3 else, it is just talking about what you did while
4 you were in there.
5     MR. BLOCK: Objection.
6    **A I wouldn't agree with that. That was just**
7 **one example of the dialogue that would follow.**
8 **Others would be laughter about there is a bathroom**
9 **right there, that kind of thing, so that's why --**
10 **the perception I have is that these were all**
11 **related to a knowledge of where I was using the**
12 **bathroom, and it was just various targeted**
13 **insults, whenever they felt like teasing me about**
14 **at that time; but there were examples where the**
15 **conversation erred less towards bathroom humor and**
16 **more towards why don't you go to that one, that**
17 **kind of thing.**
18    Q Can you tell me who said why don't you go
19 to that one?
20    **A I really couldn't.**
21    Q Was that Austin or was it someone else?
22    **A I don't recall, but it was -- the -- the**

**82**

1 **primary harassers were students like Austin and**
2 **that would frequently hang around with Austin or**
3 **other students in similar circles to Austin. So I**
4 **mean it was -- it was, you know, a few different**
5 **clusters of people that all sort of ran in the**
6 **same circles.**
7    Q Did you report Austin's remarks or anybody
8 else's remarks to your teacher or anyone else?
9    **A I don't recall what I did and did not**
10 **report. At that time I sort of had a**
11 **significantly diminished faith in the protections**
12 **that I would have, and so I felt a bit of a sense**
13 **that it was futile to report this harassment**
14 **because it was so consistent and I had been going**
15 **to administrators for my whole entire school**
16 **career about incredible bullying, and nothing had**
17 **ever been accomplished, so I felt like at that**
18 **point it was just not something that I was --**
19    Q Let me ask you this. Specifically, had
20 you ever been to Principal Collins about bullying?
21    **A I don't recall.**
22      MR. BLOCK: Objection. Are we still

**83**

1 talking about this time period? About --
2     MR. CORRIGAN: I am talking about ever.
3     MR. BLOCK: You are?
4     MR. CORRIGAN: Yes.
5    **A I don't recall.**
6    Q Had you ever been to Miss Durr about
7 bullying?
8    **A I don't recall.**
9    Q Had you ever been to Matt Lord about
10 bullying?
11    **A I don't recall.**
12    Q Can you tell me anybody at the high school
13 that you went to about bullying?
14    **A The only clear memory that I have of**
15 **reporting an incident would have been the one**
16 **where the student, you know, referred to me**
17 **incorrectly name wise.**
18    Q The one we talked about with the teacher?
19    **A Yes, sir.**
20    Q And she addressed it?
21    **A Yes. I -- I do not believe that that is**
22 **the only incident I ever reported; however, I**

**84**

1 **don't have a recollection of any other specific**
2 **event of reporting things like that.**
3    Q Okay. At some point in time you went to
4 Miss Durr and advised her that you wanted to use
5 the boys' room, is that right, is that how that
6 started?
7    **A I don't recall who I approached, but at**
8 **some point in time I did approach a member of**
9 **staff at the high school.**
10    Q Tell me what you recall about how -- was
11 it you alone, was it with your mom, was it at
12 school, was there an email sent, or how did it go?
13    **A I don't recall who was with me, and I do**
14 **not recall who I spoke with, although I believe at**
15 **some point Principal Collins or Nate Collins was**
16 **part of the conversation.**
17     **In fact, what I do recall of my**
18 **conversation with him was I -- actually, so I**
19 **suppose I do recall, he was part of this, at least**
20 **at some point. I remember expressing to him that**
21 **it was stigmatizing and embarrassing and also**
22 **detrimental to my instructional time, to have to**

85

1  travel so far to the nurse's restroom, when my
2  classes on -- in that year were all as far from
3  the nurse's office on campus as they could have
4  been, and so it was even farther a journey, and I
5  expressed that it was just -- it was not ideal for
6  my needs, and I asked him if I could use the boys'
7  bathroom.
8      At that time he did not commit either way,
9  I think he told me that he would have to check
10 with others, and then we spoke again, and he said
11 essentially to go ahead.
12   Q  Did you -- The word stigmatizing, when is
13 the first time you ever used that word or ever
14 heard that word?
15   A  I was a verbose child, so I could have
16 been 8.  I have no idea.
17   Q  With respect to this, do you remember when
18 you first used the term stigmatizing, with using a
19 restroom being stigmatizing?
20   A  No, sir, I don't.
21   Q  Do you think it was your word?
22   A  Yes, of course.

86

1    Q  Okay.  So is it your recollection you said
2  that to Mr. Collins when you spoke with him, that
3  specific word stigmatizing?
4    A  I conveyed that I felt, you know, stigma.
5  I do not know necessarily that I said the word
6  stigmatizing.
7    Q  Right.
8    A  However, I expressed that I felt that it
9  identified me as different, as a target, it was,
10 you know, not right, you know, things which fall
11 under stigma; but I also cannot say with certainty
12 that I did not use the word stigmatizing.
13   Q  Sure.  Do you remember having a meeting
14 with Mr. Collins and Miss Durr, at which they
15 prepared a little memo?  Have you seen the memo,
16 on October 14th, that says you will start on
17 October 20th and you will report if anything goes
18 wrong, and, if there is an incident, that you will
19 not increase it, you will come let us know
20 something happened.  Does any of that ring a bell?
21   A  I recall the conversation, I do not recall
22 getting any memo or anything about that.

87

1    Q  And you may or may not have gotten it.  It
2  may have been something that was generated
3  internally within the school.  I just didn't know
4  if you had any recollection of a memo.
5    A  Yes, I do remember that conversation.
6    Q  Okay.  And tell me what you recall.
7    A  Essentially what you said, that it is --
8  starting now I can use the boys' restroom.  Should
9  there be any issues, let us know right away, that
10 kind of thing.
11   Q  Okay.  October 20th was a Monday.  Do you
12 recall whether the first time you used a boys'
13 restroom, when that was that day?
14   A  I would have no idea.
15   Q  Don't remember?
16   A  No idea.
17   Q  Do you remember which boys' restroom you
18 started using?
19   A  No.  It was a nonevent for me.
20   Q  So when you went in the boys' restroom, I
21 assume you went in a stall every time that you
22 used the restroom?

88

1    A  Yes.
2    Q  But as we are sitting here today, you
3  can't tell me which one out of the many, if I have
4  got the math, and said here is all the restrooms,
5  you wouldn't be able to tell me which one --
6    A  No.
7    Q  -- on any given occasion?
8    A  No.  I had been using boys' bathrooms in
9  every public place in Gloucester and outside of
10 Gloucester for probably more than a year at that
11 point, so this was very natural to me and it was
12 not something I felt necessary to commit to
13 memory.
14   Q  Okay.  Did you -- how often were you using
15 the restroom?
16   A  I suppose with the same frequency that I
17 was going to the nurse's room beforehand.
18   Q  So two times a day to use the restroom and
19 then a few other times to adjust your garment?
20   A  Yes, I would say 2 to 4 times a day would
21 be a fair sort of ball park.
22   Q  At any time on any of those occasions in

89

1  the first week, which would be the 20th, 21st,
2  22nd, 23rd, did you have any conversation with any
3  student coming in, going out, while in the
4  bathroom about what are you doing, what are you
5  doing in here, anything?
6    **A  No.  I had a single conversation with a**
7  **student during that time in the D-Hall bathroom in**
8  **which he asked me if I liked his socks, and that**
9  **was the only encounter that I have ever had in a**
10 **restroom at Gloucester High.**
11   Q  Beginning at the first of your sophomore
12 year, did you ever go in the girls' restroom?
13   **A  Absolutely not.**
14   Q  When did you last use the girls' restroom
15 at Gloucester High School?
16   **A  I began avoiding it before the end of**
17 **freshman year of high school, so perhaps sometime**
18 **towards the middle or end of that year.**
19   Q  Of 9th grade?
20   **A  Yes, sir.**
21   Q  So the -- that was the second part of that
22 year, in the spring semester, you went into the

90

1  homebound status, so it was before that is the
2  last time you think you used the girls' restroom?
3    **A  Yes.  I began avoiding it before that**
4  **point, which -- in -- contributed to the overall,**
5  **you know, complication of remaining at school.**
6    Q  Because you didn't want to use the girls'
7  restroom?
8    **A  Right.  However, it was not something I**
9  **could vocalize to others at that time because I**
10 **was not out, out being that I had not announced**
11 **myself as a boy to others yet.**
12   Q  And since then, you have not used the
13 girls' restroom at Gloucester High School?
14   **A  No.**
15   Q  Not at all in the 11th grade, not at all
16 in the 12th grade?
17   **A  No.**
18   Q  Correct?
19   **A  Correct.**
20   Q  Do you recall an incident in your art
21 class, Miss Bergh, where you and the student got
22 into an argument, it would have been in that

91

1  sometime in October of 2014?
2    **A  2014?**
3    Q  I have a record I can show you, but the
4  person's name is blacked out, so I don't know who
5  it was.
6    **A  Okay.**
7    Q  And the allegation is something along the
8  lines of the student was saying something like,
9  you know, there is a girl going in the boys' room
10 and you said that's me and then it elevated
11 into -- does that ring a bell?
12   **A  It does.  The conversation that I had**
13 **overheard was actually that the child was speaking**
14 **in explicit and highly, highly sexually**
15 **inappropriate detail about my genitals, talking**
16 **about what I had, what -- you know, how disgusting**
17 **I was, how freaky I was, other explicit, you know,**
18 **assumptions or observations or whatever about, you**
19 **know, possible genital situations and that kind of**
20 **thing.**
21       **At that time, I had walked over and I said**
22 **you really should stop saying things like this,**

92

1  **because he had identified me as my brother's**
2  **sister, and he -- I was in that class with him,**
3  **and he was aware that I was that person, and so I**
4  **was like this is disgusting, you need to stop.**
5        **At that point actually he stood up, who do**
6  **you think you are talking to.  You know, my**
7  **position initially was to kind of ask him to like**
8  **please stop, and then his position was to yell and**
9  **escalate and continue to insult and berate me,**
10 **which resulted in disciplinary action for both of**
11 **us.**
12   Q  When was that, do you remember?
13   **A  No, not other than what you have, what you**
14 **have identified.**
15       MR. CORRIGAN:  Okay.  I will go ahead and
16 get this marked.
17       (G. Grimm Deposition Exhibit 1 was marked
18 for identification and is attached to the
19 transcript.)
20   Q  Okay.  Take a minute and read that.  That
21 has been marked as Exhibit 1.  I am asking you, as
22 best you can recall, whether this is the incident

