IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

GAVIN GRIMM,

  Plaintiff,

v.                                             Case No. 4:15-cv-54

GLOUCESTER COUNTY SCHOOL
BOARD,

  Defendant.

## GLOUCESTER COUNTY SCHOOL BOARD'S RESPONSE TO PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL

NOW COMES the Gloucester County School Board ("School Board"), by counsel, and hereby notifies the Court that the School Board does not object to the Plaintiff's Motion to File Exhibits Attached To Reply Memorandum Under Seal (ECF Doc. 204).

                                                      **GLOUCESTER COUNTY SCHOOL BOARD**

                                                      By Counsel

/s/
David P. Corrigan (VSB 26341)
Jeremy D. Capps (VSB No. 43909)
Attorney for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com

**C E R T I F I C A T E**

I hereby certify that on the 19th day of April 2019, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

/s/
David P. Corrigan (VSB 26341)
Jeremy D. Capps (VSB No. 43909)
Attorney for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com