IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

GAVIN GRIMM,

  Plaintiff,

v.                                                                                               Case No. 4:15-cv-54

GLOUCESTER COUNTY SCHOOL
BOARD,

  Defendant.

## REQUEST FOR HEARING

Defendant Gloucester County School Board ("School Board"), by counsel, pursuant to Local Rule 7(E) of the Federal Rules of Civil Procedure and the local practice of this Court, hereby requests that oral argument on its previously filed Motion for Summary Judgment (ECF Doc. 191), it's Motion To Strike And Exclude Exhibits (ECF Doc. 213) and on the plaintiff's Motion for Summary Judgment (ECF Doc. 184) be set for hearing.

                                                          **GLOUCESTER COUNTY SCHOOL BOARD**

                                                          By Counsel

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Counsel for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 1st day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
 Counsel for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com