IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

GAVIN GRIMM,

  Plaintiff,

v.                                                           Case No. 4:15-cv-54

GLOUCESTER COUNTY SCHOOL
BOARD,

  Defendant.

## MOTION TO STAY

NOW COMES the defendant, Gloucester County School Board ("School Board"), by counsel, and moves the Court to stay further proceedings and reserve judgment on the parties' Motions for Summary Judgment pending the United States Supreme Court's decision in *R.G. & G.R. Harris Funeral Homes v. Equal Employment Opportunity Commission*, No. 18-107, *cert. granted* (U.S. April 22, 2019), on the ground that the decision in that case will almost certainly have the effect of resolving a major issue in this action, whether Title IX's prohibition of discrimination "on the basis of sex" includes "discrimination" based on transgender status or gender identity.

The School Board hereby incorporates its Brief in Support of this motion as if fully set forth herein.

WHEREFORE, Defendant Gloucester County School Board respectfully requests that this Court grant its Motion and stay further proceedings in this action pending the *Harris Funeral Homes* decision.

**GLOUCESTER COUNTY SCHOOL BOARD**

By Counsel

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Attorneys for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com

## **C E R T I F I C A T E**

I hereby certify that on the 24th day of May, 2019, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Attorneys for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com