IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

GAVIN GRIMM,

   Plaintiff,

v.                                  Case No. 4:15-cv-54

GLOUCESTER COUNTY SCHOOL
BOARD,

   Defendant.

## NOTICE OF APPEAL

Defendant Gloucester County School Board ("School Board"), by counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on August 9, 2019.

                                        **GLOUCESTER COUNTY SCHOOL BOARD**

                                        By Counsel

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
Attorneys for Gloucester County School Board
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com

## **C E R T I F I C A T E**

  I hereby certify that on the 30th day of August, 2019, I filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send a Notice of Electronic Filing to all counsel of record.

            /s/
            David P. Corrigan (VSB No. 26341)
            Jeremy D. Capps (VSB No. 43909)
            Attorneys for Gloucester County School Board
            Harman, Claytor, Corrigan & Wellman
            P.O. Box 70280
            Richmond, Virginia  23255
            804-747-5200 - Phone
            804-747-6085 - Fax
            dcorrigan@hccw.com
            jcapps@hccw.com