| Employee Last Name | Expense Amount (rpt) | Transaction Date | Expense Type | Vendor |
|---|---|---|---|---|

## LITIGATION EXPENSES AND COSTS

**TRAVEL EXPENSES FOR BLOCK**

| Employee Last Name | Expense Amount (rpt) | Transaction Date | Expense Type | Vendor |
|---|---|---|---|---|
| **EXPENSES FOR JULY 26, 2015 HEARING** | | | | |
| Block | 523.10 | Jul 16, 2015 | Airfare | United Airlines |
| Block | 333.24 | Jul 16, 2015 | Airfare | American Airlines |
| Block | 22.86 | Jul 26, 2015 | Hotel Tax | Courtyards |
| Block | 149.00 | Jul 26, 2015 | Hotel | Courtyards |
| Block | 26.54 | Jul 26, 2015 | Dinner | Courtyards |
| Block | 9.31 | Jul 26, 2015 | Dinner | RESTAURANT |
| Block | 5.79 | Jul 27, 2015 | Dinner | STARBUCKS A 001058152 |
| Block | 40.30 | Jul 27, 2015 | Taxi | GTM TAXI MANAGEMENT CORP |
| **SUBTOTAL** | **1,110.14** | | | |
| | | | | |
| **EXPENSES FOR CA4 ORAL ARGUMENT ON JANUARY 27, 2016** | | | | |
| Block | 98.10 | Dec 8, 2015 | Airfare | DELTA AIRLINES |
| Block | 98.10 | Dec 8, 205 | Airfare | JETBLUE ARC |
| Block | 121.00 | Jan 26, 2016 | Hotel | COMMONWEALTH PARK SUITES |
| Block | 16.09 | Jan 26, 2016 | Hotel Tax | COMMONWEALTH PARK SUITES |
| Block | 27.91 | Jan 26, 2016 | Lunch | CIBO BISTRO WINE AND BAR |
| Block | 2.31 | Jan 27, 2016 | Lunch | HUDSON NEWS |
| Block | 71.88 | Jan 27, 2016 | Taxi | TAXI CREDIT CARD CORP |
| **SUBTOTAL** | **435.39** | | | |
| | | | | |
| **EXPENSES FOR JUNE 29, 2016 STATUS CONFERENCE** | | | | |
| Block | 460.20 | Jun 23, 2016 | Airfare | American Airlines |
| Block | 26.61 | Jun 28, 2016 | Hotel Tax | WYNDAM GARDEN NORFOLK DOW |
| Block | 175.75 | Jun 28, 2016 | Hotel | WYNDAM GARDEN NORFOLK DOW |
| Block | 10.00 | Jun 29, 2016 | Parking | WYNDAM GARDEN NORFOLK DOW |
| Block | 13.71 | Jun 28, 2016 | Breakfast | AU BON PAIN 723 C |
| Block | 4.24 | Jun 28, 2016 | Lunch | AUNTIE ANNE'S LGA |
| Block | 3.26 | Jun 28, 2016 | Lunch | AU BON PAIN 723 C |
| Block | 12.00 | Jun 29, 2016 | Breakfast | BLACK TUNA |
| Block | 5.38 | Jun 29, 2016 | Lunch | GREAT AMERICAN BAGEL 131 |
| Block | 5.18 | Jun 29, 2016 | Lunch | STARBUCKS A 001058152 |
