# FOUNDATION
## Transaction Detail by Account
### All Transactions

| Date | Name | Memo | Amount |
|---|---|---|---|
| 03/11/2020 | Grimm | The Lex Group (Reply brief printing and filing fee) | 81.50 |
| 03/31/2020 | Grimm | Reclass Jody Stewart invoice (SJ hearing transcript) | 250.70 |
| 04/17/2019 | Grimm | U.S. Post Office (Grimm SJ mailing ) | 25.80 |
| 07/24/2019 | Grimm | Residence Inn by Mariott (hotel & parking for Grimm SJ hearing) | 254.70 |
| 07/24/2019 | Grimm | Freemason Abbey (Jennifer, Eden, and Nicole dinner Grimm SJ Hearing) | 76.00 |
| 07/24/2019 | Grimm | Mileage (Mileage for travel to Norfolk for Grimm SJ Hearing) | 90.40 |
| 07/24/2019 | Grimm | City of Richmond Parking (On-street parking for rental during load-up) | 3.00 |
| 07/29/2019 | Grimm | 7-ELEVEN (Gas for rental car upon return) | 31.34 |
| 10/19/2018 | Grimm | Dunkin Donuts (coffee boxes for depositions) | 45.39 |
| 09/11/2018 | Grimm | U.S. District Court (pro hac vice fee - Heilman) | 75.00 |
| 09/11/2018 | Grimm | U.S. District Court (pro hac vice fee - Medley-Warsoff) | 75.00 |
| 12/10/2015 | Grimm | Superior Document Services (doc binding) | 13.16 |
| 09/08/2015 | Grimm | U.S. District Court (notice of appeal) | 505.00 |
| 07/30/2015 | Grimm | Court reporter | 358.90 |
| 06/30/2015 | Grimm | Medical records for GG from Melinda Penn, MD | 41.33 |
| 06/13/2015 | Grimm | UPS documents for filing in EDVA (Norfolk) | 60.26 |
| 06/17/2015 | Grimm | U.S. District Court (pro hac vice fee - Block) | 75.00 |
| 06/17/2015 | Grimm | U.S. District Court (pro hac vice fee - Cooper) | 75.00 |
| 06/11/2015 | Grimm | U.S. District Court (filing fee) | 400.00 |
| 05/28/2015 | Grimm | Fee for copying medical records | 24.50 |
| 05/16/2015 | Grimm | UPS (sending docs to expert) | 16.73 |
| | | **Total** | **$ 2,578.71** |