UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| GAVIN GRIMM,<br><br>        Plaintiff,<br><br>    v.<br><br>GLOUCESTER COUNTY SCHOOL BOARD,<br><br>        Defendant. | Civil No. 4:15cv54 |

## **ORDER**

Pending before the Court is Plaintiff's Motion for Attorney's Fees and Costs filed on July 26, 2021 (the "Fee Petition"). ECF No. 252. On August 26, 2021, the Parties filed a Stipulation regarding the Fee Petition, stipulating and agreeing that the Fee Petition is. ECF No. 256.

Accordingly, Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 252) is construed as unopposed, stipulated to, and **GRANTED IN FULL as follows:** The Board has satisfied the Fee Petition and has tendered payment to Plaintiff for attorneys' fees in this case in the full amount of $1,284,735.75 and costs in the amount of $27,467.85.

The Parties agree that no further proceedings remain pending before the Court upon entry of this Order, and that this matter can now be recorded as closed. The Court commends the Parties and counsel for addressing the issue of fees and

costs expeditiously and courteously. The Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for Mr. Gavin Grimm and all other parties.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

August 27, 2021
Norfolk, Virginia