93

1 we were just discussing or describes the incident
2 we were just discussing.
3    A  So reading this did remind me of a detail.
4 The statement that Miss Bergh had said to me at
5 the time, where she was recommending disciplinary
6 action, was that she was positive that it was
7 going to be a physical fight.  I absolutely
8 dispute that, I had had no intentions of
9 physically fighting with anybody.  I -- my only
10 position was to say like you -- like stop saying
11 these things, and his position was to escalate.
12        And also importantly, we were on other
13 sides of the table, and neither of us ever moved
14 to get closer to each other as well, so I contest
15 that there was a possibility of physical fight.
16        But I believe that was the grounds under
17 which she recommended disciplinary action.
18    Q  Okay.  Do you remember what the
19 disciplinary action was?
20    A  I -- I don't -- I don't recall if I was
21 suspended in or out of school or for how many days
22 or if it was just detention or something, I really

94

1 don't recall, it was something to that effect.
2    Q  Okay.
3    A  I hadn't -- yes.
4    Q  Had this individual, who you got in the
5 argument with, had he seen you in the restroom or
6 had you crossed paths in the restroom?
7    A  Not that I was ever aware of.  Perhaps in
8 context for this claim it is important in that
9 during the period of time -- in fact -- in fact,
10 most of these rumors began circulating even after
11 I was effectively banned from the boys' bathroom,
12 but it became very common for people to create
13 stories of Gavin bathroom encounters ranging from
14 fairly bizarre to, you know, just -- I mean, of
15 course, they were all fully fabricated, but
16 perhaps that was fueled by a rumor of that nature.
17 I don't know.
18    Q  Okay.  My question is did you ever cross
19 paths with this individual in the restroom before
20 or on October 28, 2014, to your best recollection?
21    A  Well, absolutely -- Well, to my
22 recollection, I do not recall seeing him.

95

1    Q  Okay.  And what is his name?
2    A  I believe he was a grade beneath me and so
3 I don't recall.
4    Q  Okay.  You -- Tell me about your Phys Ed
5 decision.  What did you decide to do with Phys Ed
6 class?
7    A  What grade?
8    Q  10th grade.
9    A  10th grade.  I believe that was done
10 online.
11    Q  Why was that?
12    A  Because I was, of course, never going to
13 be allowed to use the correct facilities, being
14 the male facilities, and the humiliation of having
15 to use an alternative option or perhaps even being
16 forced into the girls' locker room was something I
17 was unwilling to take on.
18        In addition, I was wearing a garment, like
19 I mentioned at the time, to compress my breasts,
20 which it was utterly medically necessary and not
21 something that was optional but that restricted my
22 physical abilities pretty significantly because,

96

1 of course, the function is that it presses the
2 tissue down against your lungs, and so that does
3 restrict some movement, and then, on top of that,
4 that garment did not pair very well with the gym
5 uniform because the garment was slick and so were
6 the pants and the shirt, and so with the garment
7 on, the pants would not stay up and that kind of
8 thing.
9    Q  Where did the garment -- describe the
10 garment for me.
11    A  A tank top but that is of a somewhat
12 stretchy material but that is nonelastic enough
13 that it forces tissue to compress.
14    Q  So did you request to do your PE class
15 online?
16    A  I did.
17    Q  Okay.  Was there ever any discussion about
18 doing it any other way?
19    A  What I recall of the conversation was that
20 I don't recall who I approached truthfully, but I
21 approached someone and said this is just not going
22 to be possible for me, what are my options, and

97

1 they at that time had offered the virtual program.

2     Q  Was it the PE teacher or was it your

3 guidance people or was it someone else, as best

4 you can recall?

5     **A I don't recall.**

6     Q  So there was no time in 10th grade you

7 actually attended a physical PE class at school;

8 is that correct?

9     **A  Not that I can recall.**

10     Q  Okay.  What do you personally know about

11 any complaints that were received by teachers,

12 administrators or the Superintendent or the School

13 Board with respect to you using the boys'

14 restroom?

15     **A  Well, that question actually prompted me**

16 **of a detail that I had previously failed to**

17 **mention.  Do you mind if I —**

18     Q  Sure.

19     **A  It is somewhat connected.  When you asked**

20 **about, you know, if I received any adult ridicule**

21 **or was it peer ridicule and that sort of thing, at**

22 **both of the School Board meetings, which I**

98

1 **attended, which they discussed my, you know,**

2 **restroom usage, the adults in the community**

3 **present hurled insults, called me a freak, a dog,**

4 **all sorts of hateful horrible language, and also**

5 **many of them went to great lengths to refer to me**

6 **with female pronouns or honorifics such as young**

7 **lady, little miss, ma'am, Mrs., even going so far**

8 **as to, you know, reframe a sentence to where it**

9 **grammatically was not correct just to say ma'am**

10 **another extra time, so that was another example of**

11 **verbal abuse that I received.**

12         **Then I apologize.  Could you restate the**

13 **question?**

14     Q  The question I asked you was are you

15 personally aware, personally, of any complaints --

16 I want to exclude anything that was said at those

17 meetings, --

18     **A  Right.**

19     Q  -- the public meetings, that were received

20 or concerns that were expressed to teachers or

21 counseling or administration at the school or the

22 Superintendent or the School Board.

99

1         MR. BLOCK:  Objection.  Are you specifying

2 complaints from students, complaints from parents

3 or both?

4         MR. CORRIGAN:  Either one of those.

5     Q  Any personal knowledge you have of any of

6 that?  Not what you have heard, --

7     **A  Right.**

8     Q  -- not what the rumors were, but you know

9 from someone telling you or you being present,

10 whatever, where someone made a complaint.

11     **A  I do not have any direct knowledge of**

12 **anyone making a complaint.  I do have a**

13 **recollection of -- I don't recall if it was**

14 **Collins or one of the guidance counselors or**

15 **whomever.**

16         **I recall at some point being told**

17 **something to the effect of we have had a**

18 **complaint, which time line wise, I would place**

19 **probably towards the end of the 7-week period, the**

20 **7-week period being, of course, when I was allowed**

21 **to use the boys' bathroom.**

22     Q  So the first day you were allowed,

100

1 according to all the information we have, is

2 October 20th, and you think at some point after

3 October 20th, Mr. Collins or someone else said we

4 have had a complaint?

5     **A  I do recall being told by some employee of**

6 **the school that were — their knowledge was**

7 **that there was a complaint.**

8         **I was never given any additional details,**

9 **how many complaints that was, from who it was or**

10 **anything like that; and beyond that, I have no**

11 **knowledge of anything.**

12     Q  I mean there is no reason why you would,

13 as a student, know --

14     **A  Right.**

15     Q  -- who complained of anything like that.

16         All right.  So you start using the

17 bathroom on October 20th, and at some point do you

18 become aware that there is going to be a School

19 Board conversation about the use of a boys'

20 restroom by a -- what had been previously

21 considered to be a female student?

22     **A  I was made aware less than 24 hours before**

---

101

1  the first School Board meeting because there was a
2  Facebook post that went around urging people to
3  show up and oppose me essentially.
4      My mother -- a friend of my mother's had
5  forwarded that post to her, and she -- well, and
6  so it was decided at that point that, of course,
7  we were going to go and -- so that was when I was
8  made aware, less than 24 hours before it was going
9  to happen, the first meeting.
10     Q  So the first meeting, I think by all
11 accounts, was November 11, 2014.  So less than 24
12 hours before the meeting on November 11, 2014, is
13 when you first became aware that the issue of the
14 bathroom/restroom use by a previously female
15 student who identified male was going to be
16 discussed?
17     A  By a female -- or by a student assigned
18 female at birth, yes.
19     Q  Okay.  And how is it you became aware?  I
20 know you just told me.  Who is this friend of your
21 mother's?
22     A  I would not know.

---

102

1      Q  What Facebook post was it, do you remember
2  whose Facebook post it was or what it said?
3      A  I do not recall who made the post or
4  anything to that effect.  I just remember that it
5  was a post essentially saying, you know, there is
6  a girl in the boys' room and everyone show up and,
7  you know, make that -- you know, make that stop.
8      And, of course, there were many, many,
9  many vile comments underneath that post, none of
10 which I can however remember at this time.
11     Q  And who showed you the post?
12     A  My mother.
13     Q  Tell me about any conversation you had
14 with your mother at that time about the post.
15     A  My recollection is that we were frustrated
16 that we were not informed, in fact, we felt that
17 that was -- that was just wrong, that we had not
18 been informed.
19     We also basically spoke about next steps,
20 what do we do, and both sort of arrived at the
21 conclusion that no one would be there to support
22 me and they would not have the conversation

---

103

1  without someone telling my side of the story and
2  there would be no one to do that but us.
3      Q  So you and your mother decided that the
4  two of you would show up at the School Board
5  meeting to discuss this restroom use issue?
6      A  Yes, and I independently decided that I
7  specifically wanted to make a comment.
8      Q  What was your thinking on deciding that
9  you wanted to make a comment?
10     A  Well, I had already been identified as the
11 student in question, people that had spoken before
12 me had already turned to look directly at me, and,
13 you know, it was not a secret, it was not as if we
14 could pretend like we didn't know who the student
15 was, and so my thought process was that people
16 already have identified me as the transgender
17 child in question, and a decision about my future
18 should not be made without myself at least
19 expressing my input.
20     Q  Before you went to the School Board
21 meeting, what information did you have that anyone
22 knew who you were, I mean specifically that this