| Block | 3.99 | Jun 28, 2016 | Lunch | HUDSON NEWS |
| Block | 42.30 | Jun 29, 2016 | Taxi | JTL MANAGEMENT INC |
| **SUBTOTAL** | **762.62** | | | |
| | | | | |
| **EXPENSES FOR MEETING WITH SOLICITOR GENERAL ON DECEMBER 16, 2016** | | | | |
| Block | 458.00 | Dec 2, 2016 | Train | AMTRAK AGENCY X |
| Block | 6.41 | Dec 6, 2016 | Taxi | UBER |
| Block | 11.88 | Dec 6, 2016 | Breakfast | SBUX07759 |
| Block | 4.22 | Dec 6, 2016 | Lunch | HUDSON NEWS |
| Block | 19.03 | Dec 6, 2016 | Lunch | B02 PAUL PENN |
| Block | 7.96 | Dec 6, 2016 | Dinner | JAMBA JUICE JJ WASH #1286 |
| Block | 2.25 | Dec 6, 2016 | Dinner | AMTRAK POS F&B |
| **SUBTOTAL** | **509.75** | | | |
| | | | | |
| **EXPENSES FOR SEPTEMBER 17, 2018 SCHEDULING CONFERENCE** | | | | |
| Block | 887.00 | Sep 6, 2018 | Airfare | Delta Air Lines |
| Block | 27.23 | Sep 16, 2018 | Hotel Tax | TRAVEL RESERVATION US |
| Block | 139.20 | Sep 16, 2018 | Hotel | TRAVEL RESERVATION US |
| Block | 10.00 | Sep 17, 2018 | Parking | WYNDAM GARDEN NORFOLK DOW |
| Block | 23.01 | Sep 16, 2018 | Dinner | BLACK TUNA |
| Block | 4.40 | Sep 17, 2018 | Lunch | CIBO EXPRESS V |
| Block | 57.74 | Sep 16, 2018 | Taxi | LYFT.COM |
| Block | 42.89 | Sep 18, 2018 | Taxi | LYFT.COM |
| **SUB-TOTAL** | **1,191.47** | | | |
| | | | | |
| **EXPENSES FOR SEPTEMBER 22, 2018 DEPOSITIONS OF COLLINS AND CLEMONS** | | | | |
| Block | 314.80 | Sep 6, 2018 | Airfare | Delta Air Lines |
| Block | 331.39 | Sep 6, 2018 | Airfare | United Airlines |
| Block | 62.64 | Sep 21, 2018 | Car Rental | Avis |
| Block | 95.20 | Sep 20, 2018 | Hotel | TRAVEL RESERVATION US |
| Block | 16.47 | Sep 20, 2018 | Hotel Tax | TRAVEL RESERVATION US |
| Block | 23.92 | Sep 20, 2018 | Dinner | MEXICO RESTAURANT INNSBROOK |
| Block | 3.11 | Sep 21, 2018 | Breakfast | SBUX00738 |
| Block | 21.26 | Sep 21, 2018 | Dinner | EMPIRE TAVERN |
| Block | 45.43 | Sep 21, 2018 | Taxi | LYFT.COM |
| Block | 59.02 | Sep 22, 2018 | Taxi | LYFT.COM |
| **SUBTOTAL** | **973.24** | | | |
| | | | | |
| **EXPENSES FOR OCTOBER 10, 2018 DEPOSITIONS OF LORD, WAGNER, AND DURR** | | | | |