---

104

1  was about you.
2      A  Well, because the community had been
3  talking.  I mean my peers recognized that,
4  malicious and friendly, all recognized that I was
5  the trans kid.  You know, at that point gossip,
6  rumors had gotten around, I don't -- I recall
7  getting the sense that there were some comments.
8  I don't recall if they were on that thread;
9  however, I do remember me reading some kind of
10 social media comment that had identified my -- my
11 brother's -- it being my brother's sister, you
12 know, was the language that was used.
13     Q  So you saw that somewhere?
14     A  Yes, that was -- that was something I saw
15 at some point, where someone in the comment thread
16 had identified like there was -- and, to be clear,
17 currently, I am not necessarily speaking about the
18 comment thread underneath that post that went
19 around, there were other, you know, disparaging
20 social media posts, which were nasty, of other
21 people, that they didn't necessarily get shared as
22 much, but in comments like those, I read things

---

105

1 like, you know, that is -- that is David's sister
2 or I know that chick or, you know, that kind of
3 thing, so it was understood fairly generally that
4 I was known to be the child.
5    Q  Are you aware of any member of the School
6 Board who identified you before this meeting, in
7 other words, said this is who we are talking
8 about, this person?
9    A  During the meeting?
10   Q  No.  Before the meeting.
11   A  I didn't have any conversations with any
12 of them before the meeting.
13   Q  I understand.  My question, though, is are
14 you aware of any -- of any information that any
15 School Board member identified you before the
16 meeting as the person about whom this discussion
17 was occurring?
18   A  No.  However, one of the members of the
19 School Board, Kevin Smith, was previously a close
20 family friend, who had spoken to my mother, and I
21 don't know about what, but ahead of the School
22 Board meeting, and he assured her at that time

106

1 that he would recuse himself from the vote because
2 it was improper for him to make a distinction
3 because he knew us.
4       He then did not do that and, in fact,
5 voted against us instead.  He voted, to be clear,
6 vowed to ban me from the boys' restroom instead.
7    Q  He voted in favor of the resolution?
8    A  Of the proposal that Miss Hook had brought
9 forward, yes.  So there was at least one School
10 Board member who was aware of the identity of the
11 child.
12   Q  You don't have any information that
13 Mr. Smith told anyone else that you were the
14 child?
15   A  I don't have any information that that
16 happened, no.  But I -- I also have nothing to,
17 you know, present that ensures that it was not
18 something that happened as well.
19   Q  You just don't know?
20   A  I don't know.
21      (Discussion held off the record.)
22   Q  When did you first see the policy, the

107

1 proposed policy?
2    A  I -- I don't recall exactly.  I do
3 remember hearing at -- I believe at the first
4 School Board meeting, where one of the members of
5 the School Board read the proposed policy.  I
6 don't recall if I had seen it before that time.
7    Q  So your best recollection is the first
8 time you heard the policy was out loud, it wasn't
9 in writing?
10   A  To my best recollection, yes.
11   Q  Again, that's the best we can do.
12   A  Right.
13   Q  At the first meeting, you spoke; correct?
14   A  Yes, sir.
15   Q  Do you remember how many people spoke
16 before you?
17   A  I don't.
18   Q  Was it a large number, small number --
19   A  It --
20   Q  -- before you got up and spoke?
21   A  I can remember feeling like it was ages
22 and ages, but that was -- that could be affected

108

1 by how anxious I was, of course, so I really
2 wouldn't be able to give a good metric.
3    Q  Did you speak first or did your mom speak
4 first?
5    A  I don't recall.
6    Q  Had you prepared your remarks?
7    A  Yes, I had; however, I went primarily off
8 script.  I don't -- and I have not ever retained a
9 copy of what I was prepared to say.
10   Q  So you don't have your original notes?
11   A  I do not.
12   Q  When you decided to attend this first
13 School Board meeting, which was on November 11 of
14 2014, who else did you discuss that with besides
15 your mom?
16   A  I don't recall.
17   Q  Like you don't -- is it you don't recall
18 because it may have been a bunch of people, you
19 just don't know who they are, or you don't think
20 you talked to anybody else?
21   A  I don't believe I spoke to anybody else,
22 but I do not recall that with certainty.

109

1    Q   Sure.  When did you first speak to any
2   person who was an attorney or who was looking at
3   this from kind of a legal standpoint?
4    **A   I do not recall if that happened before**
5   **the second meeting or after the second meeting, I**
6   **can't place that.**
7    Q   Do you remember how it occurred, like
8   whether it was a phone call or in person?
9    **A   I cannot clearly recall how I was**
10  **initially connected with the ACLU.**
11   Q   Was it the ACLU the first people you
12  talked with?
13   **A   Yes.**
14   Q   Tell me about your recollection of that
15  first meeting.  We've kind of talked about it.  So
16  was it a full house in the meeting room?
17   **A   The individual comments, I referenced**
18  **being called a freak, someone likening me to a dog**
19  **peeing on a hydrant, those kind of things --**
20       THE COURT REPORTER:  I am sorry.  A dog?
21  I couldn't hear you.
22       MR. CORRIGAN:  Peeing on a hydrant.

110

1    **A   A dog urinating on a hydrant.**
2        THE COURT REPORTER:  Thank you.
3    **A   Comments like that, I do not recall if**
4   **they were in the first or second meeting.**
5    Q   I think it was the second, but I am just
6   adding, your recollection is what matters.
7    **A   Right.  However, in the first meeting,**
8   **what I do recall is that there were fewer people**
9   **than in the second meeting, but that there were**
10  **still -- it still seemed fairly full.**
11   Q   And do you remember where -- did other
12  students speak at the first meeting, or, again, do
13  they run together?
14   **A   I -- I really -- they -- to some extent,**
15  **they do run together.  I do not recall if any**
16  **student spoke at the first meeting.**
17   Q   Do you remember what happened after the
18  first or the result at the first meeting, what the
19  School Board did?
20   **A   They postponed the decision to rule for**
21  **the next meeting, following.**
22   Q   At this time, on November 11 of 2014, had

111

1   you started any hormone therapy at that time?
2    **A   I do not -- I do not recall.  I know that**
3   **the -- that me and my family were actively working**
4   **on, you know, the goal of getting that treatment**
5   **from -- essentially from the point at which the**
6   **rest of my family became aware of who I was, and**
7   **from that point on we looked at next steps being**
8   **hormone replacement therapy and that sort of**
9   **thing, so --**
10   Q   Where did you receive hormone therapy?
11  Who was guiding it, I guess is what I am asking.
12   **A   A doctor in Richmond at the VCU -- on the**
13  **VCU campus.  I do not -- she was a pediatric**
14  **endocrinologist, I do not recall her name, but**
15  **that she was a woman.**
16   Q   Have you gone back and watched the video
17  of either of the two School Board meetings?
18   **A   Not -- not deliberately.  The footage has**
19  **been used in other videos that I have participated**
20  **in, for example, like a voting PSA, where they**
21  **will use a 3-second clip or whatever; however, I**
22  **have not watched those clips from start to finish**

112

1   at any point.
2    Q   Do you have any recollection of how many
3   people spoke at either occasion?
4    **A   No.**
5    Q   In your lawsuit, on paragraph 53, it says
6   the policy does not define biological gender and
7   the term has no common or accepted meaning.  There
8   are many biological components of sex, including
9   chromosomal, anatomical, hormonal and reproductive
10  elements, some of which could be ambiguous or in
11  conflict within an individual, either because that
12  individual has intersex traits or because that
13  individual has undergone medical care for gender
14  dysphoria.
15       That's what the paragraph says.  So I have
16  some questions that I want to ask you, just to
17  make sure I am clear and that the record is clear
18  on this.
19       Do you have intersex traits?
20   **A   I have never been diagnosed as intersex.**
21   Q   The terms that are used here, chromosomal,
22  anatomical, hormonal and reproductive elements,

113

1 what is your understanding of your chromosomal
2 elements?
3    A  I -- well, I was assigned female at birth,
4 so I would assume that there are two X
5 chromosomes; however, differences in that are very
6 common, and often you go your whole life without
7 knowing them, so, to my knowledge, XX; however, I
8 don't know that that's ever been formally tested.
9    Q  How about anatomical elements.  What is
10 your understanding of your anatomical elements?
11    A  With respect to what, sir?
12    Q  With respect to the many biological
13 components of sex.
14    A  Do you mind rephrasing the question?
15    Q  Again, the allegation is there are many
16 biological components of sex including
17 chromosomal, anatomical, hormonal and reproductive
18 elements, some of which could be ambiguous or in
19 conflict within an individual, either because that
20 individual has intersex traits or because that
21 individual has undergone medical care for gender
22 dysphoria.

114

1       So the question I am asking is, with
2 respect to the anatomical elements, your
3 particular anatomical elements, is there any
4 indication, I guess, reading this paragraph,
5 intersex traits, which I think we've said there
6 isn't, and then other ambiguities of any sorts?
7       MR. BLOCK:  I am going to object, before
8 you answer, which is that this is a legal
9 allegation in the Complaint, not a prior statement
10 by Gavin, so, you know, you can -- he can answer
11 to the extent he is saying his understanding of
12 those terms but --
13       MR. CORRIGAN:  Absolutely.
14       MR. BLOCK:  But he is not the author.
15       MR. CORRIGAN:  That's all I am asking.
16    A  But pardon me for still being confused,
17 but are you asking me what my understanding of
18 that would be?
19    Q  Yes.  With respect to -- I am breaking it
20 down into chromosomal, anatomical, hormonal and
21 reproductive because that's how it is broken down
22 in the allegation.