| | | | | |
|---|---|---|---|---|
| Block | 417.88 | Oct 1, 2018 | Airfare | American Airlines |
| Block | 115.72 | Oct 9, 2018 | Hotel | Homewood Suites |
| Block | 15.39 | Oct 9, 2018 | Hotel Tax | Homewood Suites |
| Block | 13.32 | Oct 9, 2018 | Lunch | RUDY TUESDAY |
| Block | 5.25 | Oct 9, 2018 | Lunch | E STARBUCKS #156 |
| Block | 3.50 | Oct 9, 2018 | Dinner | Homewood Suites |
| Block | 5.28 | Oct 10, 2018 | Dinner | C FRESH ATTRACTIONS #460 |
| Block | 7.24 | Oct 10, 2018 | Lunch | BURGER KING |
| Block | 3.15 | Oct 10, 2018 | Lunch | HUDSON NEWS |
| Block | 2.58 | Oct 10, 2018 | Lunch | RICHMOND AIRPORT |
| Block | 64.86 | Oct 9, 2018 | Taxi | LYFT.COM |
| Block | 58.43 | Oct 11, 2018 | Taxi | LYFT.COM |
| **SUB-TOTAL** | **712.60** | | | |
| | | | | |
| EXPENSES FOR OCTOBER 18, 2018 SETTLELMENT CONFERENCE AND OCTOBER 19, 2018 DEPOSITIONS | | | | |
| Block | 194.52 | Sep 6, 2018 | Airfare | Delta Air Lines |
| Block | 198.20 | Sep 6, 2018 | Airfare | American Airlines |
| Block | 149.59 | Oct 18, 2018 | Hotel | Hampton Inns |
| Block | 7.93 | Oct 18, 2018 | Hotel Tax | Hampton Inns |
| Block | 149.59 | Oct 19, 2018 | Hotel | Hampton Inns |
| Block | 7.93 | Oct 19, 2018 | Hotel Tax | Hampton Inns |
| Block | 15.00 | Oct 18, 2018 | Parking | Hampton Inns |
| Block | 15.00 | Oct 19, 2018 | Parking | Hampton Inns |
| Block | 19.86 | Oct 17, 2018 | Dinner | BELLE AND JAMES |
| Block | 3.72 | Oct 19, 2018 | Breakfast | AMS-BW NEWARK JV |
| Block | 6.57 | Oct 19, 2018 | Breakfast | SEFTON COFFEE CO |
| Block | 4.42 | Oct 19, 2018 | Dinner | RICHMOND AIRPORT |
| Block | 54.83 | Oct 20, 2018 | Taxi | LYFT.COM |
| **SUB-TOTAL** | **827.16** | | | |
| | | | | |
| EXPENSES FOR MARCH 14, 2018 DEPOSITION OF DR PENN | | | | |
| Block | 748.03 | Mar 6, 2019 | Airfare | United Airlines |
| Block | 19.90 | Mar 14, 2019 | Hotel Tax | Hampton Inn & Suites |
| Block | 149.59 | Mar 14, 2019 | Hotel | Hampton Inn & Suites |
| Block | 16.04 | Mar 13, 2019 | Dinner | Belle |
| Block | 17.89 | Mar 13, 2019 | Lunch | Gateside Market |
| Block | 25.51 | Mar 14, 2019 | Business Meals w/Attendees | Maya Downtown |
| Block | 63.31 | Mar 13, 2019 | Taxi | Lyft |
| Block | 22.25 | Mar 13, 2019 | Taxi | Lyft |
| Block | 21.26 | Mar 13, 2019 | Taxi | Lyft |
| Block | 33.33 | Mar 14, 2019 | Taxi | Lyft |
| Block | 15.70 | Mar 14, 2019 | Taxi | Lyft |
| **SUBTOTAL** | **1,132.81** | | | |
| | | | | |
| EXPENSES FOR JULY 23, 2019 SUMMARY JUDGMENT HEARING | | | | |
| Block | 281.44 | Jun 14, 2019 | Airfare | Delta Air Lines |
| Block | 155.59 | Jul 24, 2019 | Car Rental | Hertz |
| Block | 3.34 | Jul 23, 2019 | Gasoline | WAWA GAS STORE 8633 |
| Block | 149.00 | Jul 22, 2019 | Hotel | TRAVEL RESERVATION US |
| Block | 28.45 | Jul 22, 2019 | Hotel Tax | TRAVEL RESERVATION US |
| Block | 18.00 | Jul 23, 2019 | Parking | RESIDENCE INN |
| Block | 18.00 | Jul 23, 2019 | Parking | RESIDENCE INN |
| Block | 3.32 | Jul 23, 2019 | Breakfast | SBUX07478 |
| Block | 2.76 | Jul 23, 2019 | Lunch | STARBUCKS CONC B#151 |
| Block | 24.74 | Jul 23, 2019 | Dinner | EMPIRE TAVERN |
| Block | 51.19 | Jul 23, 2019 | Taxi | LYFT |
| Block | 45.16 | Jul 24, 2019 | Taxi | LYFT |
| **SUBTOTAL** | **780.99** | | | |
| | | | | |
| **TOTAL TRAVEL EXPENSES FOR BLOCK** | **8,436.17** | | | |
| | | | | |
| **TRAVEL EXPENSES FOR MEDLEY** | | | | |
| | | | | |
| EXPENSES FOR SEPTEMBER 23 DEPOSITIONS OF COLLINS AND CLEMONS | | | | |
| Medley-Warsoff | 445.30 | Sep 7, 2018 | Airfare | Delta Air Lines |
| Medley-Warsoff | 331.39 | Sep 7, 2018 | Airfare | United Airlines |
| Medley-Warsoff | 116.62 | Sep 21, 2018 | Hotel | HILTON GARDEN INN RICHMON |
| Medley-Warsoff | 15.51 | Sep 21, 2018 | Hotel Tax | HILTON GARDEN INN RICHMON |
| Medley-Warsoff | 23.93 | Sep 20, 2018 | Dinner | MEXICO RESTAURANT INNSBROOK |
| Medley-Warsoff | 7.48 | Sep 21, 2018 | Breakfast | SBUX00738 |
| Medley-Warsoff | 7.22 | Sep 21, 2018 | Lunch | CIBO MARKET SHUTTLE |
| Medley-Warsoff | 145.20 | Sep 22, 2018 | Taxi | IKE'S CAR SERVICE |
| **SUBTOTAL** | **1,092.65** | | | |
| | | | | |
| EXPENSES FOR OCTOBER 10, 2018 DEPOSITIONS OF LORD, WAGNER, AND DURR | | | | |
| Medley-Warsoff | 314.80 | Oct 1, 2018 | Airfare | Delta Air Lines |