115

1    A  Okay.
2    Q  That's what I am trying to understand.
3    A  And my apologies, I hate to ask you to
4 restate this, but just because there are some
5 dialogue and my train of thought has been
6 disrupted, but, please, I'm sorry --
7    Q  I don't mind at all.
8    A  Thank you, sir.
9    Q  Because this is not a normal type of
10 question that gets asked in a deposition, I can
11 tell you.
12    A  Right.
13       (Recess from 12:10 p.m. to 12:15 p.m.)
14    Q  All right.  So the question has to do with
15 your understanding of whether -- The term
16 biological gender is what is in the policy, of
17 course; and the allegation is there are many
18 biological components of sex including, I asked
19 you about chromosomal, and you have answered as
20 best you understand, which is all I am asking,
21 this is not you kind of speaking as a lawyer, you
22 are not speaking as a doctor, you are speaking as

116

1 Gavin.
2       So the question is, with respect to your
3 anatomical elements, some of which could be
4 ambiguous or in conflict, what is your
5 understanding of your anatomical elements?
6    A  My understanding of my anatomical elements
7 are that -- well, first and foremost, the --
8 growing up, even when I still had long hair and
9 would wear girls' clothing, I would be asked
10 sometimes by other students, I remember one time
11 on the elementary school bus, some kid asked me if
12 I was a boy or a girl, and at that time I was even
13 presenting as a girl, and that has persisted
14 throughout my life.
15       As soon as I cut my hair, I was gender
16 male pretty much in every facet of public life,
17 and so at that point I looked pretty much like a
18 boy, even before hormone replacement therapy.
19       So -- so my understanding of that would be
20 that I suppose I did look masculine enough that,
21 for example, when I did go into women's restrooms,
22 was chased out or scrutinized or yelled, you

117

1  know, you are not supposed to be in here, that
2  happened a few times in public, where women would
3  say that I was in the wrong place and I needed to
4  leave.
5    Q  All right.  How about specific -- your
6  specific -- I guess that goes over to reproductive
7  elements.
8      Same question.  What are the -- your
9  reproductive elements.
10    A  If I may clarify, are you asking what
11  procedures I may or may not have had?
12    Q  Sure.
13    A  Okay.  I do not have breasts, and I do not
14  have the ability to bear children because of
15  hormone replacement therapy, basically making that
16  not something that I can do.
17    Q  Let's go back to on November 11, 2014 and
18  December 9, 2014, in terms of your reproductive
19  elements, what was the status then?
20    A  In 2014 you said?
21    Q  Yes, sir.
22    A  That would have been that I had present

118

1  breasts and was by -- I had yet to go through
2  hormone replacement therapy; however, I -- again,
3  I used a chest-binding garment every single
4  solitary time I stepped out of the house, so the
5  appearance to pretty much everyone was that I did
6  not have breasts.
7    Q  Okay.  What about the actual reproductive
8  elements at that time?
9    A  Well, I had gone -- at that point I had
10  gone through female puberty and had done nothing
11  to disrupt the functions of those organs, so those
12  were fully functioning.
13    Q  Okay.  Then the last one is hormonal is
14  the other term that is used in the description of
15  the many biological components of sex.
16      What are the hormonal elements in December
17  or November 11th and December 9th of 2014?
18    A  Well, the hormonal elements would be that
19  I was yet to -- I was not yet receiving
20  testosterone injections and that my body was
21  producing estrogen; however, that my free
22  testosterone levels were elevated enough for a

119

1  person assigned female at birth, that it delayed
2  treatment for hormone replacement because I was so
3  naturally high in testosterone, that they thought
4  there could be another issue.
5    Q  When they said they thought there could be
6  another issue, what was the other issue they
7  thought there could be?
8    A  Perhaps a tumor on my pituitary gland and
9  increasing testosterone production or polycystic
10  ovarian syndrome, which would increase
11  testosterone production in some people.  I was
12  tested and was cleared of everything.
13    Q  But you just naturally had higher levels
14  of testosterone than most females?
15    A  Most people assigned female at birth, yes.
16    Q  All right.  We got through that.  All
17  right.
18      After the November 11 meeting, there is
19  a -- this is paragraph 57 of the Complaint -- it
20  talks about the press release and the plans to
21  designate single stall, unisex restrooms, to give
22  all students the option for even greater privacy.

120

1      Do you remember becoming aware of that in
2  this time frame, that the School Board had
3  announced that they were going to be doing that?
4    A  What I was aware of in that situation -- I
5  heard the announcement by the School Board at that
6  time.  My recollection is that they announced that
7  the restrooms were ready; however, I was aware of
8  their construction before that point because they
9  were, you know, being constructed while we were
10  going to school, and, in fact, those restrooms,
11  however, were as they were stated to be completed,
12  they were absolutely not completed or usable for I
13  think around a week after the statement was that
14  they were ready.
15    Q  Sure.  In fairness, the press release
16  occurs after the November 11 meeting, that they're
17  going to do it, and then we have documents in the
18  case that show when they bid it out and somebody
19  took the job and then the job was done, and it
20  is -- it is December, possibly even later, when it
21  is actually completed.
22    A  So I misunderstood --

121

1     Q  My question is when did you become aware
2  they were going to do that.
3     A  Yes, sir.  I misunderstood.  Press release
4  wise, I thought you were referring to what was
5  said at the meeting, I apologize.
6          When I became aware that those bathrooms
7  were being constructed was I suppose when they --
8  when the construction began, which was before the
9  second School Board meeting, as far as I can
10  recall.
11     Q  Okay.  When you became aware that they
12  were, in fact, going to create single stall,
13  unisex restrooms for all students, not designated
14  Gavin's restroom, but the statement is for all
15  students, did you consider that as whether that
16  would meet your needs?
17     A  Absolutely not.
18     Q  And what did you consider?  What did you
19  decide, who did you speak with about that?
20     A  I -- I don't recall who I approached or if
21  I approached anyone from school at that point.  I
22  believe somewhere in that time period was when I

122

1  was contacted -- we -- my family was in contact
2  with the ACLU, I -- my recollection at the time
3  was that was the final decision, and there was
4  nothing -- no one I could talk to and nothing I
5  could do to change that within the school.
6     Q  What about the idea of just going along
7  with that and saying I can live with this
8  alternative, this single stall, unisex restrooms,
9  don't have to go to the girls' room, I can -- I
10  can go to these other restrooms.
11     A  Part of -- so certainly, the language was
12  that they were for all students to use; however, I
13  was the only student mandated to use them, I was
14  the only student that had no option in the school
15  other than in a single stall restroom, and that
16  was part of the reason why I did not think that
17  was an appropriate thing to go along with.
18          The other reason being I am a boy and it
19  felt to me that it was humiliating and
20  stigmatizing for the school to or not the school
21  perhaps, the School Board to take the position
22  that there was something wrong with me that made

123

1  me not allowed, not permitted to be with my peers
2  in common spaces.
3          In addition to that, the unisex restrooms
4  were all -- were mostly all clustered together and
5  not really very much closer than the nurse's
6  office from my D-Hall classes, and so the idea was
7  that they were more convenient, but, in fact, they
8  were not.
9     Q  Okay.  Who did you discuss this with in
10  this initial time frame?
11     A  This initial time frame?
12     Q  Did you discuss it with your mom, did you
13  discuss it with anyone else?  I am talking about
14  the time frame around November 11, before the
15  work -- before it is done, the fact it is going to
16  be done and whether you are going to continue to
17  object.
18          If they're going to do this, it is
19  conceivable that someone in your position might
20  say it is not what I want but that's good enough,
21  but you reached the conclusion that -- it was not
22  what you wanted, so who were you talking to about

124

1  that at that time?
2     A  I -- it wasn't something that I discussed
3  in terms with anybody in terms of, you know, hey,
4  Mom, what should I do.  It was more like -- for
5  example, I approached my mother, and I said I
6  cannot be discriminated against in this way, I
7  cannot go for three years of my high school career
8  being shoved off into, you know, a converted broom
9  closet where only I am mandated to go.
10          That -- staring down three years of that
11  was so devastating to me, that there was not a
12  question of if or not I would stand for that, so
13  when I had conversations with, for example, with
14  my mother about next steps, I said this is wrong,
15  this hurts me, what can we do.
16          Those were the conversation that we had.
17     Q  Did you ever talk to any other transgender
18  youths, not necessarily in Gloucester, but just
19  anywhere, about restrooms and about -- again, in
20  this time frame between November 11 and
21  December 9, accommodations, whether it -- how big
22  of a deal this is, how much trouble this is, that

125

1 kind of thing?
2     A I did not.
3     Q Okay.  Were you talking to your counselor
4 or other -- not school counselor but the person
5 you were consulting with, Miss Griffin or someone
6 else about it?
7     A I -- I didn't -- I don't -- I didn't seek
8 counsel from them.  I do not recall any individual
9 conversations that I had with any of my mental
10 healthcare providers.
11    Q It was clear to you from the start, this
12 was not an option that you were interested in?
13    A Yes.  If I may.
14    Q Sure.
15    A Part of that -- part of that
16 decision-making process was also that for that
17 7-week period, where I was respected as a boy and
18 able to use the boys' bathroom, I was -- I was
19 excited about the prospect of living out the rest
20 of my school year as just another student, without
21 having to face down discrimination every time I
22 had to use the bathroom, and that 7-week sort of

126

1 grace period was when I was most comfortable in
2 that school, and so having experienced that and
3 then to have it taken away was part of the reason
4 why I was aware that it just was not -- it was
5 just not acceptable for what I thought was
6 correct.
7     Q Again, moving through the Complaint,
8 paragraph 59 talks about the second meeting at
9 which a speaker calls you a freak, a dog urinating
10 on hydrants, that kind of thing.
11      Do you have a recollection of there being
12 approximately 28 to 30 people who spoke?
13    A That's not a number I would contest, but I
14 didn't count.
15    Q Do you remember how many of them you felt
16 like were disrespectful towards you?
17    A I felt that barring the party that was
18 with me and one individual, who seemed fairly
19 supportive, perhaps neutral, I feel like every
20 single -- every other person was absolutely in
21 opposition.  Of those people, I mean the
22 statements were all, you know, I felt personally

127

1 offended.
2     They generally all -- generally speaking,
3 they all came from a viewpoint that I was a girl,
4 which is offensive to me, but then, for sure,
5 there was a minority of those who were
6 specifically malicious, for example, like the
7 hydrant.
8     Q At any point did you regret going forward
9 for yourself, like appearing at the first meeting,
10 appearing at the second meeting?
11    A Absolutely not.
12    Q Why not?
13    A I understood that, if I did not, that that
14 conversation would be held without me and with no
15 one to support me, and if it is a conversation
16 about my future, I felt that I should be included.
17    Q It says, in paragraph 60, you felt like
18 you had been turned into a public spectacle.
19      If you had not appeared, would you have
20 been a public spectacle?
21    A I believe so.
22    Q How so?