| | | | | |
|---|---:|---|---|---:|
| Medley-Warsoff | 208.94 | Oct 1, 2018 | Airfare | American Airlines |
| Medley-Warsoff | 15.39 | Oct 9, 2018 | Hotel Tax | HOMEWOOD SUITES RICHMOND |
| Medley-Warsoff | 115.72 | Oct 9, 2018 | Hotel | HOMEWOOD SUITES RICHMOND |
| Medley-Warsoff | 21.15 | Oct 9, 2018 | Dinner | GRUBHUB |
| Medley-Warsoff | 4.98 | Oct 9, 2018 | Lunch | NEWSLINK 28 BOS |
| Medley-Warsoff | 2.52 | Oct 10, 2018 | Lunch | HUDSON NEWS |
| Medley-Warsoff | 4.58 | Oct 10, 2018 | Breakfast | SBUX00738 |
| Medley-Warsoff | 33.81 | Oct 10, 2018 | Dinner | RICHMOND AIRPORT |
| Medley-Warsoff | 26.99 | Oct 9, 2018 | Taxi | UBER |
| Medley-Warsoff | 30.46 | Oct 9, 2018 | Taxi | UBER |
| Medley-Warsoff | 124.30 | Oct 10, 2018 | Taxi | TAXI-NEWARK.COM 2 |
| **SUBTOTAL** | **903.64** | | | |
| | | | | |
| EXPENSES FOR OCTOBER 18 SETTLEMENT CONFERENCE AND OCTOBER 19 DEPOSITIONS | | | | |
| Medley-Warsoff | 198.20 | Sep 8, 2018 | Airfare | American Airlines |
| Medley-Warsoff | 194.52 | Sep 8, 2018 | Airfare | Delta Air Lines |
| Medley-Warsoff | 22.40 | Oct 17, 2018 | Hotel Tax | Hampton Inns |
| Medley-Warsoff | 168.40 | Oct 17, 2018 | Hotel | Hampton Inns |
| Medley-Warsoff | 168.40 | Oct 18, 2018 | Hotel | Hampton Inns |
| Medley-Warsoff | 22.40 | Oct 18, 2018 | Hotel Tax | Hampton Inns |
| Medley-Warsoff | 4.40 | Oct 18, 2018 | Lunch | COTTO MARKET |
| Medley-Warsoff | 16.93 | Oct 17, 2018 | Dinner | BELLE AND JAMES |
| Medley-Warsoff | 2.52 | Oct 19, 2018 | Lunch | HUDSON NEWS |
| Medley-Warsoff | 27.37 | Oct 19, 2018 | Dinner | GRUBHUB |
| Medley-Warsoff | 118.30 | Oct 20, 2018 | Taxi | TAXI-NEWARK.COM |
| **SUBTOTAL** | **943.84** | | | |
| | | | | |
| EXPENSES FOR MARCH 14, 2019 DEPOSITION OF DR PENN | | | | |
| Medley-Warsoff | 754.19 | Mar 7, 2019 | Airfare | United Airlines |
| Medley-Warsoff | 130.77 | Mar 13, 2019 | Hotel | Hilton Hotels |
| Medley-Warsoff | 17.39 | Mar 13, 2019 | Hotel Tax | Hilton Hotels |
| Medley-Warsoff | 9.98 | Mar 13, 2019 | Lunch | Hudson News |
| Medley-Warsoff | 13.78 | Mar 13, 2019 | Dinner | Belle |
| Medley-Warsoff | 2.00 | Mar 14, 2019 | Breakfast | Sefton Coffee |
| Medley-Warsoff | 11.02 | Mar 14, 2019 | Lunch | Maya Downtown |
| Medley-Warsoff | 2.52 | Mar 14, 2019 | Dinner | Hudson News |
| Medley-Warsoff | 123.10 | Mar 14, 2019 | Taxi | |
| **SUBTOTAL** | **1,064.75** | | | |
| | | | | |
| EXPENSES FOR SUMMARY JUDGMENT HEARING ON JULY 23, 2019 | | | | |
| Medley-Warsoff | 281.44 | Jun 14, 2019 | Airfare | Delta Air Lines |
| Medley-Warsoff | 28.45 | Jul 22, 2019 | Hotel Tax | TRAVEL RESERVATION US |
| Medley-Warsoff | 149.00 | Jul 22, 2019 | Hotel | TRAVEL RESERVATION US |
| Medley-Warsoff | 8.55 | Jul 23, 2019 | Lunch | FOOD HALL C |
| Medley-Warsoff | 5.01 | Jul 23, 2019 | Lunch | SBUX07478 |
| Medley-Warsoff | 3.81 | Jul 23, 2019 | Breakfast | STARBUCKS CONC B#151 |
| Medley-Warsoff | 96.46 | Jul 22, 2019 | Taxi | UBER |
| Medley-Warsoff | 58.68 | Jul 23, 2019 | Taxi | UBER |
| **SUBTOTAL** | **631.40** | | | |