128

1     A The community, like I stated previously,
2 the community was already aware of who it was that
3 was in question, the rumors had already spread.
4     I was in the position where it was common
5 knowledge, to my understanding, it was my
6 understanding that the community -- it was
7 community common knowledge that I was the
8 individual, and I was willing to assume additional
9 risk just because I had already been -- I had
10 already been discriminated against, I had already
11 been humiliated, I had already been gossiped about
12 widely, and I felt that not speaking on my behalf
13 would not have served me.
14    Q Have you ever been in the single stall
15 restrooms?
16    A Not that I can recall.
17    Q Okay.  I mean have you seen the layout?
18    A Yes, I -- yes.
19    Q How did you see the layout, if you didn't
20 go in?
21    A I mean I looked, the door was open and I
22 looked.  Well, perhaps may I reframe?  I never

129

1  used them.

2      Q  Right.

3      A  But, of course, I looked once or twice,
4  just to see what they look like, but I did never
5  use them.

6      Q  There is a claim in here that no one else
7  ever used them.  Do you know whether other people
8  used those restrooms or not, I mean of your own
9  personal knowledge?

10     A  The -- the area that those bathrooms were
11  positioned in was visible from where I would
12  often, me and my friend group would often sit for
13  lunch, and I never really saw any traffic in that
14  time.  Of course, I did not monitor those
15  bathrooms 24/7, and I could not say that they were
16  never used ever; however, it did not appear to be
17  a high traffic area.

18     Q  All right.  After the second meeting, on
19  December 9, word was passed to you about what the
20  decision was, and you had a meeting, I think with
21  the principal, is that right, or do you recall?

22     A  I don't recall.

130

1      Q  Okay.  Do you remember having any
2  conversation with anyone about here is the system
3  going forward, you are not going to be allowed to
4  use the boys' restrooms any more, you can go in
5  the ladies room or you can go to these three
6  single stall or the nurse's office?

7      A  I -- I -- I do recall that conversation
8  with Nate Collins.

9      Q  Okay.

10     A  The conversation where he explained the
11  new parameters.

12     Q  Okay.  From that point forward, did you
13  follow the parameters?

14     A  Yes.

15     Q  One of the allegations in here is that you
16  had painful urinary tract infections.  Is that --
17  tell me about that.

18     A  I had -- so part of the anxiety in school
19  was that, of course, the trip is long, I don't
20  want to miss instructional time and it is
21  embarrassing, and so often times, I would just do
22  my best to avoid having to use the bathroom at

131

1  school because it didn't feel like a safe or
2  welcoming environment, and, as a result of that
3  anxiety and as of holding that urine, I had
4  urinary tract infections pretty consistently off
5  and on through high school, to the extent that I
6  assumed that it was just a problem that I, as a
7  person, have; however, as soon as I left high
8  school and, of course, used bathrooms freely, that
9  problem disappeared.

10     Q  You had mentioned safe and welcoming
11  environment.  The bathroom that you used at school
12  when you went was in the nurse's office; is that
13  right?

14     A  Yes.

15     Q  Was that unsafe?

16     A  The nurse's office bathroom was not
17  unsafe.  When I say safe and welcoming
18  environment, I am speaking about the broader
19  culture of the bathroom policies in the school
20  and -- and of, you know, being fearful to opening
21  myself to more ridicule, you know, like I said,
22  when I take so long or when students see me go

132

1  into the nurse's office bathroom, as well, if I
2  may clarify, how the nurse's office is set up is
3  that, to go to the bathroom, you walk through sort
4  of an infirmary, and so students may see me go
5  into the bathroom, you know, as opposed to, you
6  know, being at the nurse for any other reason, and
7  so that identifies me, you know, in my opinion,
8  per my anxiety, that felt to me like that was
9  identifying me, again, as a student who was not
10  capable of using shared spaces and I had to go to
11  this place.

12     Q  So if you went to the hallway where the
13  three single stalls are, there is not a lot of
14  classrooms there; is that right?

15     A  Yes, it is not in a hallway that has many
16  classrooms.

17     Q  So the likelihood of encountering another
18  student outside of lunch time would be pretty
19  minimal, wouldn't it?

20     A  No, sir.  I mean students, for whatever
21  reason, may be walking down the hall at any time,
22  to go to the office, to go to another class.  I

133

1 mean there is pretty consistent foot traffic in
2 the hallways throughout the day.
3     Q  All right.  Is there something about going
4 into a communal restroom that you wanted to have
5 that experience?
6     A  I --
7     Q  I am not asking that facetiously.  I mean,
8 literally, an argument could be made, having a
9 single stall restroom is preferable to going in a
10 joint restroom and going to the bathroom.
11     A  Perhaps not when it is a discriminatory
12 practice.  I -- There was no aspect of the
13 communal nature of the men's bathroom that I was
14 attracted to, it was the fact that I was a male
15 student and that is where the male students go to
16 the bathroom, and, you know, anything short of me
17 doing that communicated to me that, you know, not
18 necessarily the school, the School Board's
19 decision, but that the administration felt that,
20 in fact, my identity was not correct and,
21 therefore, I was not permitted to be in the spaces
22 that other boys were permitted to be in.

134

1     Q  Let me ask you this question.  If you had
2 been allowed to go in the boys' room or the single
3 stall restroom, would you have ever used the
4 single stall restrooms?
5     A  No, I would go in the boys' room because
6 they were closer to my classes.
7     Q  What about if you were at lunch time and
8 it was closer to your class to use the single
9 stall?
10     A  Perhaps in that case, if it was the
11 closest option and I wasn't being actively forced
12 to use those and those alone, but I mean the --
13 again, for example, if I was in D-Hall, where
14 those bathrooms are, it's almost as far as going
15 to the nurse's office, I would, of course, use
16 those.
17     MR. CORRIGAN:  Sure.  I understand.
18     Lunch is here?
19     (Recess from 12:35 p.m. to 1:15 p.m.)
20 BY MR. CORRIGAN:
21     Q  Now, the urinary tract infections, we
22 talked about that.  It is in paragraph 68 of your

135

1 Complaint.
2     Did any doctor ever diagnose you as having
3 urinary tract infections?
4     A  I -- I do not recall if there had ever
5 been a formal diagnosis.
6     Q  Did you seek treatment?
7     A  I -- I used over-the-counter solutions
8 designed for urinary tract infections, which
9 improved the condition.
10     Q  What did you use?
11     A  One example being a medication called Azo,
12 that is A-Z-O.
13     Q  Did any doctor ever prescribe anything for
14 you for urinary tract infections?
15     A  I do not recall.
16     Q  Did any doctor ever tell you that your
17 urinary tract infections were caused by your not
18 using the restroom during the day at school?
19     A  I do not recall.
20     Q  So when you say you do not recall, do you
21 ever remember speaking to any doctor at any time
22 about urinary tract infections?

136

1     A  I do not recall if I did or did not, but I
2 also do not recall not having seen a doctor.  I --
3 I -- it may have come up in an appointment, I just
4 do not recall definitively enough to say yes or
5 no.
6     Q  Okay.  Where does this notion come from
7 that you have urinary tract infections because of
8 not using the restroom as frequently as you felt
9 like you might have needed to during the day?
10     A  In part, because it is -- as I understood
11 it, it is something that is -- can be known to
12 increase urinary tract infections.
13     In addition, the second that I was in an
14 environment for any extended period of time where
15 I did not have restrictions for bathroom use, for
16 example, summer vacation or post graduation, the
17 problem eliminated itself entirely.
18     Q  Okay.  During your 11th grade year, did
19 you use the restroom regularly then?
20     A  I --
21     MR. BLOCK:  Objection.  If you could
22 specify a time period within that year.

137

1    Q  Just during the year, in 11th grade.

2    A  I suppose I don't understand the question.

3  Are you asking did I use the bathroom?

4    Q  Regularly.

5    A  Do you mind reframing?

6    Q  Sure.  In the 11th grade, where did you

7  attend school?

8    A  Gloucester High School.

9    Q  During any part of that school year, did

10  you go to T.C. Walker and were you part of the

11  SOAR or some other program?

12   A  Yes.  I don't recall what it was called,

13  however, the program.

14   Q  Tell me what you recall, what part of the

15  year you were at Gloucester High School and what

16  part of the year you were at T.C. Walker or some

17  other location.

18   A  I don't recall when I went to T.C. Walker.

19  I — I — I don't recall at what point in that

20  school year that I started going to T.C. Walker.

21  It coincides with a month-long absence from

22  school, and following that I returned in the

138

1  capacity of the program at T.C. Walker.

2    Q  Okay.  Let's go back and talk about the

3  foundation.  The 10th grade, your entire 10th

4  grade year, you were at Gloucester High School; is

5  that correct?

6    A  To the best of my recollection, yes.

7    Q  Was there any extended absence during your

8  10th grade year?

9    A  I don't recall.

10   Q  All right.  11th grade.  We have already

11  talked a little bit, and some portion of that year

12  you were at T.C. Walker, which is a separate

13  building in a -- in a separate program; is that

14  correct?

15   A  Yes, sir.

16   Q  Was there also an extended period of time

17  when you were out of school?

18   A  Yes.

19   Q  Okay.  When was that?

20   A  I do not recall the date.

21   Q  Fall of 2015?

22   A  I don't recall.

139

1    Q  Do you remember the fall or spring

2  semester?

3    A  No, I do not.

4    Q  Where were you?

5    A  I was in a -- a VCU hospital.

6    Q  What was it that resulted in you spending

7  time at a VCU hospital?

8    A  I had -- I was struggling with mental

9  health.

10   Q  What was the struggle?

11   A  Do you mind reframing the question?

12   Q  You said you were struggling with mental

13  health, that's why you were hospitalized at VCU,

14  for an extended period of time during 11th grade.

15     I am trying to figure out what was the

16  issue, what was the mental health issue that you

17  were struggling with?

18   A  I see.  I am sorry.  I misunderstood you

19  the first time.

20     I was admitted for suicidality and treated

21  for a range of things including depression,

22  anxiety, suicidality.

140

1    Q  We are here on this case, obviously.  Does

2  any of that relate in your mind to the bathroom

3  use/restroom use at Gloucester High School?

4    A  Yes.

5    Q  In what way?

6    A  It -- to be -- have to go to an

7  environment every single day, five days of the

8  week, where I felt unsafe, the environment made me

9  anxious, I didn't feel respected, it had a massive

10  impact on my overall mental health and ability to

11  function.