**TOTAL TRAVEL EXPENSES FOR MEDLEY**   4,636.28

**GRAND TOTAL TRAVEL EXPENSES**   13,072.45

**OTHER COURT EXPENSES**

| | | | | |
|---|---:|---|---|---|
| N/A | 1,499.84 | 6/3/2021 | Record Press, Inc. 108614-Printing and binding of SCOTUS brief in Grimm v. Gloucester (GG013) | |
| | 2,313.15 | 9/21/2018 | Depo Tr Collins and Clemons | Planet Depos, LLC  (Transcripts in mttr Gavin v. Gloucester) |
| | 1,558.05 | 10/10/2018 | Depo Tr Lord Durr Wagner | Planet Depos, LLC (Deposition transcripts) |
| | 935.10 | 10/19/2018 | Depo Tr Gavin and Deirdre | Planet Depos, LLC (Deposition transcripts Nov'18) |
| | 1,342.60 | 3/12/2019 | Depo Tr Anderson | Planet Depos, LLC |
| | 2,866.00 | 3/18/2019 | Depo Tr Van Meter | Planet Depos, LLC (Deposition transcripts) |
| | 540.00 | 3/18/2019 | Depo Tr Van Meter - Video Conf Fe| Planet Depos, LLC (Deposition transcripts) |
| | 761.95 | 3/14/2019 | Depo Tr Dr. Penn | Planet Depos, LLC (Deposition transcripts) |

**TOTAL OTHER EXPENSES**   11,816.69

**GRAND TOTAL ALL EXPENSES**   24,889.14