12   Q  In what way does the restroom,

13  specifically the restroom use make you feel

14  unsafe?

15   A  It -- the policy of segregating me from my

16  peers sets a -- an environment where I understand

17  that I will not be fully respected as who I am,

18  and that contributes to an overall feeling that it

19  is not an environment I will be safe in, it is

20  not, and by safe, I do not mean fear of my peers

21  doing anything or anything to that effect, I mean

22  mentally safe as in I did not feel confident that

141

1 was an environment where my best interests were
2 kept at heart and where I was able to function in
3 a way that was most conducive to my mental health
4 and success.
5      Q  Did you have check-ins with any of your
6 counselors during this school year?
7      MR. BLOCK:  During his junior school year?
8      MR. CORRIGAN:  Yes.
9      A  I don't recall if it was during -- if I
10 had any during junior year.
11     Q  Did at any point, and then let's talk
12 about 10th, 11th or 12th grade, did you check in
13 with any of the counseling staff, specifically
14 Miss Durr and Mr. Lord?
15     A  I believe -- I believe there were
16 instances where I -- we had had a -- a brief
17 meeting, to touch base, a few different times.  I
18 don't recall with who, was it Miss Durr or
19 Mr. Lord, I don't recall exactly, but --
20     Q  Were you a member of any clubs?
21     A  I was the -- I believe vice president of
22 the Gender and Sexuality Alliance or, rather, we

142

1 called it the Equality Club, I do not recall what
2 year that I was in the position.
3      Q  Gender and Sexuality Alliance, GSA?
4      A  Yes, sir.
5      Q  But y'all called it the Equality Club?
6      A  Yes, sir.
7      Q  Was it actually known as the Equality Club
8 or was that kind of a nickname?
9      A  Well, when I began in the GSA, it was
10 called the Gay-Straight Alliance, and I personally
11 raised the concern that that did not honor the
12 diversity of students that might seek the service,
13 and so at that time we called it the Equality
14 Club.
15     Q  Was it formally changed to Gender and
16 Sexuality Alliance at any point?
17     A  GSA currently stands for Gender and
18 Sexuality Alliance only, as far as their national
19 branding goes.
20     Q  But back when you were in 10th, 11th, 12th
21 grade, it was Gay-Straight Alliance and then later
22 Equality Club?

143

1      A  Yes, sir.
2      Q  Was there a faculty advisor for that
3 group?
4      A  Yes.
5      Q  Who was that?
6      A  Matthew Lord.
7      Q  So when you had meetings, was Mr. Lord
8 typically there?
9      A  Are you asking if those meetings took
10 place at the Equality Club meetings?
11     Q  I am asking if the Gay-Straight Alliance
12 or Equality Club had a meeting, would Mr. Lord be
13 present?
14     A  I don't recall that -- oh, pardon.  I
15 misunderstood what you were asking.
16        He was present for all of our -- you know,
17 we met like once a week after school, and he was
18 present every time.
19     Q  What time of day would you meet?
20     A  I don't recall exactly the time, it was
21 after school hours.
22     Q  Okay.  Where would you meet?

144

1      A  I don't recall.
2      Q  How many people approximately would attend
3 the meetings?  I mean I am trying to see, is it 5
4 or 20, 50?
5      A  Between 5 and 10 --
6      Q  Okay.
7      A  -- traditionally.
8      Q  Were the other members people you
9 identified as your friends, or were there people
10 besides that?
11     A  Not necessarily.  I was acquainted with
12 most of them but was not close personal friends
13 with any of them that I recall.
14     Q  What would you -- what would the
15 meetings -- What would happen at the meetings?
16     A  I really don't remember.
17     Q  I mean conversation, were there
18 activities?
19     A  I don't recall.  I -- I really couldn't
20 tell you.  The only thing I do recall is that
21 ahead of something like the Day of Silence, we
22 discussed what our role would be in that, but, as

145

1 far as traditional meetings, I don't recall.

2 Q What was the Day of Silence?

3 A The Day of Silence is a day designated

4 nationally, not necessarily not a national

5 holiday, but it is a designated day where students

6 can voluntarily remain silent and, in so doing,

7 recognizing the people, LGBTQ people who have been

8 either silenced or victims of violence because of

9 who they are, and so it is just a day of

10 remembrance.

11 Q The idea is those people have been

12 silenced so we are going to be silent?

13 A Yes.

14 Q Mr. Lord, was he somebody at these

15 meetings who made you feel welcome?

16 A Yes, I would say so.

17 Q Have you kept up with him at all since you

18 left?

19 A The only further correspondence that I

20 have had is to request transcripts, when I went to

21 apply for college.

22 Q Any conversation at all with him other

146

1 than that?

2 A Not that I can recall.

3 Q Did you feel like he was supportive of you

4 as a student and a person in the Gloucester County

5 High School?

6 A I did.

7 Q One of the paragraphs in here talks about

8 football games. Did you ever go to any football

9 games?

10 A I did.

11 Q How many?

12 A I wouldn't have a number for you.

13 Q I mean I guess we are talking three

14 seasons, your sophomore year, your junior year,

15 your senior year. Did you attend more than one

16 game --

17 A Yes.

18 Q -- each year?

19 A Yes.

20 Q It says here that you went home early.

21 Was that always the case?

22 A I tried very -- I tried very hard to plan

147

1 so that I would not have to use the restroom while

2 I was there, because I did not have an option, on

3 that -- on the football field, you know, in that

4 campus; however, there were a few occasions where,

5 regardless, I did end up having to use the

6 bathroom, and I was forced to leave.

7 Q Tell me about those occasions, when you

8 say you were forced to leave, what did you do?

9 A On one occasion, I had a friend drive me

10 down the road to, it is either Lowe's or Home

11 Depot that is on the corner, so that I could use

12 the bathroom there. On another occasion, I

13 believe my mother just picked me up.

14 Q When your friend drove you, did you go

15 back to the game?

16 A I -- I -- we did. I was with a group of

17 friends and that friend was the person who was

18 driving all of us.

19 Q So you left the game and then came back?

20 A Yes, after I had used the bathroom

21 offsite.

22 Q Did you do anything else while you were

148

1 out besides go to Lowe's or Home Depot and use the

2 restroom?

3 A Not that I can recall.

4 Q Did you stop and get something to eat,

5 anything like that?

6 A Not that I can recall.

7 Q The allegation is, in December 2014, you

8 began hormone therapy. Where did you begin the

9 hormone therapy?

10 A At a -- it was -- a VCU facility.

11 Q Okay. You mentioned a pediatric --

12 A Endocrinologist.

13 Q -- endocrinologist.

14 A Yes, sir.

15 Q Do you remember that person's name?

16 A I do not.

17 Q How did that work in terms of how did you

18 do hormone therapy, what is physically involved

19 with that?

20 A Well, you must first get a recommendation

21 from a professional saying that, in fact, you --

22 that the person is trans and hormone replacement

149

1 therapy is the best practice for having them live
2 happily.
3    Q  Who gave you that recommendation?
4    A  That would have been Dr. Lisa Griffin.
5    Q  Okay.
6    A  And then once you produce those or that
7 document to the doctor willing to administer the
8 medication, they will walk you through how do --
9 it is an injection, subcutaneously meaning in the
10 fat rather than in the muscle, and they walk you
11 through how to administer that injection; and,
12 from that point on, I self-administered an
13 injection.
14    Q  How frequently?
15    A  Once a week.
16    Q  How frequently did you see the pediatric
17 endocrinologist?
18    A  In the first year or so, as the process
19 was beginning, fairly often, I don't recall
20 exactly with what frequency but fairly often; and,
21 following that, we haven't been back in -- from
22 the point in which the dosage of my medication was

150

1 agreed upon and stable, we have not been back.
2    Q  Are you still taking it?
3    A  Yes.
4    Q  How frequently do you take it?
5    A  Once a week.
6    Q  Still the same?
7    A  Yes.
8    Q  Is it something that will continue for the
9 rest of your life kind of thing or foreseeable
10 future, or how does that work?
11    A  I -- I will take it for as long as I
12 desire, and for my purposes that would probably be
13 for the rest of my life.
14    Q  When did you last see the endocrinologist?
15    A  I really wouldn't have any way of telling
16 you.
17    Q  Approximately, sophomore year, junior
18 year, senior year?
19    A  I --
20    Q  Don't recall?
21    A  I don't recall.
22    Q  In paragraph 74, it talks about the DMV

151

1 issued a state ID card in June 2015, which would
2 have been at the end of your sophomore year; is
3 that correct?
4    A  Yes, sir.
5    Q  Tell me about that process.
6    A  I -- I don't really recall.  I -- as far
7 as I remember -- I don't remember what
8 supplementary documentation I had to provide to
9 prove that I was permitted to have a male
10 designation on that ID; however, I do recall that
11 there was some kind of supplementary information
12 that I had to provide.  I don't recall if it was
13 mailed in or brought up physically, but then,
14 after that point, it was just a matter of going to
15 the DMV and taking the picture and receiving the
16 card.
17    Q  So the actual receiving of the card, you
18 remember being at the DMV, having a picture taken,
19 and them handing you a card?
20    A  Yes.  Well, to clarify, I don't recall if
21 I was handed the card at that time, but I remember
22 I had to be at the DMV for part of that process.

152

1    Q  And did anyone accompany you?
2    A  My mother.
3    Q  Chest reconstruction surgery in June 2016;
4 is that correct?
5    A  Yes.
6    Q  Who performed?
7    A  Dr. Hope Sherie.
8    Q  How do you spell Sherie?
9    A  S-H-E-R-I-E.
10    Q  Was that at VCU?
11    A  No.  That was not at VCU.
12    Q  Where was that?
13    A  That was in either Charlotte or
14 Charlottesville, I don't recall -- I have the
15 names mixed up, but it was in North Carolina.
16    Q  Okay.  Was that a double mastectomy
17 essentially?
18    A  Yes.
19    Q  What documentation or other information
20 did Dr. Sherie require before she performed that
21 surgery?
22    A  As I was a -- I believe, if I am recalling

---

153

1  correctly, I was -- pardon me.  I am sorry.
2      Do you mind reminding me of the date?
3      Q  Yes.  June of 2016 is what it says.
4      A  So, yes, so as I was a minor --
5      Q  You were 16 years old at the time?
6      A  In June, yes, 16.
7      Q  Or just 17?
8      A  17.  Just 17.
9      Q  I wasn't trying to be tricky.  Your
10 birthday is in May.
11     A  I appreciate that.
12         As I was a minor, I believe there was some
13 degree of parental consent necessary.  Barring
14 that, I don't think -- or rather, I will say I
15 don't recall any other documentation that I had to
16 provide beyond parental consent; however, there
17 may have been.
18     Q  Did you meet with Dr. Sherie about why
19 this was happening or why you were going to have
20 the procedure?
21     A  I -- I don't -- I don't recall if I had
22 any kind of in-person visitation with her before

---

154

1  the procedure or if -- in fact, I don't recall if
2  it was -- if we spoke over the phone or what have
3  you because it was a very far drive.
4      It was understood, of course, that she
5  recognized that she was performing a double
6  mastectomy on a transgender patient, it was
7  something her practice was known for doing.
8      Q  Okay.  September 9, 2016, Gloucester
9  Circuit Court issued an order.  What do you recall
10 about the hearing and the order that occurred on
11 September 9, 2016?  Was there a hearing?
12     A  Just -- just giving me the dates, I -- it
13 is not prompting any recollection of anything.  I
14 apologize.
15     Q  Do you remember going to court, the actual
16 Gloucester Circuit Court, which would have been in
17 Gloucester?
18     A  Yes.  Yes, I do -- I remember, yes.
19     Q  What do you remember about the hearing?
20     A  I don't remember much of anything.
21     Q  Did you speak or did just your lawyer
22 speak?

---

155

1      A  I don't recall.
2      Q  Did you present these documents, any of
3  these documents, the ID card or the order from the
4  court or the birth certificate at school?
5      A  I don't recall if I provided the ID or --
6  what was -- pardon me -- the first thing you
7  mentioned.
8      Q  The first one was the ID?
9      A  ID.
10     Q  Then the second one was the order from the
11 court, and the third one is the birth certificate.
12 Did you present those?
13     A  I don't recall if I presented the ID or
14 the court order, however, I did provide the birth
15 certificate.
16     Q  You actually went to school with the birth
17 certificate?
18     A  Yes.
19     Q  Who did you give it to?
20     A  I don't recall.
21     Q  Do you remember walking into the front
22 office kind of thing, to say I want to speak to

---

156

1  the principal, or did you go to your guidance
2  counselor or --
3      A  I don't recall.
4      Q  What, if anything, do you remember -- if
5  you say that you know that you presented it, what
6  do you recall about any aspect of that then?
7      A  Well, I recall -- I recall recognizing
8  that my records had failed to be changed and I
9  recall going on more than one occasion to the
10 guidance office and asking why my records weren't
11 being changed, when my documents had been amended,
12 and asking when it would happen, if it would
13 happen, and I was at that point told -- I do not
14 recall by whom in the guidance office, but I was
15 informed that the response was -- the response
16 that that person was instructed to give me was
17 that we received your request, thank you, which
18 I -- which is what I remember about that.
19     Q  Have you personally ever spoken to any
20 members of the Gloucester County School Board?
21     A  Current or former members?
22     Q  Either.

157

1    A  Yes.
2    Q  Who?
3    A  Kevin Smith.
4    Q  Tell me any conversations you ever had
5  with Kevin Smith.
6    A  Kevin Smith was a family friend, he was
7  around growing up, here and again as a friend of
8  my mother's, I don't -- I cannot recall any
9  conversations generally speaking; however, there
10 is one conversation that I do recall in which
11 Kevin approached myself and my mother and said
12 that, since he was a friend of the family, that he
13 would certainly recuse himself from the School
14 Board's vote.
15   Q  Well, that's the conversation you
16 remember?
17   A  That's the extent of that conversation I
18 remember.
19   Q  As you said earlier, he then did not --
20   A  He did not.
21   Q  -- recuse himself.
22      Have you spoken with him since then?

158

1    A  I have not.
2    Q  Have you had any communications with him?
3    A  I have not.
4    Q  Other than the fact that Kevin Smith was a
5  family friend and the conversation about him
6  recusing himself, have you had any other
7  conversations with any members of the Gloucester
8  County School Board, past or present?
9    A  Not that I can recall.
10   Q  Any other communication with any other
11 members of the Gloucester County School Board,
12 email, text, anything of that nature?
13   A  Not that I can recall.
14   Q  One of the physicians you mentioned in
15 your interrogatory answers is Melinda Penn at
16 Children's Hospital of the King's Daughters.  Who
17 is that person?
18   A  So Melinda Penn --
19      MR. BLOCK:  I am going to object.  To
20 clarify, that's the list of their current
21 locations, so she is currently at that hospital,
22 but that's not where she was when she treated

159

1  Gavin.
2    Q  So what do you know about Melinda Penn?
3      MR. CORRIGAN:  Thank you for the
4  clarification.
5    A  I know that I saw her at some point, but I
6  cannot recall --
7    Q  Is she the pediatric endocrinologist?
8    A  I don't recall.  I don't recall the name
9  of that person, so she may or may not be.
10   Q  Okay.  We talked about Lisa Griffin
11 previously.  Her address here is 14 South Auburn
12 Avenue, Richmond, Virginia.
13      Is that, when you saw her, is that where
14 you saw her, in Richmond?
15   A  She was in Richmond, I don't know the
16 street address.
17   Q  How many times have you seen her?
18   A  I don't recall exactly how many times.
19   Q  Well, less than ten?
20   A  I -- I don't remember.
21   Q  I am just trying to get a magnitude.  It
22 could be once or it could be 200 times.

160

1    A  Right.
2    Q  You have no ability to estimate between
3  one and 200 how many times you saw Lisa Griffin?
4    A  I did not see her on a long-term ongoing
5  basis, so I assume 200 would be a high number;
6  however, I also cannot estimate if it was 10 times
7  or 50 times.
8    Q  Okay.
9    A  I just don't recall the span of time that
10 I saw her for.
11   Q  All right.  Eva Abel, Chesapeake
12 Counseling Associates, do you remember seeing her?
13   A  Yes.
14   Q  How often have you seen her?
15   A  She was my -- I had fairly weekly --
16 pardon me.  Either weekly or monthly.
17      So either weekly or monthly, I can't
18 recall which of the two visits with her for -- I
19 don't recall the duration, but it was -- it was
20 quite a while.
21   Q  During high school?
22   A  During high school and as well after.

161

1    Q  And after, but not before high school?

2    A  No, not before high school.

3    Q  Okay.  Are you still seeing her?

4    A  I am not.

5    Q  Are you currently seeing anyone?  When I
6  say anyone, I mean are you seeing any
7  psychologists, psychiatrists, counselor, Licensed
8  Clinical Social Worker, anybody with respect to
9  gender dysphoria or your transgender status or
10 anything of that nature?

11   A  I am not currently seeing anybody with
12 respect to my gender identity.  I have a general
13 care physician who prescribes my testosterone, but
14 my reason for care with him is not gender related.

15   Q  Who is that physician?

16   A  His name is Jess Pinder.

17   Q  P-I-N-D-E-R?

18   A  Yes, sir.

19   Q  Where is he located?

20   A  One Medical on Shattuck Avenue in Berkley,
21 California.

22   Q  One of your interrogatory answers says

162

1  someone named Thomas Aberli, principal, Atherton
2  High School, Louisville, Kentucky, is a witness
3  with knowledge about his experience as an
4  administrator with policies that allow boys and
5  girls who are transgender to use the same restroom
6  as other boys and girls.

7       Do you know anything about Mr. Aberli?

8    A  I -- I don't recall having spoken to him.

9    Q  Do you know of any current students at
10 Gloucester High School who are transgender?

11   A  Yes.

12   Q  What do you know?  Not who, but what.

13   A  Okay.  So there -- there is at least -- I
14 won't speak to hearsay, but I know for certain
15 that there is one student who is a freshman this
16 year who identifies as a boy and has had moderate
17 success with requesting that his teachers refer to
18 him with male pronouns and with the name he
19 prefers, however, he has not made any kind of
20 greater administrative push.

21   Q  Do you have any idea what that child is
22 doing with respect to restroom use?

163

1    A  I don't.  I have not asked him.

2    Q  How about any upper classmen or upper
3  classpeople at Gloucester High School at current
4  who are transgender, do you know of any?

5    A  Current -- current right now?

6    Q  Yes.

7    A  I do not, however, a friend of mine is a
8  transgender student who graduated last year, well,
9  last school year, who was transgender while at
10 Gloucester High School or is trans and went there.

11   Q  Gotcha.  So there is a student who
12 graduated in June of '18, a year after you --

13   A  Yes.

14   Q  -- who is transgender?

15   A  Yes.

16   Q  What restroom did that student use, if you
17 know?

18   A  He said that he would either avoid them
19 altogether or use the nurse's office or single
20 stall restrooms but generally preferred to avoid
21 them.

22   Q  Do you know whether that student ever

164

1  raised the issue beyond just using those in terms
2  of trying to get a change in the rule or address
3  the rule?

4    A  He did not because he did not have
5  parental support.

6    Q  Was he a transgender boy?

7    A  Yes.

8    Q  Was he called by his male name and male
9  pronouns at school, to your knowledge?

10   A  To my knowledge, that was something that
11 he had discussed with teachers and arranged on his
12 own, and that is what seemed to be the status quo.

13   Q  So he did that without his parental
14 support was your understanding or not?

15   A  I don't have a knowledge of what degree
16 his parents were involved in that.

17   Q  Okay.  Any other transgender students that
18 you are aware of from the time you approached the
19 school in late summer of 2014 until the present?

20   A  Yes.  I can think of three off the top of
21 my head.

22   Q  Three others?

165

1      A   Yes.  There were two additional
2   transgender boys and one transgender girl.
3      Q   Did they graduate?
4      A   The two other boys were one grade below me
5   and so graduated when -- graduated this previous
6   year.
7      Q   Right.
8      A   And then the girl was in my grade, and she
9   graduated with our class.
10     Q   The girl, did she -- that graduated with
11  your class, what was her restroom arrangements, if
12  you understood it?
13     A   She had even fewer opportunities to
14  express herself truly, as her parents were even
15  more opposed to who she is, and so she, I believe,
16  as far as I was aware, just sort of accepted the
17  men's restrooms or avoided them at all costs.
18     Q   So she was identifying female and wanted
19  to use the girls' restrooms but either used the
20  boys' restrooms or -- Did she use the single
21  stall?
22         MR. BLOCK:  I am just going to object to

166

1   characterizing the testimony as her wanting to use
2   the girls' restrooms.
3          MR. CORRIGAN:  Okay.  Go ahead.
4      A   I -- she was not able to socially
5   transition, and so she was not able to reveal to
6   the greater community that she was a girl, and so
7   that was knowledge only within people that were
8   close to her or in her circle.
9      Q   So she had not approached the schools to
10  have her pronouns changed and her name changed?
11     A   Not that I was aware.
12     Q   But she graduated with you?
13     A   Yes.
14     Q   In terms of the use of the restroom, your
15  understanding was she was using the boys' room or
16  avoiding it?
17     A   She told me that she at all possible costs
18  avoided using them; however, in emergencies, she
19  would go to the boys' room.
20     Q   Did she ever go to the single stalls --
21     A   I have no knowledge.
22     Q   -- to your knowledge?  You don't know?

167

1      A   I don't know.
2      Q   The two transgender boys you identified,
3   in addition to the ones we have previously talked
4   about, graduated last year is your understanding?
5      A   Yes.
6      Q   What was your understanding of their
7   restroom use?
8      A   I did not know.
9      Q   Do you know them?
10     A   They were not close personal friends,
11  however, they were both close personal friends of
12  one of my close friends, and so there were
13  environments in which we had hung out together and
14  had become acquainted on a more than -- on a more
15  than peer basis.
16     Q   So did you ever ask them about their
17  restroom use?
18     A   No.
19         MR. CORRIGAN:  I would like to take a
20  minute.  I am going to talk to Tracey a little
21  bit.
22         (Recess from 1:53 p.m. to 2:01 p.m.)

168

1          MR. CORRIGAN:  No further questions.
2          MR. BLOCK:  I have a couple questions.
3          EXAMINATION BY COUNSEL FOR THE PLAINTIFF
4   BY MR. BLOCK:
5      Q   So do you remember when Mr. Corrigan was
6   asking you about the construction of the
7   additional single user restrooms?
8      A   Yes.
9      Q   Do you remember that you discussed how,
10  even though the school had said they were ready at
11  a particular time, they were not actually ready?
12     A   Yes.
13     Q   Is there anything you want to say about
14  what occurred during that week when the policy was
15  in effect but the restrooms weren't ready for you?
16     A   Yes.  There was one occasion where I
17  stayed after for an event, I don't recall what
18  event, but it was -- it was -- the -- it was
19  before these restrooms were finished being
20  constructed and, therefore, my only option was the
21  nurse's restroom, which is locked after school
22  hours, and I recognized that I had to go to the

169

1  bathroom and it would be a while before my parents
2  could have picked me up, and by that time it would
3  have been an emergency, and so I was very
4  distraught, really just totally devastated that I
5  had nowhere to use the bathroom in my own school,
6  and so I broke down really bad and went sobbing to
7  the library, where I knew I had friends, and one
8  of the librarians actually drove me home so that I
9  could use the bathroom.
10     Q  Do you remember, when Mr. Corrigan asked
11 you about what memories you have with respect to
12 bringing your birth certificate to school?
13     A  Yes.
14     Q  And you testified about your memory
15 regarding checking up on your school records; is
16 that right?
17     A  Yes.
18     Q  Do you have a specific memory of who
19 handed the birth certificate in?
20     A  If I -- if I may clarify, I don't recall
21 exactly who, if it was myself or my mother, but I
22 do remember it was, in fact, handed in and that I

170

1  was the one who checked up after that fact.
2      Q  Do you remember talking to Mr. Corrigan
3  about other students at Gloucester High School who
4  were transgender?
5      A  Yes.
6      Q  Do you remember saying that one of the
7  students you discussed, the transgender girl, had
8  not socially transitioned?
9      A  Yes.
10     Q  Of the other students that you discussed
11 with Mr. Corrigan, were there any other students
12 who were transgender but had not socially
13 transitioned?
14     A  Yes.
15     Q  Who was that?
16     A  One other student had not socially
17 transitioned and was presenting himself as a boy
18 only to his friend group, however, not to teachers
19 or administrators.
20     Q  Did he tell you why he was not
21 transitioning more broadly?
22     MR. CORRIGAN:  I object to the form.  Go

171

1  ahead.
2      A  He expressed in part that the school did
3  not feel like an environment where he would be
4  safe transitioning in, he also expressed that it
5  would have been difficult just regarding the
6  situation he was in privately, I didn't inquire as
7  to the details, his family were less on board than
8  he would have liked, but he had expressed that
9  there was anxiety over not feeling like he was
10 safe to transition within the school and
11 especially not having a bathroom, if he did.
12     Q  Do you recall Mr. Corrigan asking you
13 about check-in meetings you would have with
14 Miss Durr or Mr. Lord?
15     A  I do.
16     Q  And during those meetings, did you report
17 any distress that you were experiencing as a
18 result of the school's restroom policies?
19     A  I believe I did.
20     Q  And can you speak to whatever occasions
21 you did make that report?
22     A  There was one occasion in which I spoke to

172

1  Tiffany Durr, where I had expressed that I was
2  experiencing pain because of the situation at the
3  school; however, I -- there was also a tendency in
4  following meetings, for me to underreport the
5  trauma that I was going through or examples of
6  bullying or harassment, because I felt that it was
7  not something that -- they could not resolve those
8  issues, they could not give me the ability to use
9  the boys' bathroom, and so I failed to report much
10 of what I was experiencing because I did not have
11 faith in the school system to protect me from
12 those things that I was worried about.
13     MR. BLOCK:  No further questions from me.
14     MR. CORRIGAN:  I have a question.
15     EXAMINATION BY COUNSEL FOR THE DEFENDANT
16 BY MR. CORRIGAN:
17     Q  With respect to Miss Durr, can you tell me
18 approximately when you think you spoke with her?
19     A  It -- it would have been earlier in the --
20 the -- earlier in that school year or perhaps
21 towards the middle of my sophomore year, somewhere
22 in that range.

173

1  Q  Okay.
2  **A  It was earlier.**
3  Q  So earlier as in could have been in the
4  fall or in the early part of the spring semester?
5  **A  Correct, that would be where I would**
6  **estimate it.**
7  Q  And do you remember where the conversation
8  took place?
9  **A  I — I don't, but typically those**
10 **conversations were had in the office of the**
11 **person; however, I cannot recall it explicitly**
12 **that it was or was not.**
13 Q  Do you recall what you said to her?
14 **A  I — I don't recall specifically phrases**
15 **that were used, I do, however, recall expressing**
16 **general distress about the policy and how it was**
17 **affecting me negatively.**
18 Q  When you say the policy, what policy?
19 **A  Pardon.  The discriminatory policy that**
20 **the School Board had put in place.**
21 Q  With respect to the restrooms?
22 **A  Yes, sir.**

174

1  Q  Did you use the word pain earlier, when
2  you were talking to Mr. Block, what pain were you
3  talking about?
4  **A  Can you —**
5  Q  You said to him that you spoke to her one
6  time and told her about the pain --
7  **A  Right.**
8  Q  -- because of the situation.  What does
9  that mean?
10 **A  Mental anguish, I mean pain being**
11 **emotional distress--**
12 Q  So you weren't talking about physical like
13 your stomach hurt or something like that?
14 **A  Yes, sir, pain being emotional distress**
15 **and trauma.**
16 Q  Did you ever have any conversations with
17 Miss Durr or Mr. Lord or anyone else in counseling
18 about emotional distress and trauma that you were
19 having that was unrelated to the restrooms?
20 **A  I don't recall.**
21 Q  To the best of your recollection, you
22 never spoke with Mr. Lord about the restroom

175

1  policy; is that correct?
2  **A  I don't recall.**
3  Q  You don't recall one way or the other?
4  **A  Correct.**
5  Q  What did Miss Durr say to you after you
6  expressed these concerns?
7  **A  I don't recall.**
8     MR. CORRIGAN:  That's all the questions.
9     MR. BLOCK:  Same here.
10    You will have an opportunity to review the
11 transcript and to make any corrections, if
12 anything is incorrect.
13    MR. GRIMM:  Okay.
14    Thank you very much.
15    MR. CORRIGAN:  Thank you.
16
17    (Off the record at 2:10 p.m.)
18
19
20
21
22

176

1        ACKNOWLEDGEMENT OF DEPONENT
2        I, GAVIN GRIMM, do hereby acknowledge
3  that I have read and examined the foregoing
4  testimony, and the same is a true, correct and
5  complete transcription of the testimony given by
6  me and any corrections appear on the attached
7  Errata sheet signed by me.
8
9  _____        _____
10   (DATE)                  (SIGNATURE)
11
12
13
14
15
16
17
18
19
20
21
22

177

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2         I, LESLIE D. ETHEREDGE, Registered Merit

3    Reporter, Certified Court Reporter and Notary

4    Public, the officer before whom the foregoing

5    deposition of GAVIN GRIMM was taken, do hereby

6    certify that the foregoing transcript of the

7    deposition is true and correct to the best of my

8    ability; that said testimony was taken by me

9    stenographically and thereafter reduced to

10   typewriting under my direction; that reading and

11   signing was requested; and that I am neither

12   counsel for, related to, nor employed by any of

13   the parties to this case and have no interest,

14   financial or otherwise, in its outcome.

15        IN WITNESS WHEREOF, I have hereunto set my

16   hand this 5th day of November, 2018.

17

18        _Leslie D. Etheredge_

19        LESLIE D. ETHEREDGE, Notary Public in

20        and for the Commonwealth of Virginia

21        Registration No: 116406

22        My commission expires February 28, 2019